# Exhibit A

# NOTICE OF RESCISSION

Date: 09/06/2022

Charles Brady
316 E Elwood st
Philadelphia, Pa 19144

This herein notice of rescission to PLATINUM MOTORS GROUP LLC and SANTANDER CONSUMER USA pursuant to 15 USC 1635 Right of rescission. I Charles Brady was not giving the appropriate forms to exercise my rights to rescind; so, I have up to three years after the date of consummation to practice my rights. I am informing you that within 20 calendar days after receipt of a notice of rescission, PLATINUM MOTORS GROUP LLC AND SANTANDER CONSUMER USA shall return any money, including down payment or property that has been given to anyone in connection with the transaction and shall take any action necessary to reflect the termination of the security interest. The Consumer Credit Transaction that is being rescinded occurred on 03/09/2022 involving 2015 Mercedes-Benz E-Class VIN WDDKJ7DB1FF295969. The included attachments give full insight on the transaction.

Signature

# Debt Validation Letter

Date: 08/10/2022

Charles Brady

316 E Elwood st
Philadelphia, Pa 19144

This is a notice delivered in accordance with the Fair Debt Collection Practices Act, 15 USC 1692g, noting that your claim is contested, and validation is required.

This is a request for VALIDATION submitted pursuant to the above-named Title and Section, not for 'verification' or evidence of my mailing address. I request that your offices present me with adequate evidence that I am obligated to pay you under any legal duty. As a result, if your firm or the company that you represent furnish any bad mark on any of my credit reports, I will not hesitate to take legal action against you and your client for the following: Fair Credit Reporting Act (FCRA) Violation

I'd also want to remind you that reporting invalidated information to any of the major elaborate mechanisms also known as credit reporting agencies (Equifax, Experian, LexisNexis, or TransUnion) both federal and state laws may regard this to be fraud. As a result, if your firm or the company you represent continue to put negative marks on any of my credit reports, I will not hesitate to pursue you and your client for breaches of the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and defamation of character.

If your offices are able to provide the proper documentation as requested in the following Declaration, I will require at least 30 days to investigate this information, during which time all collection activity must cease and desist. Also, during this validation period, if any action is taken which could be considered detrimental to any of my credit reports, I'll consult with my legal counsel about

pursuing legal action. This includes any listing of potentially erroneous or invalidated information to a credit reporting repository. If your office does not react to this validation request within 30 days of receiving it, all references to my account must be deleted and totally erased from my credit file, and a copy of the deletion request must be delivered to me right away.

_____

**Signature**

# CEASE AND DESIST

Pursuant to 15 USC 1692c(c) I am notifying you in writing that I refuse to pay this alleged debt, and I am demanding that you cease all forms of communication with me through any and all mediums.

Pursuant to 15 USC 1692c(c)(2) I am invoking my specified remedy as a consumer, and the original creditor I am demanding all of the following:

Zero out the balance on this account.

Grant me my title lien free.

Pay the attached invoice and compensate me for every violation labeled in the attached exhibits.

Deletion from all consumer reports.

Best regards,

Signature

1. Name and address of alleged creditor.

2. Name on file of alleged debtor.

3. Alleged account #

4. Address on file for alleged debtor.

5. Amount of alleged debt.

6. Date (this alleged debt became payable.)

7. Date of original charge or delinquency.

8. Was this debt assigned to a debt collector or purchased?

9. Amount paid if debt was purchased.

10. Commission for debt if collection efforts are successful.

Please attach copies of the following:

- Agreement with your client that grants SANTANDER CONSUMER USA the authority to collect this alleged debt.
- Signed agreement Debtor has made with Debt Collector, or other verifiable proof Debtor has a contractual obligation to pay Debt Collector.
- Any agreement that bears the signature of Debtor, wherein agreed to pay Creditor.
- All statements while this account was open.
- Have any insurance claims been made by any creditor regarding this account?

  ☐ Yes

  ☐ No

- Have any judgments been obtained by any creditor regarding this account?

  ☐ Yes

  ☐ No

- Please provide the name and address of the bonding agent for SANTANDER CONSUMER USA, in case legal action becomes necessary: Authorized

Signature of Creditor:

Date:

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Santander Consumer USA
P.O. Box 961245
Ft Worth, Tx 76161

9590 9402 6031 0069 4522 91

2. Article Number (Transfer from service label)

7020 0640 0001 7775 4466

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Steve Cabeen_ ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Steve Cabeen   SEP 1 2 2022

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Platinum Motors Group LLC
2380 Maryland Rd
Willow Grove, PA 19090

9590 9402 6031 0069 4522 84

2. Article Number (Transfer from service label)

7020 0640 0001 7775 4459

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt



Santander Consumer USA
P.O. Box 961211
Fort Worth, TX 76161-1211

9/20/2022

CHARLES BRADY
316 ELWOOD ST
PHILADELPHIA, PA 19144-1806

Account Number Ending In: 6168

Dear Charles Brady,

Thank you for contacting Santander Consumer USA regarding the status of your account. This letter serves as confirmation that your correspondence was received.

We have reviewed our records and verified your contractual obligations for the above referenced account. Enclosed you will find the documentation used in support of our decision. It is our policy to report all customer accounts to the credit reporting agencies in a consistent and accurate manner.

If you would like to dispute the accuracy of your tradeline with Santander Consumer, please submit a letter to the Credit Bureau Dispute Department with the following:

- 7 or 10 digit account number
- Name and address of the contractual customer(s)
- Vehicle Identification Number of the collateral related to your dispute
- *Your Social Security Number*
- Specific details to support your dispute:
    - Provide start and end dates that you are disputing
    - Copy of Credit Bureau Report you are disputing
    - Evidence to support your dispute (as applicable):
        - Proof of Payment or Balance you are disputing, such as bank statements or cleared checks
        - Proof that your account is being incorrectly reported
        - Identity Theft Report, Police Report and Proof of Identity (such as Driver's License) to support invalid inquiry or tradeline with Credit Bureau Report
        - Proof of name or address not reporting correctly, such as a copy of your Driver's License

Please mail the above to Santander Consumer USA, P.O. Box 961211, Fort Worth, TX 76161-1211.

Santander Consumer appreciates your business and values you as a customer. If you have additional questions or concerns, please visit https://santanderconsumerusa.com/learning-center/about-your-credit.

Sincerely,
Santander Consumer USA
Credit Bureau Department

P.O. Box 961245, Fort Worth, TX 76161-1245 • **www.SantanderConsumerUSA.com** • 888.222.4227
©2022 Santander Consumer USA Inc. All rights reserved.  SC-SER_40317-1B_060122
Santander, Santander Consumer and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

139135935

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# LAW 553-PA-e 12/19

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CHARLES BRADY<br>316 ELWOOD ST<br>Philadelphia, PA 19144-1806 PHILADELPHIA | N/A | Platinum Motors Group LLC<br>2380 Maryland Rd.<br>Willow Grove, PA 19090 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased<br>Personal, family, or household unless otherwise indicated below |
|---|---|---|---|---|---|
| Used | 2015 | Mercedes-Benz E-Class | N/A | WDDKJ7DB1FF295969 | ☐ business ☐ agricultural ☑ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $7,000.00 is |
|---|---|---|---|---|
| 21.00 % | $ 28,496.96 | $ 37,223.20 | $ 65,720.16 | $ 72,720.16 |

(e) means an estimate

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

### Your Payment Schedule Will Be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 912.78 | Monthly beginning 04/08/2022 |
| N/A | $ N/A | N/A |

N/A

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### If you do not meet your contract obligations, you may lose the vehicle.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

*LAW 553-PA-e 12/19 v1*   Page 1 of 5

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

1  Cash Price

| | | |
|---|---|---|
| Vehicle | $ | 35,900.00 |
| Accessories and Installation | $ | N/A |
| Government Taxes | $ | 3,231.20 |
| Vehicle Delivery | $ | N/A |
| to N/A            for N/A | $ | N/A |
| to N/A            for N/A | $ | N/A |
| to N/A            for N/A | $ | N/A |
| to N/A            for N/A | $ | N/A |
| to N/A            for N/A | $ | N/A |
| to N/A            for N/A | $ | N/A |
| to N/A            for N/A | $ | N/A |
| | $ | 39,131.20 (1) |

2  Total Downpayment =

Trade-In N/A (Year)   N/A (Make)   N/A (Model)

| | | |
|---|---|---|
| Trade-In N/A (VIN) | | |
| Gross Trade-In Allowance | | N/A |
| Less Pay Off Made By Seller to N/A | | N/A |
| Equals Net Trade In | | 7,000.00 |
| + Cash | | N/A |
| + Other N/A | | N/A |
| + Other N/A | | N/A |
| + Other N/A | | 7,000.00 |

(If total downpayment is negative, enter "0" and see 4H below)  $ 7,000.00 (2)

3  Unpaid Balance of Cash Price (1 minus 2)  $ 32,131.20 (3)

4  Other Charges Including Amounts Paid to Others on Your Behalf

A  Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | | |
|---|---|---|
| Life          Term N/A  $ N/A | | N/A |
| Disability    Term N/A  $ N/A | | N/A |

B  Other Optional Insurance Paid to Insurance Company or Companies

| | | |
|---|---|---|
| (Describe) N/A          Term N/A | | N/A |
| (Describe) N/A          Term N/A | | N/A |

C  Official Fees Paid to Government Agencies

| | | |
|---|---|---|
| to SELDEN MOTORS    for MESSENGER FEE | | 55.00 |
| to N/A              for N/A | | N/A |
| to N/A              for N/A | | N/A |

D  Optional Gap Contract    N/A

E  Government Taxes Not Included in Cash Price

F  Government License and/or Registration Fees

| | | |
|---|---|---|
| N/A | $ | 39.00 |
| Registration Fee : $ 39.00 | | |

G  Government Certificate of Title Fees  $ 86.00

(includes $ 28.00  security interest recording fee)

H  Other Charges (Seller must identify who is paid and describe purpose)

| | | |
|---|---|---|
| to N/A               for Prior Credit or Lease Balance | $ | N/A |
| to SELDEN MOTORS     for Documentation Fee | $ | 422.00 |
| to PERFORMANCE FIRST for Service Contract | $ | 4,490.00 |
| to N/A               for N/A | $ | N/A |
| to N/A               for N/A | $ | N/A |
| to N/A               for N/A | $ | N/A |
| to N/A               for N/A | $ | N/A |
| to N/A               for N/A | $ | N/A |
| to N/A               for N/A | $ | N/A |

| | | |
|---|---|---|
| Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 5,092.00 (4) |
| 5  Amount Financed (3 + 4) | $ | 37,223.20 (5) |
| 6  Finance Charge | $ | 28,496.96 (6) |
| 7  Total of Payments-Time Balance (5 + 6) | $ | 65,720.16 (7) |

---

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

**Optional Credit Insurance**

☐ Credit Life:      ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability:  ☐ Buyer  ☐ Co-Buyer  ☐ Both

Premium:
  Credit Life $ _____ N/A
  Credit Disability $ _____ N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**

☐ _____ N/A
Type of Insurance          Term  N/A

Premium $ _____
Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

☐ _____ N/A
Type of Insurance          Term  N/A

Premium $ _____
Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

X A _____ N/A
Buyer Signature          Date  N/A

X A _____ N/A
Co-Buyer Signature        Date  N/A

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

LAW 553-PA-e 12/19 v1          Page 2 of 5

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## OTHER IMPORTANT AGREEMENTS

**1.  FINANCE CHARGE AND PAYMENTS**

a.  **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b.  **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

c.  **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d.  **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2.  YOUR OTHER PROMISES TO US**

a.  **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b.  **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.

c.  **Security Interest.**
You give us a security interest in:
  - The vehicle and all parts or goods put on it;
  - All money or goods received (proceeds) for the vehicle;
  - All insurance, maintenance, service, or other contracts we finance for you; and
  - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d.  **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the

law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e.  **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3.  IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a.  **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. The term "heavy commercial motor vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semitrailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.
If you pay late, we may also take the steps described below.

b.  **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
  - You do not pay any payment on time;
  - You give false or misleading information during credit application;
  - You start a proceeding in bankruptcy or one is started against you or your property; or
  - You break any agreements in this contract.
The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c.  **You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.

d.  **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e.  **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.
If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.
If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. *Reasonable attorney fees and court costs the law permits are also allowed expenses.* If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe *at once or we repossess the vehicle, you agree that we* may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

h. **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement: You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all** other amounts *due up to the date of your payment.* **Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past** due *payments, late charges, and expenses (reinstate).*

## 4. WARRANTIES SELLER DISCLAIMS

The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does <u>not</u> apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**

Spanish Translation: **Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

## 6. SERVICING AND COLLECTION CONTACTS

You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

## 7. RIGHT TO RECEIVE STATEMENT OF ACCOUNT

Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.

## 8. ADDITIONAL RIGHTS

If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

## 9. APPLICABLE LAW

Federal law and the law of the state of Pennsylvania apply to this contract.

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.        _____ N/A _____
                                                        Name of Gap Contract

I want to buy a gap contract.

Buyer Signs x _B_                         N/A

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____ , Year ___ N/A ___ . SELLER'S INITIALS ___ N/A ___

---

## NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.        Buyer Signs X C _cbv_ _____        Co-Buyer Signs X CN/A _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.

**See the rest of this contract for other important agreements.**

---

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs XD _Charles_        Date _03/09/2022_        Co-Buyer Signs XD ___ N/A ___        Date ___ N/A ___

---

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs XE _Charles_        Date _03/09/2022_        Co-Buyer Signs XE ___ N/A ___        Date ___ N/A ___

Buyer Printed Name _CHARLES BRADY_        Co-Buyer Printed Name _N/A_

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _N/A_        Title _N/A_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. Another person is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here x_N/A_        Address _N/A_

Seller signs _Platinum Motors Group LLC_        Date _03/09/2022_        By XE _signature_        Title _F&I Manager_

---

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY
TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

**ILAW** FORM NO. 553-PA-e (REV 12/19)
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM, CONSULT YOUR OWN LEGAL COUNSEL.
T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT



**CONSUMER**

P.O. Box 961245<br />Fort
Worth, TX 76161-1245

Date: September 20, 2022
To:   CHARLES BRADY
Fax:
From: Santander Consumer USA Inc.

Comments:

©2008 Santander Consumer USA Inc. // P.O.Box 562088 // Dallas, TX 75247

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE TO CALIFORNIA RESIDENTS**: You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**NOTICE TO MAINE RESIDENTS**: Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**NOTICE TO MASSACHUSETTS RESIDENTS**: Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**Notice of Important Rights**:You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to Santander Consumer USA.

**NOTICE TO BUFFALO RESIDENTS**: This collection agency is licensed by the City of Buffalo, New York License Number 556975.

**NOTICE TO NEW YORK CITY RESIDENTS**: This collection agency is licensed by the New York City Department of Consumer Affairs License Number 1343310.

**Confidentiality Notice:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual(s) or entity named in this document. If the reader is not the intended recipient, he/she is hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.



CONSUMER

P.O. Box 961245<br />Fort Worth, TX 76161-1245

**Account Number:** 25936168    **Primary Name:** CHARLES BRADY

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| 10/4/2022 | $36,146.71 | $35,593.80 | $552.92 | $0.00 | $0.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 9/8/2022 | $-912.78 | $-273.07 | $-639.71 | $0.00 | $0.00 | $35,593.80 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 8/8/2022 | $-912.78 | $-268.29 | $-644.49 | $0.00 | $0.00 | $35,866.87 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 7/8/2022 | $-912.78 | $-284.17 | $-628.61 | $0.00 | $0.00 | $36,135.16 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 6/8/2022 | $-912.78 | $-258.60 | $-654.18 | $0.00 | $0.00 | $36,419.33 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 5/8/2022 | $-912.78 | $-274.97 | $-637.81 | $0.00 | $0.00 | $36,677.93 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 4/8/2022 | $-912.78 | $-270.30 | $-642.48 | $0.00 | $0.00 | $36,952.90 |
| System allocated payment Internet - Recurring ACH | | | | | | |



**Confidentiality Notice:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual(s) or entity named in this document. If the reader is not the intended recipient, he/she is hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.

# Exhibit B



Consumer Financial
Protection Bureau **Start a new complaint**
(https://www.consumerfinance.gov/)

❮ All complaints (.)

# 221114-9759085

**CLOSED**

 **Submitted**

**STATUS**
Submitted to the CFPB on 11/14/2022

**PRODUCT**
Debt collection

**ISSUE**
Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

I Charles Brady the consumer in this matter; sent a Right of rescission notice to Selden Motor(Platinum Group LLC Motors) and SANTANDER CONSUMER USA in 09/2022. Selden Motor(Platinum Group LLC Motors) received their notice on 09/08/2022, that notice went ignored. SANTANDER CONSUMER USA received their notice on 09/12/2022. SANTANDER CONSUMER USA sent a rebuttal on 09/20/2022, but still did not comply with

the Right of rescission notice. That is a violation of 15 USC 1635 for both companies. Not to mention the many other violations that SANTANDER CONSUMER USA has committed of the FDCPA and FCRA.

**ATTACHMENTS**

4_18_2022 Billing Statement.pdf ed.pdf (5.7 MB)

image.jpg (3.7 MB)

image.jpg (3.9 MB)

7_19_2022 Billing Statement (1).pdf (2 MB)

image.jpg (3.9 MB)

8_19_2022 Billing Statement.pdf (2.2 MB)

image.jpg (3.7 MB)

3_20_2022 Billing Statement (1).pdf (783 KB)

5_19_2022 Billing Statement.pdf (3.3 MB)

image.jpg (3.8 MB)

6_18_2022 Billing Statement.pdf (2.5 MB)

9_18_2022 Billing Statement.pdf (1.8 MB)

image.jpg (4.2 MB)

View full complaint ⊕

✓ Sent to company

**STATUS**

Sent to company on 11/14/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

# ✓ Company responded

**STATUS**

Company responded on 11/28/2022

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Please see our attached response. Thank you.

**ATTACHMENTS**

Brady.Charles.Response.112822.Final.pdf (1.8 MB)

# ▣ Feedback requested

**STATUS**

Feedback requested on 11/28/2022

**FEEDBACK DUE**

1/27/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

# ✕ Closed

The CFPB has closed your complaint.



## ADDITIONAL TOOLS AND RESOURCES

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

Confidential

 Santander Consumer USA

November 28, 2022

Charles Brady
316 Elwood St.
Philadelphia, PA 19144

Re:  **CFPB Complaint No.: 221114-9759085**
     **Santander Account No.: 25936168**

Dear Mr. Brady:

We received your request on November 14, 2022. As a valued customer of Santander Consumer USA Inc., we thank you for the opportunity to address your concerns regarding your account with us.

We regret that you remained dissatisfied with our previous response dated September 20, 2022, regarding your debt validation request. Our customer's concerns and experiences are of the utmost importance to us and we appreciate your feedback regarding this matter.

Here are the terms of your "Retail Installment-Simple Finance Sales Contract" (Contract):

| | |
|---|---|
| Date: | March 9, 2022 |
| Vehicle: | 2015 Mercedes-Benz E-Class |
| Amount Financed: | $37,223.20 |
| APR: | 21.00% |
| Term: | 72 months |
| Monthly Payment: | $912.78 (first payment due April 8, 2022) |
| Dealership: | Platinum Motors Group LLC. |

Regarding your request to rescind the Contract, please refer to page five under the section of the Contract title "No Cooling Off Period". This section informs you that State law does not provide for a "cooling off" or cancellation period of this sale.

We are are not able to speak on behalf of Platinum Group LLC (Dealership), as we are not affiliated with them and respectfully suggest you address your concerns with them directly.

We received one indirect dispute which was initiated by the credit reporting agencies on your behalf. Once the indirect dispute was received, we responded to the initiating agency with updated information, if any. We kindly suggest reaching out the originating agencies for any further information regarding the indirect disputes that were submitted, if needed.

We report account information to the four major credit reporting agencies (Experian, Equifax, Transunion, and Innovis) in compliance with The Fair Credit Reporting Act (FCRA), however, reporting may differ between agencies. You may need to contact the agencies directly regarding any differences between reports.

A review of the information provided to the credit reporting agencies shows that on October 31, 2022, we reported the account as Current with a balance of $35,782.00, with no delinquencies reported.

©2019 Santander Consumer USA Inc. All rights reserved.

Confidential

Santander Consumer USA

After investigating your concerns, we confirm the account is following the regulations mentioned in your request. Santander Consumer USA Inc. is committed to responsible lending and treating consumers, customers and vendors with the utmost respect and fairness.

The account has been placed into cease and desist status with your last request as of September 21, 2022, and you will not receive any further communication regarding the account, except for certain notices via mail required by applicable law

We have enclosed copies of documents that validate the account, its status, and balance owed. We did not include information or documents that are not available, irrelevant, or considered proprietary.

We appreciate your business and for the opportunity to address your concerns. You may contact us directly at 1(888)222-4227 if further assistance is needed. Hours of operation are: Monday-Friday 7am-9pm Central Time, Saturday 7am-5pm Central Time, and Sunday-Closed.

Sincerely,

Santander Consumer USA Inc.

Enclosures:
Previous Response
Contract
Payment History

©2019 Santander Consumer USA Inc. All rights reserved.



Santander Consumer USA
P.O. Box 961211
Fort Worth, TX 76161-1211

9/20/2022

CHARLES BRADY
316 ELWOOD ST
PHILADELPHIA, PA 19144-1806

Account Number Ending In: 6168

Dear Charles Brady,

Thank you for contacting Santander Consumer USA regarding the status of your account. This letter serves as confirmation that your correspondence was received.

We have reviewed our records and verified your contractual obligations for the above referenced account. Enclosed you will find the documentation used in support of our decision. It is our policy to report all customer accounts to the credit reporting agencies in a consistent and accurate manner.

If you would like to dispute the accuracy of your tradeline with Santander Consumer, please submit a letter to the Credit Bureau Dispute Department with the following:

- 7 or 10 digit account number
- Name and address of the contractual customer(s)
- Vehicle Identification Number of the collateral related to your dispute
- Your Social Security Number
- Specific details to support your dispute:
    - Provide start and end dates that you are disputing
    - Copy of Credit Bureau Report you are disputing
    - Evidence to support your dispute (as applicable):
        - Proof of Payment or Balance you are disputing, such as bank statements or cleared checks
        - Proof that your account is being incorrectly reported
        - Identity Theft Report, Police Report and Proof of Identity (such as Driver's License) to support invalid inquiry or tradeline with Credit Bureau Report
        - Proof of name or address not reporting correctly, such as a copy of your Driver's License

Please mail the above to Santander Consumer USA, P.O. Box 961211, Fort Worth, TX 76161-1211.

Santander Consumer appreciates your business and values you as a customer. If you have additional questions or concerns, please visit https://santanderconsumerusa.com/learning-center/about-your-credit.

Sincerely,
Santander Consumer USA
Credit Bureau Department

P.O. Box 961245, Fort Worth, TX 76161-1245 • www.SantanderConsumerUSA.com • 888.222.4227
©2022 Santander Consumer USA Inc. All rights reserved.   SC-SER_40317-1B_060122
Santander, Santander Consumer and the Flame Logo are trademarks of Banco Santander, S.A. or its subsidiaries in the United States or other countries. All other trademarks are the property of their respective owners.

139135935

Confidential

**Santander Consumer USA**

After investigating your concerns, we confirm the account is following the regulations mentioned in your request. Santander Consumer USA Inc. is committed to responsible lending and treating consumers, customers and vendors with the utmost respect and fairness.

The account has been placed into cease and desist status with your last request as of September 21, 2022, and you will not receive any further communication regarding the account, except for certain notices via mail required by applicable law

We have enclosed copies of documents that validate the account, its status, and balance owed. We did not include information or documents that are not available, irrelevant, or considered proprietary.

We appreciate your business and for the opportunity to address your concerns. You may contact us directly at 1(888)222-4227 if further assistance is needed. Hours of operation are: Monday-Friday 7am-9pm Central Time, Saturday 7am-5pm Central Time, and Sunday-Closed.

Sincerely,

Santander Consumer USA Inc.

Enclosures:
Previous Response
Contract
Payment History

©2019 Santander Consumer USA Inc. All rights reserved.

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**LAW 553-PA-e 12/19**

## RETAIL INSTALLMENT SALE CONTRACT
### SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CHARLES BRADY<br>316 ELWOOD ST<br>Philadelphia, PA 19144-1806 PHILADELPHIA | N/A | Platinum Motors Group LLC<br>2380 Maryland Rd.<br>Willow Grove, PA 19090 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2015 | Mercedes-Benz E-Class | N/A | WDDKJ7DB1FF295969 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☒ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $7,000.00 |
|---|---|---|---|---|
| 21.00 % | $ 28,496.96 | $ 37,223.20 | $ 65,720.16 | $ 72,720.16 |

(e) means an estimate

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 912.78 | Monthly beginning 04/08/2022 |
| N/A | $ N/A | N/A |
| N/A | | |

Late Charge. If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

### If you do not meet your contract obligations, you may lose the vehicle.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT

T548054130-DP548054131  - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)**

| 1 Cash Price | | |
|---|---|---|
| Vehicle | $ | 35,900.00 |
| Accessories and Installation | $ | N/A |
| Government Taxes | $ | 3,231.20 |
| Vehicle Delivery | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| to N/A _____ for N/A | $ | N/A |
| | $ | 39,131.20 (1) |

2 Total Downpayment =

Trade-In     N/A       N/A          N/A
           (Year)    (Make)       (Model)

| Trade-In (VIN) N/A | | |
|---|---|---|
| Gross Trade-In Allowance | $ | N/A |
| Less Pay Off Made By Seller to N/A | $ | N/A |
| Equals Net Trade In | $ | 7,000.00 |
| + Cash N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| + Other N/A | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4H below) | $ | 7,000.00 (2) |

| 3 Unpaid Balance of Cash Price (1 minus 2) | $ | 32,131.20 (3) |
|---|---|---|

4 Other Charges Including Amounts Paid to Others on Your Behalf

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| Life         Term    N/A          N/A | $ | N/A |
|---|---|---|
| Disability   Term    N/A          N/A | $ | N/A |

B. Other Optional Insurance Paid to Insurance Company or Companies

| (Describe) N/A            Term          N/A | $ | N/A |
|---|---|---|
| (Describe) N/A            Term          N/A | $ | N/A |

C Official Fees Paid to Government Agencies

| to SELDEN MOTORS       for MESSENGER FEE | $ | 55.00 |
|---|---|---|
| to N/A                 for N/A | $ | N/A |
| to N/A                 for N/A | $ | N/A |

| D Optional Gap Contract | $ | N/A |
|---|---|---|
| E Government Taxes Not Included in Cash Price | $ | N/A |

F Government License and/or Registration Fees

N/A

| Registration Fee : $ 39.00 | $ | 39.00 |
|---|---|---|

G Government Certificate of Title Fees

| (includes $ 28.00 security interest recording fee) | $ | 86.00 |
|---|---|---|

H Other Charges (Seller must identify who is paid and describe purpose)

| to N/A                 for Prior Credit or Lease Balance | $ | N/A |
|---|---|---|
| to SELDEN MOTORS       for Documentation Fee | $ | 422.00 |
| to PERFORMANCE FIRST   for Service Contract | $ | 4,490.00 |
| to N/A                 for N/A | $ | N/A |
| to N/A                 for N/A | $ | N/A |
| to N/A                 for N/A | $ | N/A |
| to N/A                 for N/A | $ | N/A |
| to N/A                 for N/A | $ | N/A |
| to N/A                 for N/A | $ | N/A |

| Total Other Charges and Amounts Paid to Others on Your Behalf | $ | 5,092.00 (4) |
|---|---|---|
| 5 Amount Financed (3 + 4) | $ | 37,223.20 (5) |
| 6 Finance Charge | $ | 28,496.96 (6) |
| 7 Total of Payments-Time Balance (5 + 6) | $ | 65,720.16 (7) |

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

Check the insurance you want and sign below:

**Optional Credit Insurance**

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

| Credit Life $ | N/A |
|---|---|
| Credit Disability $ | N/A |

Insurance Company Name
N/A

Home Office Address
N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance company will further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

**Other Optional Insurance**

☐

| N/A | N/A |
|---|---|
| Type of Insurance | Term |

Premium $ N/A

Description of Coverage
N/A

Insurance Company Name
N/A

Home Office Address
N/A

☐

| N/A | N/A |
|---|---|
| Type of Insurance | Term |

Premium $ N/A

Description of Coverage
N/A

Insurance Company Name
N/A

Home Office Address
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

x A     N/A                                    N/A
Buyer Signature                                Date

x A     N/A                                    N/A
Co-Buyer Signature                             Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NONAUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NONAUTHORITATIVE COPY

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## OTHER IMPORTANT AGREEMENTS

**1.  FINANCE CHARGE AND PAYMENTS**

  a.  **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

  b.  **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed and to other amounts you owe under this contract in any order we choose as the law allows.

  c.  **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

  d.  **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

**2.  YOUR OTHER PROMISES TO US**

  a.  **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

  b.  **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.

  c.  **Security Interest.**
  You give us a security interest in:
  - The vehicle and all parts or goods put on it;
  - All money or goods received (proceeds) for the vehicle;
  - All insurance, maintenance, service, or other contracts we finance for you; and
  - All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

  This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

  d.  **Insurance you must have on the vehicle.**
  You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

  e.  **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3.  IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

  a.  **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. The term "heavy commercial motor vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semitrailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

  b.  **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
  - You do not pay any payment on time;
  - You give false or misleading information during credit application;
  - You start a proceeding in bankruptcy or one is started against you or your property; or
  - You break any agreements in this contract.

  The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

  c.  **You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.

  d.  **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

  e.  **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.
  If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.
  If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

f.  **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g.  **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

h.  **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement:** You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).

4.  **WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does not apply at all if you bought the vehicle primarily for personal, family, or household use.
**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5.  **Used Car Buyers Guide.** The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.
**Spanish Translation:** Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.

6.  **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7.  **RIGHT TO RECEIVE STATEMENT OF ACCOUNT**
Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.

8.  **ADDITIONAL RIGHTS**
If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

9.  **APPLICABLE LAW**
Federal law and the law of the state of Pennsylvania apply to this contract.

*LAW 553-PA-e 12/19 v1*   Page 4 of 5

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.                          Name of Gap Contract _____ N/A _____

I want to buy a gap contract.
Buyer Signs X _B_                    N/A

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before _____ N/A _____, Year _N/A_ . SELLER'S INITIALS _N/A_

**NO COOLING OFF PERIOD**
State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.          Buyer Signs X C _etc/_          Co-Buyer Signs X C N/A
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
See the rest of this contract for other important agreements.

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**
Buyer Signs X D _Brady_          Date _03/09/2022_  Co-Buyer Signs X D _____ N/A _____ Date _N/A_

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X E _Brady_          Date _03/09/2022_  Co-Buyer Signs X E _____ N/A _____ Date _N/A_
Buyer Printed Name _CHARLES BRADY_                  Co-Buyer Printed Name _N/A_
                                                              Title _N/A_
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name _N/A_
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here x _N/A_                      Address _N/A_
Seller signs _Platinum Motors Group LLC_   Date _03/09/2022_  By X E _Co_          Title _F&I Manager_

iLAW  FORM NO. 553-PA-e (REV. 12/19)
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:48:42 PM GMT

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**NOTICE TO CALIFORNIA RESIDENTS**: You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligation.

**NOTICE TO MAINE RESIDENTS**: Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**NOTICE TO MASSACHUSETTS RESIDENTS**: Hours of operation: 7 a.m. to 9 p.m. Central Time, Monday through Friday. Our toll free telephone number is 1.888.222.4227.

**Notice of Important Rights**: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to Santander Consumer USA.

**NOTICE TO BUFFALO RESIDENTS**: This collection agency is licensed by the City of Buffalo, New York License Number 556975.

**NOTICE TO NEW YORK CITY RESIDENTS**: This collection agency is licensed by the New York City Department of Consumer Affairs License Number 1343310.

**Confidentiality Notice:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual(s) or entity named in this document. If the reader is not the intended recipient, he/she is hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited.



CONSUMER

P.O. Box 961245<br />Fort Worth,
TX 76161-1245

**Account Number:** 25936168      **Primary Name:** CHARLES BRADY

| Good Through | Total Payoff | Principal | Interest | Late Fees | Misc. Fees | |
|---|---|---|---|---|---|---|
| 12/5/2022 | $35,576.13 | $35,012.11 | $564.03 | $0.00 | $0.00 | |

| Effective Date | Amount | Principal | Interest | Late Fees | Misc. Fees | Principal Balance |
|---|---|---|---|---|---|---|
| 11/8/2022 | $-912.78 | $-283.27 | $-629.51 | $0.00 | $0.00 | $35,012.11 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 10/8/2022 | $-912.78 | $-298.42 | $-614.36 | $0.00 | $0.00 | $35,295.38 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 9/8/2022 | $-912.78 | $-273.07 | $-639.71 | $0.00 | $0.00 | $35,593.80 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 8/8/2022 | $-912.78 | $-268.29 | $-644.49 | $0.00 | $0.00 | $35,866.87 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 7/8/2022 | $-912.78 | $-284.17 | $-628.61 | $0.00 | $0.00 | $36,135.16 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 6/8/2022 | $-912.78 | $-258.60 | $-654.18 | $0.00 | $0.00 | $36,419.33 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 5/8/2022 | $-912.78 | $-274.97 | $-637.81 | $0.00 | $0.00 | $36,677.93 |
| System allocated payment Internet - Recurring ACH | | | | | | |
| 4/8/2022 | $-912.78 | $-270.30 | $-642.48 | $0.00 | $0.00 | $36,952.90 |
| System allocated payment Internet - Recurring ACH | | | | | | |

# Exhibit C

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

# *LAW* 553-PA-e 12/19

**RETAIL INSTALLMENT SALE CONTRACT** *Violation*
**SIMPLE FINANCE CHARGE** *15 USC 1692J*

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| CHARLES BRADY<br>316 ELWOOD ST<br>Philadelphia, PA 19144-1806 PHILADELPHIA | N/A | Platinum Motors Group LLC<br>2380 Maryland Rd.<br>Willow Grove, PA 19090 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2015 | Mercedes-Benz E-Class | N/A | WDDKJ7DB1FF295969 | Personal, family, or household unless otherwise indicated below<br>☐ business  ☐ agricultural  ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of<br>$ 7,000.00 is |
|---|---|---|---|---|
| 21.00 % | $ 28,496.96 | $ 37,223.20 | $ 65,720.16 | $ 72,720.16 |

(e) means an estimate

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | |
|---|---|---|---|
| 72 | $ 912.78 | Monthly beginning | 04/08/2022 |
| N/A | $ N/A | | N/A |

N/A

Returned Check Charge: You agree to pay the costs we actually pay to others if any check you give us is dishonored.

NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

Late Charge. If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

Prepayment. If you pay early, you will not have to pay a penalty.

Security Interest. You are giving a security interest in the vehicle being purchased.

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

## If you do not meet your contract obligations, you may lose the vehicle.

Electronic Contracting and Signature Acknowledgment. You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

*LAW 553-PA-e 12/19 v1* Page 1 of 5

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## ITEMIZATION OF AMOUNT FINANCED (Seller may keep part of the amounts paid to others.)

**1 Cash Price**

| | | | |
|---|---|---|---|
| Vehicle | | $ | 35,900.00 |
| Accessories and Installation | | $ | N/A |
| Government Taxes | | $ | 3,231.20 |
| Vehicle Delivery | | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| | | $ | 39,131.20 (1) |

**2 Total Downpayment =**

Trade-In N/A (Year) N/A (Make) N/A (Model)

| | | | |
|---|---|---|---|
| Trade-In | N/A (VIN) | | |
| Gross Trade-In Allowance | | $ | N/A |
| Less Pay Off Made By Seller to N/A | | $ | N/A |
| Equals Net Trade In | | $ | N/A |
| + Cash N/A | | $ | 7,000.00 |
| + Other N/A | | $ | N/A |
| + Other N/A | | $ | N/A |
| + Other N/A | | $ | N/A |
| (If total downpayment is negative, enter "0" and see 4H below) Violation | $ | 7,000.00 (2) |
| | $ | 32,131.20 (3) |

**3 Unpaid Balance of Cash Price (1 minus 2)** 15 USC 1662

**4 Other Charges Including Amounts Paid to Others on Your Behalf**

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies

| | | | | | | |
|---|---|---|---|---|---|---|
| Life | Term | N/A | $ | N/A | | |
| Disability | Term | N/A | $ | N/A | $ | N/A |

B Other Optional Insurance Paid to Insurance Company or Companies

| | | | |
|---|---|---|---|
| (Describe) N/A | Term | N/A | $ N/A |
| (Describe) N/A | Term | N/A | $ N/A |

C Official Fees Paid to Government Agencies

| | | | |
|---|---|---|---|
| to SELDEN MOTORS | for MESSENGER FEE | $ | 55.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

D Optional Gap Contract $ N/A

E Government Taxes Not Included in Cash Price $ N/A

F Government License and/or Registration Fees

N/A

Registration Fee : $ 39.00 $ 39.00

G Government Certificate of Title Fees

(includes $ 28.00 security interest recording fee) $ 86.00

H Other Charges (Seller must identify who is paid and describe purpose)

| | | | |
|---|---|---|---|
| to N/A | for Prior Credit or Lease Balance | $ | N/A |
| to SELDEN MOTORS | for Documentation Fee | $ | 422.00 |
| to PERFORMANCE FIRST | for Service Contract | $ | 4,490.00 |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |
| to N/A | for N/A | $ | N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 5,092.00 (4)

**5 Amount Financed (3 + 4)** Violation $ 37,223.20 (5)

**6 Finance Charge** 15 USC 1605 $ 28,496.96 (6)

**7 Total of Payments-Time Balance (5 + 6)** $ 65,720.16 (7)

---

Insurance. You may buy the physical damage insurance this contract requires from anyone you choose who is acceptable to us. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

### Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both

Premium:

Credit Life $ _____ N/A

Credit Disability $ _____ N/A

Insurance Company Name _____

N/A

Home Office Address _____

N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. If you choose this insurance, the cost is shown in Item 4A of the Itemization of Amount Financed. Credit life insurance pays the unpaid part of the Amount Financed if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance pays the scheduled payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. The policies or certificates issued by the named insurance companies may further limit the coverage that credit life insurance or credit disability insurance provides. See the policies or certificates for coverage limits or other terms and conditions.

### Other Optional Insurance

| ☐ N/A | N/A |
|---|---|
| Type of Insurance | Term |

Premium $ _____ N/A

Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

| ☐ N/A | N/A |
|---|---|
| Type of Insurance | Term |

Premium $ _____ N/A

Description of Coverage _____
N/A

Insurance Company Name _____
N/A

Home Office Address _____
N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

x A N/A    N/A
Buyer Signature    Date

x A N/A    N/A
Co-Buyer Signature    Date

**THIS INSURANCE DOES NOT INCLUDE INSURANCE ON YOUR LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE CAUSED TO OTHERS.**

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

## OTHER IMPORTANT AGREEMENTS

### 1. FINANCE CHARGE AND PAYMENTS

a. **How we will figure Finance Charge.** We will figure the Finance Charge on a daily basis at the Annual Percentage Rate on the unpaid part of the Amount Financed.

b. **How we will apply payments. We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of the Amount Financed** and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of the Amount Financed at any time without penalty. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment.

### 2. YOUR OTHER PROMISES TO US

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, to the extent permitted by law you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our entire interest in the vehicle as well as yours. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we will buy insurance that covers your interest and our interest in the vehicle. We will tell you the charge you must pay. The charge will be the premium for the insurance and a finance charge computed at the Annual Percentage Rate shown on page 1 of this contract or, at our option, the highest rate the law permits. If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we get a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

### 3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. The term "heavy commercial motor vehicle" means any new or used motor vehicle, excluding a recreational vehicle, which is (i) a truck or truck tractor having a manufacturer's gross vehicular weight of thirteen thousand (13,000) pounds or more, or (ii) a semitrailer or trailer designed for use in combination with a truck or truck tractor. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments.

If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay collection costs.** If you default and we have to go to court to recover the vehicle, you will pay the reasonable attorney's fees and court costs as the law permits. You will also pay any attorney's fees and court costs a court awards us.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may get it back by paying the unpaid part of the Amount Financed plus the earned and unpaid part of the Finance Charge, any late charges, and any other amounts lawfully due under the contract (redeem). Your right to redeem ends when we sell the vehicle. We will tell you how much to pay to redeem.

If we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and any other amounts due because you defaulted (reinstate). We will tell you if you may reinstate and how much to pay if you may.

If you are in default for more than 15 days when we take the vehicle, the amount you must pay to redeem or reinstate will also include the expenses of taking the vehicle, holding it, and preparing it for sale.

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:40:35 PM GMT

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, or, at our option, reinstate, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.

We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it, as the law allows. Reasonable attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you may have to pay the rest to us. If you do not pay this amount when we ask, we may charge you interest at a rate not exceeding the highest lawful rate until you pay.

g. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

h. **Summary Notice Regarding Prepayment, Rebate of Finance Charge and Reinstatement: You may prepay all or part of the amount you owe under this contract without penalty. If you do so, you only have to pay the earned and unpaid part of the finance charge and all other amounts due up to the date of your payment. Unearned finance charges will not be rebated under this contract because there will never be any unearned finance charges to rebate. If you default and we repossess the vehicle, we may, at our option, allow you to get the vehicle back before we sell it by paying all past due payments, late charges, and expenses (reinstate).**

4. **WARRANTIES SELLER DISCLAIMS**
The following paragraph does not affect any warranties covering the vehicle that the vehicle manufacturer may provide. The following paragraph also does <u>not</u> apply at all if you bought the vehicle primarily for personal, family, or household use.

**Unless the Seller makes a written warranty, or enters into a service contract within 90 days from the date of this contract, the Seller makes no warranties, express or implied, on the vehicle, and there will be no implied warranties of merchantability or of fitness for a particular purpose.**

5. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

6. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

7. **RIGHT TO RECEIVE STATEMENT OF ACCOUNT**
Upon your request, we will provide you a statement of account that shows information about your payment history including any charges and credits to your account. It will also show amounts that are due at the time of your request and information regarding future payments. We will provide you one statement of account at no cost. We may charge you our reasonable costs for any additional statements requested, as the law allows. Your right to receive a statement of account ends one year after termination of the contract.

8. **ADDITIONAL RIGHTS**
If you encounter a problem, you may have additional rights under the Unfair Trade Practices and Consumer Protection Law, which is enforced by the Pennsylvania Office of Attorney General, Bureau of Consumer Protection.

9. **APPLICABLE LAW**
Federal law and the law of the state of Pennsylvania apply to this contract.

TRUE AND ACCURATE COMPLETED COPY • UCC NON-AUTHORITATIVE COPY

TRUE AND ACCURATE COPY • UCC NON-AUTHORITATIVE COPY

T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:40:35 PM GMT

T548054130-DP548054131 - THIS IS A CUSTOMER COMPLETED COPY OF THE SIGNED ELECTRONIC FORM HELD BY ROUTEONE LLC.

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term _____ N/A _____ Mos.                          N/A
Name of Gap Contract

I want to buy a gap contract.

Buyer Signs X **B**                          **N/A**

_____ N/A , Year N/A . SELLER'S INITIALS _____ N/A

---

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 5, is paid in full on or before

### NO COOLING OFF PERIOD

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

---

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding.     Buyer Signs X **C** _____     Co-Buyer Signs X **C N/A**
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
You authorize us to obtain information about you, or the vehicle you are buying, from the state motor vehicle department or other motor vehicle registration authorities.
**See the rest of this contract for other important agreements.**

*The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.*

**NOTICE TO BUYER. DO NOT SIGN THIS CONTRACT IN BLANK. YOU ARE ENTITLED TO AN EXACT COPY OF THE CONTRACT YOU SIGN. KEEP IT TO PROTECT YOUR LEGAL RIGHTS. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE BUYER COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE BUYER SHALL NOT EXCEED AMOUNTS PAID BY THE BUYER HEREUNDER.**

Buyer Signs X **D** _____     Date 03/09/2022   Co-Buyer Signs X **D** _____ N/A ____ Date __ N/A

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X **E** _____     Date 03/09/2022   Co-Buyer Signs X **E** ____ N/A ___ Date __ N/A
Buyer Printed Name CHARLES BRADY                          Co-Buyer Printed Name N/A _____ Title N/A

If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A
**Co-Buyers and Other Owners** — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.

Other owner signs here X **N/A**                          Address N/A _____ Title F&I Manager
Seller signs Platinum Motors Group LLC        Date 03/09/2022   By X **E** _____

TRUE AND ACCURATE COMPLETED COPY - UCC NON-AUTHORITATIVE COPY

**iLAW** **FORM NO. 553-PA-e** (REV. 12/19)
©2019 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR
FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.
T548054130-DP548054131 - THIS CUSTOMER COMPLETED COPY WAS CREATED ON 03/09/2022 07:40:35 PM GMT

*LAW 553-PA-e 12/19 v1*   Page 5 of 5

# Exhibit D

 **Santander** Consumer USA

*Exhibit D-1*

## ACCOUNT INFORMATION

| | |
|---|---|
| Statement Date | 03/20/2022 |
| Account Number | 0025936168 |
| Account Status as of Statement Date | Current *Violation 15 USC* |
| Last Payment Made | *Violation 15 USC 1692d(2)* |
| Monthly Payment | $912.78 *1692 e(2)(A)* |
| Past Due | $0.00 *and* |
| Unpaid Fees and Charges | $0.00 *Violation 15 USC 1692 F(1)* |

### TOTAL AMOUNT DUE

## $912.78   by 04/08/2022

| | |
|---|---|
| Principal Balance | $37,223.20 *Violation 1692 e(2) (A)* |
| Estimated Payoff* by 03/20/2022 | $37,458.77 *and 15 USC 1692F* |

*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

9192024199   PRESORT PBPS032 <3>

CHARLES BRADY
316 E ELWOOD ST
PHILADELPHIA PA 19144-1806

## — ACCOUNT ALERTS & IMPORTANT INFORMATION —
Welcome to Santander Consumer USA Inc (SCUSA). Your loan/contract was originated by or assigned to us. We look forward to providing you with quality service on your automobile loan/contract.

## — ACCOUNT ACTIVITY SINCE LAST STATEMENT —

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

©2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227

## FREE PAYMENT OPTIONS

 Pay using Auto Pay when you sign up by visiting MyAccount.SantanderConsumerUSA.com or call us at 888.222.4227 to request the Auto Pay authorization form by mail

Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com

 Pay by phone using a checking/savings account on our automated system at 888.222.4227

 Pay by mail: Santander Consumer USA
P.O. Box 660633
Dallas, TX 75266-0633
Please include your account number on your check

*Exhibit D-1*

See reverse for alternative payment options.

## SPECIAL OFFERS & MESSAGES



We are excited about being your auto-finance company and committed to providing you superior customer service that is simple, personal and fair.

» Manage your account using the MyAccount online customer service tools at SantanderConsumerUSA.com, logging in from any connected device that is convenient.

» If you have questions and cannot find the answers in our FAQ section at SantanderConsumerUSA.com/support, contact customer service toll-free at 888.222.4227. Once you're logged in at MyAccount, you also can use our live chat feature!



To receive proper credit, please detach and return with your payment, indicating the amount paid.

## PAYMENT COUPON

**Santander ConsumerUSA**

CHARLES  BRADY
316 E ELWOOD ST
PHILADELPHIA PA 19144-1806

*Violation 15 USC 1692b(2)*

Total Amount Due  **$912.78**  *Violation 15 USC 1692F*

Account Number  0025936168

Due Date  04/08/2022

To update your address and/or telephone information, please check the box and fill out the reverse side.

Total Amount Enclosed  $

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS TX 75266-0633

**Paying Your Account Ahead – See reverse side**

©2020 Santander Consumer USA Inc. All rights reserved. SC-SER_40717-0_042420

5  000259361681000  00091278  00091278  4

will guide you through our menu.

**Insurance** - Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer** - If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

Accounts Receivable Conversion: By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS** - YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is:
Santander Consumer USA Credit Bureau Disputes
P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up a online account. You will need a valid email address an your social security number to get started.

(PLEASE PRINT

## CHANGE OF ADDRESS/TELEPHONE INFORMATION

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

_____
Your Street Address

_____  _____  _____
Your City          State     Zip

_____  _____
Home Phone          Cell Phone

**Vehicle Location Street Address**
_____

_____  _____  _____
Your City          State     Zip

_____
Work Phone

_____
Email Address

SC-SER_407/7-0_0424

**Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.**

Exhibit D-2

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

  » Visit MyAccount.SantanderConsumerUSA.com to sign up, or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
  » To stop or cancel Auto Pay, simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
  » If you change financial institutions or accounts, you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply* if you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.** Please note:
  » MoneyGram Receive Code is 1544                » Western Union City Code is PITS7OP, State Code is TX

 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.***

*A third-party payment processing company may charge a fee to process your payment.

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

Watch a video to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information - Please visit our web site MyAccount.SantanderConsumerUSA.com** to obtain your payoff information, next payment due, date of last payment or to update your account at any time

| **Mail payoff checks to:** |
| Santander Consumer USA |

Exhibit D-2

6



### Santander Consumer USA

## Exhibit D-3

**CHARLES BRADY**  Violation 15 USC 1692d(2)

**316 ELWOOD ST**

**PHILADELPHIA, PA 19144-1806**

**ACCOUNT INFORMATION**

Statement Date 3/20/2022
Account Number 0025936168
Account Status as of Current
Statement Date                    Violation 15 USC
Last Payment Made                        1692c(2)(A)
Monthly Payment **$912.78**          and
                    Past Due **$0.00** 15 USC 1692f(1)
Unpaid Fees and Charges **$0.00**

**TOTAL AMOUNT DUE**   **$912.78**

                        by  **4/8/2022**

Principal Balance **$37,223.20**
Estimated Payoff* **$37,458.77**
by 3/20/2022
*Balance includes principal, accrued interest, and
unpaid fees and charges as of the statement date

Violation 15 USC 1692c(2)(A)
and
15 USC 1692f

---

**ACCOUNT ALERTS & IMPORTANT INFORMATION**

Welcome to Santander Consumer USA Inc (SCUSA). Your loan/contract was originated by or assigned

---

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
|      |             |       |           |          |           |            |
|      |             |       |           |          |           |            |
|      |             |       |           |          |           |            |
|      |             |       |           |          |           |            |

@2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227.

**FREE PAYMENT OPTIONS**

($) Pay using Auto Pay when you sign up by visiting MyAccount.SantanderConsumerUSA.com or call us at 888.222.4227 to request the Auto Pay authorization form by mail

($) Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account on our automated system at 888.222.4227

($) Pay by mail: **Santander Consumer USA**
**P.O. Box 660633**
**Dallas, TX 75266-0633**

*Please include your account number on your check
or money order. Allow 5-7 days for delivery.
See reverse for alternative payment options.*

---

**SPECIAL OFFERS & MESSAGES**

---



↑   To receive proper credit, please detach and return with your payment, indicating the amount paid.   ↑

**PAYMENT COUPON**

### Santander ConsumerUSA

**CHARLES BRADY**
**316 ELWOOD ST**
**PHILADELPHIA, PA 19144-1806**      Violation 15 USC 1692d(2)

To update your address and/or telephone information,
please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Total Amount Due **$912.78**   Violation 15 USC
                              1692c(2)(A)
Account Number **0025936168**      and
                              15 USC 1692f(1)
Due Date **4/8/2022**

Total Amount Enclosed  $

Paying Your Account Ahead - See reverse side

@2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 00091278 4

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

  » **Visit MyAccount.SantanderConsumerUSA.com to sign up,** or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
  » **To stop or cancel Auto Pay,** simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
  » **If you change financial institutions or accounts,** you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply\* If you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.\*** Please note:

  » MoneyGram Receive Code is 1544          » Western Union Receive Code is PITSTOP, State Code is TX



 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.\***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.\***

**\*A third-party payment processing company may charge a fee to process your payment.**

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

**Watch a video** to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information - Please visit our web site MyAccount.SantanderConsumerUSA.com** to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance** - Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**Accounts Receivable Conversion:** By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS** - YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is: Santander Consumer USA Credit Bureau Disputes P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

**Exhibit D-4**

(PLEASE PRINT)

## CHANGE OF ADDRESS/TELEPHONE INFORMATION

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

Your Street Address

Your City          State          Zip

Home Phone          Cell Phone

Work Phone

Email Address

Vehicle Location Street Address

Your City          State          Zip

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420



## Santander ConsumerUSA

### Exhibit D-5

**CHARLES BRADY**

Violation 15 USC 1692d(2)

316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

**ACCOUNT INFORMATION**

Statement Date 4/18/2022
Account Number 0025936168
Account Status as of Current
Statement Date
Last Payment Made 4/8/2022
Monthly Payment **$912.78** Violation 15 USC
Past Due **$0.00** 1692e(2)(A)
and
Unpaid Fees and Charges **$0.00** 15 USC 1692f(1)

**TOTAL AMOUNT DUE** **$912.78**

by **5/8/2022**

Principal Balance **$36,952.90**
Estimated Payoff* **$37,165.50**
by 4/18/2022

*Balance includes principal, accrued interest, and
unpaid fees and charges as of the statement date

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

---

## ACCOUNT ALERTS & IMPORTANT INFORMATION

Welcome to Santander Consumer USA Inc (SCUSA). Your loan/contract was originated by or assigned
to us. We look forward to providing you with quality service on your automobile loan/contract.
Account is currently setup on recurring payments.

---

## ACCOUNT ACTIVITY SINCE LAST STATEMENT

Violation 15 USC 1692d(2)

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
| 04/08/22 | Payment Made | ($912.78) | ($270.30) | ($642.48) | $0.00 | $0.00 |

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

©2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227.

### FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting
MyAccount.SantanderConsumerUSA.com or
call us at 888.222.4227 to request the Auto Pay
authorization form by mail

Pay online using a checking/savings account at
MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account
on our automated system at 888.222.4227

Pay by mail: **Santander Consumer USA**
**P.O. Box 660633**
**Dallas, TX 75266-0633**
Please include your account number on your check
or money order. Allow 5-7 days for delivery.
See reverse for alternative payment options.

---

## SPECIAL OFFERS & MESSAGES

---

©2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420



↑ To receive proper credit, please detach and return with your payment, indicating the amount paid. ↑

## PAYMENT COUPON

**Santander** CHARLES BRADY
**ConsumerUSA** 316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

To update your address and/or telephone information,
please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Violation 15 USC 1692d(2)

Total Amount Due **$912.78**

Account Number 0025936168
Violation 15 USC
Due Date 5/8/2022 1692e(2)(A)
and
15 USC 1692f(1)

Total Amount Enclosed $

Paying Your Account Ahead - See reverse side

©2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 00091278 4

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

» **Visit MyAccount.SantanderConsumerUSA.com to sign up,** or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» **To stop or cancel Auto Pay,** simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» **If you change financial institutions or accounts,** you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. A fee may apply* if you choose to use your debit card.

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.*** Please note:

» MoneyGram Receive Code is 1544          » Western Union City Code is PITSTOP, State Code is TX

 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.***

*A third-party payment processing company may charge a fee to process your payment.

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.
**Watch a video** to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information - Please visit our web site** MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance** - Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy Information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**Accounts Receivable Conversion:** By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is: Santander Consumer USA Credit Bureau Disputes P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

Exhibit D-6

(PLEASE PRINT)

CHANGE OF ADDRESS/TELEPHONE INFORMATION

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

Your Street Address

Your City               State      Zip

Home Phone              Cell Phone          Vehicle Location Street Address

Work Phone                                  Your City          State      Zip

Email Address

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420

**Santander** Consumer USA

## Exhibit D-7

**CHARLES BRADY**

316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

Violation 15 USC 1692d(2)

### ACCOUNT INFORMATION

Statement Date 5/19/2022
Account Number 0025936168
Account Status as of Statement Date **Current**
Last Payment Made 5/8/2022
Monthly Payment **$912.78** Violation 15 USC
Past Due **$0.00** 1692e(2)(A)
Unpaid Fees and Charges **$0.00** and
15 USC 1692f(1)
**TOTAL AMOUNT DUE** **$912.78**
by **6/8/2022**

Principal Balance **$36,677.93**
Estimated Payoff* **$35,910.00**
by 5/19/2022
*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date
Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

---

### ACCOUNT ALERTS & IMPORTANT INFORMATION

Account is currently setup on recurring payments.

---

### ACCOUNT ACTIVITY SINCE LAST STATEMENT
Violation 15 USC 1692d(2)

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
| 05/08/22 | Payment Made | ($912.78) | ($274.97) | ($637.81) | $0.00 | $0.00 |

Violation 15 USC 1692e(2)(A) and 15 USC 1692f(1)

©2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227.

### FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting **MyAccount.SantanderConsumerUSA.com** or call us at **888.222.4227** to request the Auto Pay authorization form by mail

Pay online using a checking/savings account at **MyAccount.SantanderConsumerUSA.com**

Pay by phone using a checking/savings account on our automated system at **888.222.4227**

Pay by mail: **Santander Consumer USA P.O. Box 660633 Dallas, TX 75266-0633**
Please include your account number on your check or money order. Allow 5-7 days for delivery. See reverse for alternative payment options.

---

### SPECIAL OFFERS & MESSAGES

---



To receive proper credit, please detach and return with your payment, indicating the amount paid.

### PAYMENT COUPON

**Santander** Consumer USA

**CHARLES BRADY**
316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

To update your address and/or telephone information, please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Violation 15 USC 1692d(2)

Total Amount Due **$912.78**
Account Number **0025936168**
Due Date **6/8/2022** Violation 15 USC
1692e(2)(A)
and
15 USC 1692f(1)

Total Amount Enclosed $

Paying Your Account Ahead - See reverse side

©2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 00091278 4

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

» Visit MyAccount.SantanderConsumerUSA.com to sign up, or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» To stop or cancel Auto Pay, simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» If you change financial institutions or accounts, you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply*** **If you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.*** Please note:
» MoneyGram Receive Code is 1544        » Western Union City Code is PITSTOP, State Code is TX



 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.***

***A third-party payment processing company may charge a fee to process your payment.**

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

**Watch a video** to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information -** Please visit our web site MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance -** Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

Accounts Receivable Conversion: By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245. This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is: Santander Consumer USA Credit Bureau Disputes P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

Exhibit D-8

(PLEASE PRINT)

## CHANGE OF ADDRESS/TELEPHONE INFORMATION

_____

Your Street Address

_____   _____ _____
Your City          State    Zip

_____   _____
Home Phone         Cell Phone

_____

Work Phone

_____

Email Address

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

_____

Vehicle Location Street Address

_____   _____ _____
Your City          State    Zip

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420



**Santander** Consumer USA

**Exhibit D-9**

CHARLES BRADY

Violation 15 USC 1692d(2)

316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

### ACCOUNT INFORMATION

Statement Date 6/18/2022
Account Number 0025936168
Account Status as of Current
Statement Date
Last Payment Made 6/8/2022
Monthly Payment $912.78   Violation 15 USC
Past Due $0.00        1692e(2)(A
Unpaid Fees and Charges $0.00     and
15 USC 1692f(1)
**TOTAL AMOUNT DUE** $912.78

by 7/8/2022

Principal Balance $36,419.33
Estimated Payoff* $36,628.86
by 6/18/2022
*Balance includes principal, accrued interest, and
unpaid fees and charges as of the statement date
Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

---- ACCOUNT ALERTS & IMPORTANT INFORMATION ----
Account is currently setup on recurring payments.

---- ACCOUNT ACTIVITY SINCE LAST STATEMENT ----
Violation 15 USC 1692d(2)

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
| 06/08/22 | Payment Made | ($912.78) | ($258.60) | ($654.18) | $0.00 | $0.00 |

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

©2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227.

### FREE PAYMENT OPTIONS
Pay using Auto Pay when you sign up by visiting MyAccount.SantanderConsumerUSA.com or call us at 888.222.4227 to request the Auto Pay authorization form by mail
Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com
Pay by phone using a checking/savings account on our automated system at 888.222.4227
Pay by mail: **Santander Consumer USA**
P.O. Box 660633
Dallas, TX 75266-0633
Please include your account number on your check or money order. Allow 5-7 days for delivery. See reverse for alternative payment options.

---- SPECIAL OFFERS & MESSAGES ----

↑ To receive proper credit, please detach and return with your payment, indicating the amount paid. ↑

---- PAYMENT COUPON ----

**Santander** Consumer USA   CHARLES BRADY
316 ELWOOD ST
PHILADELPHIA, PA 19144-1805   Violation 15 USC 1692d(2)
To update your address and/or telephone information, please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Total Amount Due **$912.78**
Account Number 0025936168    Violation 15 USC 1692e(2)
Due Date 7/8/2022          (A)
and
15 USC 1692f(1

Total Amount Enclosed $

Paying Your Account Ahead - See reverse side
©2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 00091278 4

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

» Visit MyAccount.SantanderConsumerUSA.com to sign up, or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» To stop or cancel Auto Pay, simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» If you change financial institutions or accounts, you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply\* if you choose to use your debit card.**

**Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.\*** Please note:
» MoneyGram Receive Code is 1544          » Western Union City Code is PITSTOP; State Code is TX

 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.\***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.\***

**\*A third-party payment processing company may charge a fee to process your payment.**

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

**Watch a video** to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information -** Please visit our web site MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance** - Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

Accounts Receivable Conversion: By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS** - YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is:
Santander Consumer USA Credit Bureau Disputes
P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

(PLEASE PRINT)

Exhibit D-10

## CHANGE OF ADDRESS/TELEPHONE INFORMATION

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

_____
Your Street Address

_____  _____  _____
Your City                        State        Zip

_____  _____
Home Phone              Cell Phone

Vehicle Location Street Address
_____

_____  _____  _____
Your City                        State        Zip

_____
Work Phone

_____
Email Address

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420

**Santander** Consumer USA

## ACCOUNT INFORMATION

Statement Date 7/19/2022
Account Number 0025936168
Account Status as of Current
Statement Date
Last Payment Made 7/8/2022
Monthly Payment **$912.78** → Violation 15 USC 1692e(2)(A)
Past Due $0.00
Unpaid Fees and Charges $0.00
and
15 USC 1692f(1)
**TOTAL AMOUNT DUE** **$912.78**
by 8/8/2022

Principal Balance **$36,135.16**
Estimated Payoff* **$36,363.85**
by 7/19/2022
*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

Exhibit D-11

CHARLES BRADY    Violation 15 USC 1692d(2)

316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

---

**ACCOUNT ALERTS & IMPORTANT INFORMATION**

Account is currently setup on recurring payments.

---

**ACCOUNT ACTIVITY SINCE LAST STATEMENT**
Violation 15 USC 1692d(2)

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
| 07/08/22 | Payment Made | ($912.78) | ($284.17) | ($628.61) | $0.00 | $0.00 |

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

@2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227.

### FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting MyAccount.SantanderConsumerUSA.com or call us at 888.222.4227 to request the Auto Pay authorization form by mail

Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account on our automated system at 888.222.4227

Pay by mail: **Santander Consumer USA**
**P.O. Box 660633**
**Dallas, TX 75266-0633**
Please include your account number on your check or money order. Allow 5-7 days for delivery. See reverse for alternative payment options.

---

**SPECIAL OFFERS & MESSAGES**

---

↑ To receive proper credit, please detach and return with your payment, indicating the amount paid. ↑

**PAYMENT COUPON**

**Santander** ConsumerUSA

CHARLES BRADY
316 ELWOOD ST
PHILADELPHIA, PA 19144-1806    Violation 15 USC 1692d(2)

To update your address and/or telephone information, please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Total Amount Due **$912.78**
Account Number **0025936168**    Violation 15 USC 1692e(2)(A)
Due Date **8/8/2022**    and
15 USC 1692f(1)

Total Amount Enclosed $

Paying Your Account Ahead - See reverse side

@2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 00091278 4

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION



**Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

» **Visit MyAccount.SantanderConsumerUSA.com to sign up,** or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» **To stop or cancel Auto Pay,** simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» **If you change financial institutions or accounts,** you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.



**Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply\* if you choose to use your debit card.**



**Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.



**Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.



**MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.\*** Please note:

» MoneyGram Receive Code is 1544     » Western Union City Code is PITSTOP, State Code is TX



**CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.\***



**PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.\***

**\*A third-party payment processing company may charge a fee to process your payment.**



**Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

**Watch a video** to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information -** Please visit our web site MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance -** Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**Accounts Receivable Conversion:** By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is: Santander Consumer USA Credit Bureau Disputes P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

©2020 Santander Consumer USA Inc. All rights reserved.

## Exhibit D-12

**(PLEASE PRINT)**

## CHANGE OF ADDRESS/TELEPHONE INFORMATION



If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

_____
Your Street Address

_____ _____ _____
Your City   State   Zip

_____
Home Phone    Cell Phone

_____
Vehicle Location Street Address

_____ _____ _____
Your City   State   Zip

_____
Work Phone

_____
Email Address

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420

**Santander** Consumer USA

## ACCOUNT INFORMATION

Statement Date 8/19/2022
Account Number 0025936168
Account Status as of Current
Statement Date

Last Payment Made 8/8/2022
Monthly Payment **$912.78** — Violation 15 USC 1692e(2)(A)
Past Due $0.00
Unpaid Fees and Charges $0.00

and
15 USC 1692f(1)

**TOTAL AMOUNT DUE** **$912.78**

by **9/8/2022**

Principal Balance **$35,866.87**
Estimated Payoff* **$36,093.86**
by 8/19/2022

*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

## Exhibit D-13

**CHARLES BRADY**

Violation 15 USC 1692d(2)

316  ELWOOD ST

PHILADELPHIA, PA 19144-1806

—— ACCOUNT ALERTS & IMPORTANT INFORMATION ——

Account is currently setup on recurring payments.

—— ACCOUNT ACTIVITY SINCE LAST STATEMENT ——

Violation 15 USC 1692d(2)

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
| 08/08/22 | Payment Made | ($912.78) | ($268.29) | ($644.49) | $0.00 | $0.00 |

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

©2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call
888.222.4227.

## FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting
MyAccount.SantanderConsumerUSA.com or
call us at 888.222.4227 to request the Auto Pay
authorization form by mail

Pay online using a checking/savings account at
MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account
on our automated system at 888.222.4227

Pay by mail: **Santander Consumer USA**
**P.O. Box 660633**
**Dallas, TX 75266-0633**
Please include your account number on your check
or money order. Allow 5-7 days for delivery.
See reverse for alternative payment options.

—— SPECIAL OFFERS & MESSAGES ——



↑ To receive proper credit, please detach and return with your payment, indicating the amount paid. ↑

—— PAYMENT COUPON ——

**Santander** Consumer USA   CHARLES BRADY
316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

Violation 15 USC 1692d(2)

To update your address and/or telephone information,
please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Total Amount Due **$912.78**
Account Number **0025936168**
**Due Date 9/8/2022**

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

Total Amount Enclosed  $

Paying Your Account Ahead - See reverse side

©2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 000091278 4

…

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

» **Visit MyAccount.SantanderConsumerUSA.com to sign up,** or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» **To stop or cancel Auto Pay,** simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» **If you change financial institutions or accounts,** you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply\* if you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.\*** Please note:
» MoneyGram Receive Code is 1544    » Western Union City Code is PITSTOP, State Code is TX



 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.\***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.\***

**\*A third-party payment processing company may charge a fee to process your payment.**

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

**Watch a video** to learn more about simple interest contracts at www.SantanderConsumerUSA.com.

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information - Please visit our web site MyAccount.SantanderConsumerUSA.com** to obtain your payoff information, next payment due, date of last payment or to update your account at any time or call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance -** Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy Information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**Accounts Receivable Conversion:** By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75266-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is:
Santander Consumer USA Credit Bureau Disputes
P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the MyAccount section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

Exhibit D-14

(PLEASE PRINT)

## CHANGE OF ADDRESS/TELEPHONE INFORMATION

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

**Your Street Address**

| Your City | State | Zip |
|---|---|---|

**Home Phone** **Cell Phone**

**Vehicle Location Street Address**

| Your City | State | Zip |
|---|---|---|

**Work Phone**

**Email Address**

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420



**Santander** Consumer USA

## Exhibit D-15

**CHARLES BRADY**

Violation 15 USC 1692d(2)

316 ELWOOD ST

PHILADELPHIA, PA 19144-1806

**ACCOUNT INFORMATION**

Statement Date 9/18/2022
Account Number 0025936168
Account Status as of Statement Date **Current**

Last Payment Made 9/8/2022
Monthly Payment **$912.78** Violation 15 USC 1692c(2)(A)
Past Due **$0.00** and
Unpaid Fees and Charges **$0.00** 15 USC 1692f( )

**TOTAL AMOUNT DUE $912.78**

by **10/8/2022**

Principal Balance **$35,593.80**
Estimated Payoff* **$35,798.58** by 9/18/2022

*Balance includes principal, accrued interest, and unpaid fees and charges as of the statement date

Violation 15 USC 1692c(2)(A) and 15 USC 1692f

### ACCOUNT ALERTS & IMPORTANT INFORMATION

Account is currently setup on recurring payments.

### ACCOUNT ACTIVITY SINCE LAST STATEMENT
Violation 15 USC 1692d(2)

| Date | Description | Total | Principal | Interest | Late Fees | Other Fees |
|------|-------------|-------|-----------|----------|-----------|------------|
| 09/08/22 | Payment Made | ($912.78) | ($273.07) | ($639.71) | $0.00 | $0.00 |

Violation 15 USC 1692c(2)(A) and 15 USC 1692f(1)

@2020 Santander Consumer USA Inc. All rights reserved.
Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227.

### FREE PAYMENT OPTIONS

Pay using Auto Pay when you sign up by visiting MyAccount.SantanderConsumerUSA.com or call us at 888.222.4227 to request the Auto Pay authorization form by mail

Pay online using a checking/savings account at MyAccount.SantanderConsumerUSA.com

Pay by phone using a checking/savings account on our automated system at 888.222.4227

Pay by mail: **Santander Consumer USA P.O. Box 660633 Dallas, TX 75266-0633**

Please include your account number on your check or money order. Allow 5-7 days for delivery. See reverse for alternative payment options.

### SPECIAL OFFERS & MESSAGES

---



↑ To receive proper credit, please detach and return with your payment, indicating the amount paid. ↑

### PAYMENT COUPON

**Santander** ConsumerUSA **CHARLES BRADY**
316 ELWOOD ST
PHILADELPHIA, PA 19144-1806

Violation 15 USC 1692d(2)

To update your address and/or telephone information, please check the box and fill out the reverse side.

SANTANDER CONSUMER USA
PO BOX 660633
DALLAS, TX 75266-0633

Total Amount Due **$912.78**
Account Number **0025936168**
Due Date **10/8/2022** Violation 15 USC 1692c(2)(A) and 15 USC 1692f(1)

Total Amount Enclosed $

Paying Your Account Ahead - See reverse side

@2020 Santander Consumer USA Inc. All rights reserved.
SC-SER_40717-0_042420

5 000259361681000 00091278 00091278 4

Questions? Go to MyAccount.SantanderConsumerUSA.com or call 888.222.4227 Monday through Friday, 7 a.m. to 9 p.m., CT, and Saturday, 7 a.m. to 5 p.m., CT.

## PAYMENT INFORMATION

 **Auto Pay.** Sign up today for Auto Pay and your monthly payments will automatically be deducted from your personal checking or savings account and credited to your account by the payment due date. You won't have to worry about being late or missing a car payment again! It's smart, it's FREE and it's easy!

» Visit MyAccount.SantanderConsumerUSA.com to sign up, or call us at 888.222.4227 to request the Auto Pay authorization form by mail.
» **To stop or cancel Auto Pay,** simply notify Santander Consumer USA orally or in writing at least three business days before the scheduled date of the transfer. You may be required to provide a written authorization within 14 days of an oral request.
» **If you change financial institutions or accounts,** you may stop payment of a debit entry by providing written notification to both Santander Consumer USA and your financial institution prior to closing or changing your account.

 **Pay online at MyAccount.SantanderConsumerUSA.com.** We accept ACH payments from checking/savings account with no additional fee. You can make a one-time payment or set up a recurring online payment plan. **A fee may apply\* if you choose to use your debit card.**

 **Pay by phone.** Make a free ACH payment using a checking or savings account on our automated system. Call 888.222.4227. Please have your Santander Consumer USA account number and your bank account and routing transit number ready when you call.

 **Pay by mail.** Mail your payment, made out to Santander Consumer USA, to P.O. Box 660633, Dallas, TX 75266-0633. Write your account number on your check or money order and return it with the lower portion of your statement in the envelope provided. We do not accept credit cards, third-party checks, title-stipulated drafts, checks with restrictive endorsement, checks issued by a foreign bank or cash. To ensure payments are received in a timely manner, please mail your payment five to seven days before the due date.

 **MoneyGram or Western Union.** Express payments can be made using MoneyGram or Western Union Quick Collect. Please visit MyAccount.SantanderConsumerUSA.com for details, including **fees that may apply.\*** Please note:
» MoneyGram Receive Code is 1544          » Western Union City Code is PITSTOP, State Code is TX

 **CheckFreePay.** This service enables customers to walk into nearly 25,000 retail locations nationwide to make their automobile payment. Just take the bottom portion of your billing statement and cash payment to a nearby CheckFreePay location. To find the location nearest you, visit www.checkfreepay.com. **Fees may apply.\***

 **PayNearMe.** This service enables customers to walk into nearly 9,000 locations nationwide to make their automobile payment. Most stores are open 24 hours a day, 7 days a week. Just visit www.paynearme.com/santanderconsumerusa to get your payment code. Visit your nearby 7-Eleven or Ace Cash Express and provide the cashier with your payment code. Make your cash payment and keep your receipt as proof of payment. To find the location nearest you visit www.paynearme.com. **Fees may apply.\***

**\*A third-party payment processing company may charge a fee to process your payment.**

 **Late Payment Warning:** If we do not receive your payment(s) – including any fees or late charges that have been assessed – by the due date, you may have to pay a late fee. In addition, our service center associates will contact you for collection of payment. We may report information about your account to credit bureaus. Late payment(s), missed payment(s) or other default(s) on your account may be reflected in your credit report.

**Watch a video** to learn more about simple interest contracts at **www.SantanderConsumerUSA.com.**

**Paying Your Account Ahead.** Any amount paid over your total due shown on the front of this statement by your due date will be applied to your balance but will not further advance your due date. You will need to make at least one regular monthly payment by the due date of each billing cycle, regardless of how much you paid in previous billing cycles, until your account is paid in full. If you would like your payment allocated differently, please contact us at 888.222.4227.

## ACCOUNT INFORMATION

**Automated Account Information -** Please visit our web site MyAccount.SantanderConsumerUSA.com to obtain your payoff information, next payment due, date of last payment or to update your account at any time call 888.222.4227. You may also use this system to make a payment by phone. Follow the simple instructions that will guide you through our menu.

**Insurance -** Coverage is mandatory. Your contract includes a requirement to maintain an insurance policy on your vehicle that provides comprehensive and collision coverage and to have a Loss Payee and Additional Insured Endorsement. Please make sure this information is correctly disclosed on your policy. **To update your policy information at any time, visit MyAccount.SantanderConsumerUSA.com or call 888.222.4227.**

**Notice to Customer -** If you choose to pay by check and your check is returned unpaid or insufficient or uncollected funds, you are giving the company permission, in advance, to electronically re-present this item and assess a return fee to your account as provided for and in an amount consistent with your contract and applicable state and federal laws. In the ordinary course of business, your check will not be provided to you with your bank statement, but a copy can be retrieved by contacting your financial institution.

**Accounts Receivable Conversion:** By remitting a check for payment, you are authorizing Santander Consumer USA to use the information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check where permitted by law. This electronic debit will be for the exact amount of your check. If an electronic debit is processed, the funds may be withdrawn from your account the same business day the payment is received and your check will not be returned to your financial institution.

**NOTICE OF IMPORTANT RIGHTS -** YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY 10 DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO SANTANDER CONSUMER USA INC., P.O. BOX 961245, FORT WORTH, TX 76161-1245.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

©2020 Santander Consumer USA Inc. All rights reserved.

**Mail payoff checks to:**
Santander Consumer USA
P.O. Box 660633, Dallas, TX 75265-0633

**Send bankruptcy notifications to:**
Santander Consumer USA
Attn: Bankruptcy Dept.
P.O. Box 560284, Dallas, TX 75356-0284.
All verbal communication regarding a bankruptcy needs to be made by calling 888.437.4846.

**Mail your insurance information to:**
Santander Consumer USA
P.O. Box 1984, Carmel, IN 46082.

**Mail non-payment correspondence to:**
Santander Consumer USA
P.O. Box 961245, Fort Worth, TX 76161-1245

**You have the right to dispute the accuracy of information we may have reported to a credit bureau.** You may contact Santander by writing a letter describing your dispute. The address for disputes is:
Santander Consumer USA Credit Bureau Disputes
P.O. Box 961211, Fort Worth, TX 76161

**Sign up for online statements and recurring payments.** Visit the My Account section of MyAccount.SantanderConsumerUSA.com and set up an online account. You will need a valid email address and your social security number to get started.

## Exhibit D-16

**CHANGE OF ADDRESS/TELEPHONE INFORMATION**

(PLEASE PRINT)

If the vehicle is being garaged at a location other than the new mailing address, please enter to reflect the correct garaging information below.

_____
Your Street Address

_____          _____
Your City          State     Zip

_____          _____
Home Phone          Cell Phone     Vehicle Location Street Address

_____          _____
Work Phone          Your City     State     Zip

_____
Email Address

Change of address/telephone information may also be done online at MyAccount.SantanderConsumerUSA.com.

SC-SER_40717-0_042420

# Exhibit D-17

Philadelphia Federal Credit Union

12/16/2022 02:04 PM

## PFCU CHECKING 0004

Available **$246.15**

Current **$356.15**

### Apr 1, 2022 - Dec 16, 2022 Custom

| Date | Description | Amount | Balance |
|------|-------------|--------|---------|
| 12/12/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000025162488 | -$912.78 | |
| 11/10/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000021055168 | -$912.78 | |
| 10/14/2022 | Withdrawal SANTANDER / TYPE: RETRY PYMT ID: 3752892696 CO: SANTANDER %% ACH Trace 021000021812912 | -$912.78 | |
| 10/11/2022 | Overdrawn NSF / In the amount $912.78 SANTANDER | -$28.00 | |
| 09/12/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000027257626 | -$912.78 | |
| 08/19/2022 | Withdrawal SANTANDER / TYPE: RETRY PYMT ID: 3752892696 CO: SANTANDER %% ACH Trace 021000025005810 | -$912.78 | |
| 08/10/2022 | Overdrawn NSF / In the amount $912.78 SANTANDER | -$28.00 | |
| 07/11/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000029379784 | -$912.78 | |
| 06/10/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000020868987 | -$912.78 | |
| 05/10/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000020721365 | -$912.78 | |
| 04/11/2022 | Withdrawal SANTANDER / TYPE: CONSUMER ID: 3752892696 CO: SANTANDER %% ACH Trace 021000024371346 | -$912.78 | |

# Exhibit E



## Review before submitting   Exhibit E-1

Please review the details of your dispute before you submit. When you are ready, click the "Submit Dispute" button at the bottom of the page.



✏ Edit   🗑 Remove

### SANTANDER CONSUMER USA

Account dispute

Reason selected   **Other reason**

Comment   **I sent a Right of rescission notice to SANTANDER CONSUMER USA and they received it on 09/12/2022. Pursuant to 15 USC 1635 this account is rescinded. So I demand this furnished account be deleted.**

[ Add another item ]

[ **Submit dispute** ]



## Submitted

Exhibit E-1



# 1 out of 1

# Disputes submitted successfully!

### Estimated date of resolution: Nov 3, 2022

**SANTANDER CONSUMER USA** ✓

Other reason

Attach supporting documents

Notify companies of your results by mail

## Always know what's on your credit report

Don't be caught off guard by changes to your credit report. We'll monitor your credit report and send you alerts when key changes occur.



Get started now

Personal Credit Report for:
**CHARLES BRADY**

Exhibit E-2

File Number:
**347284232**

Date Created:
**12/03/2022**

Visit <u>transunion.com/dispute</u> to start a dispute online.

## 8 Personal Information

You have been on our files since 10/01/1995. Your SSN has been masked for your protection.

**Credit Report Date**

12/03/2022

**Social Security Number**

XXX-XX-5722

**Date of Birth**

02/26/1972

**Name**

CHARLES BRADY

## Also Known As

**AKA**

CHARLES W. BRADY

**AKA**

CHUCK BRADY

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

# Addresses

**Current Address**

316 E ELWOOD ST PHILADELPHIA, PA 19144-1806

**Date Reported**

04/24/2015

**Other Address**

1830 PLYMOUTH ST PHILADELPHIA, PA 19126-1531

**Date Reported**

08/01/2002

**Other Address**

531 W WESTMORELAND ST PHILADELPHIA, PA 19140-5631

**Date Reported**

02/24/2015

**Other Address**

600 RED LION RD APT B3 PHILADELPHIA, PA 19115-1206

**Date Reported**

07/05/2007

**Other Address**

6628 N 8TH ST APT E3 PHILADELPHIA, PA 19126-3322

**Date Reported**

12/01/1999

**Other Address**

41 W REGER ST PHILADELPHIA, PA 19144-2978

# Phone Numbers

**Phone Number**

(445) 223-0110

**Phone Number**

(215) 224-9911

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

**Phone Number**

(215) 384-4772

**Phone Number**

(215) 384-4722

**Phone Number**

(215) 224-0537

**Phone Number**

(215) 469-1960

**Phone Number**

(384) 477-4772

**Phone Number**

(824) 801-4465

**Phone Number**

(267) 766-2512

**Phone Number**

(215) 927-5188

**Phone Number**

(215) 870-6618

**Phone Number**

(215) 244-0537

**Phone Number**

(215) 924-1597

**Phone Number**

(267) 286-1043

**Phone Number**

(215) 934-7054

# Employers

**Employer**

SEPTA

https://annualcreditreport.transunion.com/dss/disclosure.page

Date Verified
03/08/2022

---

### ENVIRONMENTAL RESTORATION

Occupation
RESTORATION

Date Hired
08/01/2014

Date Verified
09/04/2017

---

### WRS

Occupation
LABORER

Date Verified
06/18/2004

## 🏛 Accounts

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The rating key is provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

### Payment/Remarks Key

#### Ratings

**OK** Current, paying or paid as agreed

**N/R** Not Reported

**X** Unknown

**30** Account 30 days late

**60** Account 60 days late

**90** Account 90 days late

**120** Account 120 or more days late

**COL** Transferred to collection

**VS** Voluntarily surrendered

**RPO** Repossession

**C/O** Charged off by account provider

**View Your Report | TransUnion Credit Report**

**FC**   Foreclosure

## Remarks

**AAP:** Loan assumed by another party

**ACQ:** Acquired from another lender

**ACR:** Account closed due to refinance

**ACT:** Account closed due to transfer

**AFR:** Account acquired by RTC/FDIC

**AID:** Account information disputed by consumer

**AJP:** Adjustment pending

**AMD:** Active military duty

**AND:** Affected by natural disaster

**BAL:** Balloon payment

**BKL:** Included in bankruptcy

**BKW:** Bankruptcy withdrawn

**CAD:** Dispute account/closed by consumer

**CBC:** Account closed by consumer

**CBD:** Dispute resolved/consumer disagrees/closed by consumer

**CBG:** Canceled by credit grantor

**CBL:** Chapter 7 bankruptcy

**CBR:** Chapter 11 bankruptcy

**CBT:** Chapter 12 bankruptcy

**CLA:** Placed for collection

**CLO:** Closed

**CLS:** Credit line suspended

**CRB:** Collateral released—balance owing

**CTR:** Account closed—transfer to refinance

**CTS:** Contact subscriber

**DDR:** -none-

**DLU:** Deed in lieu

**DM:** Bankruptcy dismissed

**DRC:** Dispute resolved/consumer disagrees

**DRG:** Dispute resolved reported by credit grantor

**ER:** Election of remedy

**ETB:** Early termination/balance owing

**ETI:** Early termination by default

**ETO:** Early termination/obligation settled

View Your Report | TransUnion Credit Report

**ETS:** Early termination/status pending

**FCL:** Foreclosure

**FPD:** Account paid, foreclosure started

**FPI:** Foreclosure initiated

**FRD:** Foreclosure collateral sold

**FTB:** Full termination/balance owing

**FTO:** Full termination/obligation satisfied

**FTS:** Full termination/status pending

**INA:** Inactive account

**INP:** Debt being paid through insurance

**INS:** Paid by insurance

**IRB:** Involuntary repossession/balance owing

**IRE:** Involuntary repossession

**IRO:** Involuntary repossession/obligation satisfied

**JUG:** Judgment granted

**LA:** Lease assumption

**LMN:** Loan Modified Not GOVT (government)

**LNA:** Credit line is no longer available

**MCC:** Managed by credit counseling service

**MOV:** No forwarding address

**NIR:** Student loan not in repayment

**NPA:** Now paying

**PAL:** Purchase by another lender

**PCL:** Paid collection

**PDD:** Paid by dealer

**PDE:** Payment deferred

**PDI:** Principle deferred/initial payment only

**PFC:** Account paid from collateral

**PLL:** Prepaid lease

**PLP:** Profit and loss now paying

**PNR:** First payment never received

**PPA:** Paying partial payment agreement

**PPD:** Paid by co-maker

**PPL:** Paid profit and loss

**PRD:** Payroll deduction

**PRL:** Profit and loss write-off

**PWG:** Account payment, wage garnish

View Your Report | TransUnion Credit Report

**REA:** Reaffirmation of debt

**REP:** Substitute/replacement account

**RFN:** Refinanced

**RPD:** Paid repossession

**RPO:** Repossession

**RRE:** Repossession redeemed

**RVN:** Returned voluntarily

**RVR:** Returned voluntarily/redeemed

**SET:** Settled–less than full balance

**SGL:** Government secured guaranteed

**SIL:** Simple interest loan

**SLP:** Student loan perm assign government

**SPL:** Single payment loan

**STL:** Credit card lost/stolen

**TRF:** Transfer

**TRL:** Transferred to another lender

**TTR:** Transferred to recovery

**WEP:** Chapter 13 bankruptcy

For account information other than payment history, we may show brackets > < to indicate information that may negatively affect your credit health.

## Accounts with Adverse Information

Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added >brackets< to those items in this report. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**Account Name**

ACCEPTANCENOWR095740000721R095740****

### Account Information

**Address**

5501 HEADQUARTERS PLANO, TX 750

**Phone**

(800) 275-26

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

**Monthly Payment**

**Date Opened**                                                                                    11/12/2(

**Responsibility**                                                                    Individual Accou

**Account Type**                                                                      Installment Accou

**Loan Type**                                                                         RENTAL AGREEME

**Balance**

**Date Updated**                                                                      10/31/2(

**Payment Received**

**Last Payment Made**                                                                 10/31/2(

**High Balance**                                                                          $2,5

**Pay Status**                                              >Paid, Closed; was 90 days past due dat

**Terms**                                                   $0 per month, paid Monthly for 24 mont

**Date Closed**                                                                       10/31/2(

**Estimated month and year this item will be removed**                                12/2(

**Remarks**                                                                               CLOS

**Payment History**

| November 2017 | December 2017 | January 2018 | February 2018 | March 2018 | April 2018 |
|---|---|---|---|---|---|
| Rating | Rating | Rating | Rating | Rating | Rating |
| **OK** | **OK** | **OK** | **OK** | **OK** | **OK** |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|----------|-----------|-----------|-------------|----------------|--------------|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | 30 | 30 | OK |

| November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---------------|---------------|--------------|---------------|------------|------------|
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | 30 | 60 | 60 |

| May 2019 | June 2019 | July 2019 | August 2019 | September 2019 |
|----------|-----------|-----------|-------------|----------------|
| Rating | Rating | Rating | Rating | Rating |
| 90 | 90 | 90 | 90 | 60 |

AMERICAN HERITAGE FCU1000000756181****

## Account Information

**Address**                                    3110 GRANT AVENUE PHILADELPHIA, PA 19

**Phone**                                       (800) 342-00

**Date Opened**                                 03/03/20

**Responsibility**                              Individual Acco

**Account Type**                                Open Acco

**Loan Type**                                   DEPOSIT RELAT

**Balance**                                     $

**Date Updated**                                12/01/2

View Your Report | TransUnion Credit Report

**Payment Received**

10/01/20

**Last Payment Made**

>Charge-o

**Pay Status**

11/01/20

**Date Closed**

High balance of $469 from 06/2020 to 12/20

**High Balance (Hist.)**

07/20

**Estimated month and year this item will be removed**

## Payment History

| November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|
| Balance – – – | Balance – – – | Balance – – – | Balance – – – | Balance – – – | Balance – – – |
| Past Due – – – | Past Due – – – | Past Due – – – | Past Due – – – | Past Due – – – | Past Due – – – |
| Amount Paid – – – | Amount Paid – – – | Amount Paid – – – | Amount Paid – – – | Amount Paid – – – | Amount Paid – – – |
| Remarks PRL< | Remarks > | Remarks – – – | Remarks PRL< | Remarks > | Remarks – – – |
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

View Your Report | TransUnion Credit Report

| | May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | PRL< | > | - - - | PRL< | > | - - - |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

| | November 2019 | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | PRL< | > | - - - | PRL< | > | - - - |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O |

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 |
|---|---|---|---|---|---|
| Balance - - - | Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 |
| Past Due - - - | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 |
| Amount Paid - - - | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Remarks PRL< | Remarks > | Remarks - - - | Remarks PRL< | Remarks > | Remarks - - - |
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

| November 2020 | December 2020 | January 2021 | February 2021 | March 2021 | April 2021 |
|---|---|---|---|---|---|
| Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 |
| Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Remarks PRL< | Remarks > | Remarks - - - | Remarks PRL< | Remarks > | Remarks - - - |
| Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** | Rating **C/O** |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 |
|---|---|---|---|---|---|
| Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 |
| Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Remarks PRL< | Remarks > | Remarks - - - | Remarks PRL< | Remarks > | Remarks - - - |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 |
| Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Remarks PRL< | Remarks > | Remarks - - - | Remarks PRL< | Remarks > | Remarks - - - |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 | Balance $469 |
| Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 | Past Due $469 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 |
| Remarks PRL< | Remarks > | Remarks - - - | Remarks PRL< | Remarks > | Remarks - - - |
| Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O | Rating C/O |

| November 2022 | December 2022 |
|---|---|
| Balance $469 | Balance $469 |
| Past Due $469 | Past Due $469 |
| Amount Paid $0 | Amount Paid $0 |
| Remarks PRL< | Remarks > |
| Rating C/O | Rating C/O |

**CAPITAL ONE AUTO FINANCE**6206355523763****

## Account Information

**Address**

CB DISPUTES TEAM,P O BOX 259407 PLANO, TX 75

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

(800) 946-03

**Phone**

**Monthly Payment**

11/16/2(

**Date Opened**

Joint Accou

**Responsibility**

Installment Accou

**Account Type**

AUTOMOB:

**Loan Type**

$5,3

**Balance**

10/31/2(

**Date Updated**

**Payment Received**

05/10/2(

**Last Payment Made**

>Charge-o

**Pay Status**

$0 per month, paid Monthly for 78 mont

**Terms**

02/28/2(

**Date Closed**

High balance of $16,162 from 06/2020 to 08/2(
$16,162 from 10/2022 to 10/2(

**High Balance (Hist.)**

07/2

**Estimated month and year this item will be removed**

**Payment History**

https://annualcreditreport.transunion.com/dss/disclosure.page

| December 2017 | January 2018 | February 2018 | March 2018 | April 2018 | May 2018 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating 30 | Rating 30 | Rating OK | Rating 30 |

| June 2018 | July 2018 | August 2018 | September 2018 | October 2018 | November 2018 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating 30 | Rating 30 | Rating 60 | Rating 90 | Rating 60 | Rating 90 |

View Your Report | TransUnion Credit Report

| | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 | May 2019 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | - - - | - - - | - - - | - - - | DRG | DRG |
| Rating | 90 | 60 | 90 | 90 | 60 | 60 |

| | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 | November 2019 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG |
| Rating | 90 | X | OK | OK | 30 | 60 |

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 | May 2020 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG |
| Rating | 60 | 60 | 60 | 60 | 30 | OK |

| | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 | November 2020 |
|---|---|---|---|---|---|---|
| Balance | $14,725 | $14,071 | $13,913 | $13,725 | $13,561 | $13,389 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $28 | $900 | $400 | $420 | $400 | $400 |
| Scheduled Payment | $396 | $396 | $396 | $396 | $396 | $396 |
| Remarks | DRG | DRG | DRG | DRG | - - - | PRL< |
| Rating | OK | OK | OK | OK | OK | OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| | December 2020 | January 2021 | February 2021 | March 2021 | April 2021 | May 2021 |
|---|---|---|---|---|---|---|
| Balance | $13,224 | $13,057 | $13,263 | $12,687 | $12,901 | $12,736 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $398 | $397 | $0 | $800 | $0 | $384 |
| Scheduled Payment | $396 | $396 | $396 | $396 | $396 | $396 |
| Remarks | DRG/> | - - - | RPO< | DRG/> | - - - | RPO< |
| Rating | OK | OK | OK | OK | OK | OK |

| | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 | November 2021 |
|---|---|---|---|---|---|---|
| Balance | $12,299 | $12,166 | $12,181 | $12,385 | $12,596 | $12,800 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $396 |
| Amount Paid | $646 | $346 | $196 | $0 | $0 | $0 |
| Scheduled Payment | $396 | $396 | $396 | $396 | $396 | $396 |
| Remarks | DRG/> | - - - | PRL< | DRG/> | - - - | PRL< |
| Rating | OK | OK | OK | OK | OK | 30 |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| December 2021 | January 2022 | February 2022 | March 2022 | April 2022 | May 2022 |
|---|---|---|---|---|---|
| Balance $13,011 | Balance $13,222 | Balance $13,413 | Balance $13,940 | Balance $13,940 | Balance $5,360 |
| Past Due $793 | Past Due $1,189 | Past Due $13,413 | Past Due $1,982 | Past Due $2,379 | Past Due $5,360 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid $6,472 |
| Scheduled Payment $396 | Scheduled Payment $396 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 |
| Remarks DRG/> | Remarks - - - | Remarks PRL< | Remarks DRG/> | Remarks - - - | Remarks PRL< |
| Rating 60 | Rating 90 | Rating C/O | Rating RPO | Rating RPO | Rating C/O |

| June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|
| Balance $5,360 | Balance $5,360 | Balance $5,360 | Balance - - - | Balance $5,360 |
| Past Due $5,360 | Past Due $5,360 | Past Due $5,360 | Past Due - - - | Past Due $5,360 |
| Amount Paid $0 | Amount Paid $0 | Amount Paid $0 | Amount Paid - - - | Amount Paid $0 |
| Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment $0 | Scheduled Payment - - - | Scheduled Payment $0 |
| Remarks DRG/> | Remarks - - - | Remarks - - - | Remarks PRL< | Remarks DRG/> |
| Rating C/O | Rating C/O | Rating C/O | Rating X | Rating C/O |

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

## CONSUMER PORTFOLIO SVS4001511****

## Account Information

| | |
|---|---|
| **Address** | 19500 JAMBOREE RD,SUITE 500 IRVINE, CA 92( |
| **Phone** | (800) 400-4 |
| **Monthly Payment** | |
| **Date Opened** | 12/23/2( |
| **Responsibility** | Individual Acco |
| **Account Type** | Installment Acco |
| **Loan Type** | AUTOMOB |
| **Balance** | |
| **Date Updated** | 10/27/2( |
| **Payment Received** | $4,7 |
| **Last Payment Made** | 10/05/2( |
| **Pay Status** | Paid, Closed; was Paid as agre |
| **Terms** | $0 per month, paid Monthly for 72 mon |
| **Date Closed** | 10/27/2( |
| **High Balance (Hist.)** | High balance of $21,416 from 06/2020 to 10/2( |
| **Remarks** | CLOS |

## Payment History

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| August 2015 | September 2015 | October 2015 | November 2015 | December 2015 | January 2016 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| February 2016 | March 2016 | April 2016 | May 2016 | June 2016 | July 2016 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

| August 2016 | September 2016 | October 2016 | November 2016 | December 2016 | January 2017 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| February 2017 | March 2017 | April 2017 | May 2017 | June 2017 | July 2017 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| August 2017 | September 2017 | October 2017 | November 2017 | December 2017 | January 2018 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| February 2018 | March 2018 | April 2018 | May 2018 | June 2018 | July 2018 |
|---|---|---|---|---|---|
| Balance | Balance | Balance | Balance | Balance | Balance |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | Past Due | Past Due | Past Due | Past Due | Past Due |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid | Amount Paid |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment | Scheduled Payment |
| - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | Rating | Rating | Rating | Rating | Rating |
| OK | OK | OK | OK | OK | OK |

| August 2018 | September 2018 | October 2018 | November 2018 | December 2018 | January 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

| February 2019 | March 2019 | April 2019 | May 2019 | June 2019 | July 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>OK |

View Your Report | TransUnion Credit Report

12/3/22, 3:42 PM

| | August 2019 | September 2019 | October 2019 | November 2019 | December 2019 | January 2020 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | - - - | - - - |
| Past Due | - - - | - - - | - - - | - - - | - - - | - - - |
| Amount Paid | - - - | - - - | - - - | - - - | - - - | - - - |
| Scheduled Payment | - - - | - - - | - - - | - - - | - - - | - - - |
| Rating | OK | OK | OK | OK | OK | OK |

| | February 2020 | March 2020 | April 2020 | May 2020 | June 2020 | July 2020 |
|---|---|---|---|---|---|---|
| Balance | - - - | - - - | - - - | - - - | $10,774 | $10,315 |
| Past Due | - - - | - - - | - - - | - - - | $1,469 | $1,245 |
| Amount Paid | - - - | - - - | - - - | - - - | $481 | $712 |
| Scheduled Payment | - - - | - - - | - - - | - - - | $488 | $488 |
| Rating | OK | 30 | 60 | 60 | 60 | 60 |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| August 2020 | September 2020 | October 2020 | November 2020 | December 2020 | January 2021 |
|---|---|---|---|---|---|
| Balance $9,933 | Balance $9,394 | Balance $9,027 | Balance $8,843 | Balance $8,264 | Balance $7,880 |
| Past Due $1,245 | Past Due $994 | Past Due $982 | Past Due $1,220 | Past Due $958 | Past Due $946 |
| Amount Paid $488 | Amount Paid $739 | Amount Paid $500 | Amount Paid $250 | Amount Paid $750 | Amount Paid $500 |
| Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 |
| Rating 60 | Rating 30 | Rating 30 | Rating 60 | Rating 30 | Rating 30 |

| February 2021 | March 2021 | April 2021 | May 2021 | June 2021 | July 2021 |
|---|---|---|---|---|---|
| Balance $7,473 | Balance $6,922 | Balance $6,537 | Balance $5,670 | Balance $5,257 | Balance $5,063 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $488 | Amount Paid $488 | Amount Paid $479 | Amount Paid $976 | Amount Paid $488 | Amount Paid $250 |
| Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $488 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

| August 2021 | September 2021 | October 2021 |
|---|---|---|
| Balance $4,906 | Balance $4,497 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $244 | Amount Paid $500 | Amount Paid $4,783 |
| Scheduled Payment $488 | Scheduled Payment $488 | Scheduled Payment $0 |
| Rating OK | Rating OK | Rating OK |

**ONEMAIN**1017506800349****

## Account Information

**Address**                          PO BOX 1010 EVANSVILLE, IN 477

**Phone**                            (844) 298-97

**Monthly Payment**

**Date Opened**                      10/24/20

**Responsibility**                   Individual Acco

**Account Type**                     Installment Acco

**Loan Type**                        SECU

**Balance**

**Date Updated**                     10/28/

View Your Report | TransUnion Credit Report

**Payment Received**

11/01/20

**Last Payment Made**

Paid, Closed; was Paid as agre

**Pay Status**

$0 per month, paid Monthly for 60 mont

**Terms**

10/28/20

**Date Closed**

High balance of $11,434 from 06/2020 to 05/20
$12,066 from 06/2021 to 10/20

**High Balance (Hist.)**

## Payment History

| November 2017 | December 2017 | January 2018 | February 2018 | March 2018 | April 2018 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** | Rating<br>**OK** |

View Your Report | TransUnion Credit Report

| May 2018 | June 2018 | July 2018 | August 2018 | September 2018 | October 2018 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating 30 |

| November 2018 | December 2018 | January 2019 | February 2019 | March 2019 | April 2019 |
|---|---|---|---|---|---|
| Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - | Balance - - - |
| Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - | Past Due - - - |
| Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - | Amount Paid - - - |
| Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - | Remarks - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating 30 | Rating OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| May 2019 | June 2019 | July 2019 | August 2019 | September 2019 | October 2019 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>OK | Rating<br>OK | Rating<br>OK | Rating<br>30 | Rating<br>OK | Rating<br>OK |

| November 2019 | December 2019 | January 2020 | February 2020 | March 2020 | April 2020 |
|---|---|---|---|---|---|
| Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - | Balance<br>- - - |
| Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - | Past Due<br>- - - |
| Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - | Amount Paid<br>- - - |
| Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - | Scheduled Payment<br>- - - |
| Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - | Remarks<br>- - - |
| Rating<br>OK | Rating<br>30 | Rating<br>30 | Rating<br>OK | Rating<br>OK | Rating<br>OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| | May 2020 | June 2020 | July 2020 | August 2020 | September 2020 | October 2020 |
|---|---|---|---|---|---|---|
| Balance | - - - | $9,827 | $9,760 | $9,688 | $9,483 | $9,317 |
| Past Due | - - - | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | - - - | $76 | $143 | $373 | $373 | $373 |
| Scheduled Payment | - - - | $76 | $305 | $305 | $305 | $305 |
| Remarks | - - - | LMN | LMN | LMN | LMN | LMN |
| Rating | OK | OK | OK | OK | OK | OK |

| | November 2020 | December 2020 | January 2021 | February 2021 | March 2021 | April 2021 |
|---|---|---|---|---|---|---|
| Balance | $9,107 | $8,930 | $8,722 | $8,505 | $8,286 | $8,064 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $373 | $373 | $373 | $373 | $373 | $373 |
| Scheduled Payment | $305 | $305 | $305 | $305 | $305 | $305 |
| Remarks | LMN | LMN | LMN | LMN | LMN | LMN |
| Rating | OK | OK | OK | OK | OK | OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| May 2021 | June 2021 | July 2021 | August 2021 | September 2021 | October 2021 |
|---|---|---|---|---|---|
| Balance $7,838 | Balance $8,240 | Balance $8,043 | Balance $7,843 | Balance $7,605 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $373 | Amount Paid $373 | Amount Paid $373 | Amount Paid $373 | Amount Paid $373 | Amount Paid $0 |
| Scheduled Payment $305 | Scheduled Payment $305 | Scheduled Payment $305 | Scheduled Payment $305 | Scheduled Payment $305 | Scheduled Payment $0 |
| Remarks LMN | Remarks LMN | Remarks LMN | Remarks LMN | Remarks LMN | Remarks LMN/CLO |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current; Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**Account Name**

ACCEPTANCENOWR095740000721R095740****

**Account Information**

**Address**                                                    5501 HEADQUARTERS PLANO, TX 75

**Phone**                                                    (800) 275-2

**Monthly Payment**

**Date Opened**                                                    12/03/

Individual Accou

**Responsibility**

Installment Accou

**Account Type**

RENTAL AGREEME

**Loan Type**

**Balance**

02/15/20

**Date Updated**

$1,1

**Payment Received**

02/15/20

**Last Payment Made**

Paid, Closed; was Paid as agre

**Pay Status**

$0 per month, paid Monthly for 15 mont

**Terms**

02/15/20

**Date Closed**

High balance of $2,514 from 12/2021 to 02/20

**High Balance (Hist.)**

CLOS

**Remarks**

**Payment History**

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| December 2021 | January 2022 | February 2022 |
|---|---|---|
| Balance $2,351 | Balance $2,050 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $154 | Amount Paid $154 | Amount Paid $1,142 |
| Scheduled Payment $154 | Scheduled Payment $154 | Scheduled Payment $0 |
| Rating **OK** | Rating **OK** | Rating **OK** |

ACCEPTANCENOWR063350007284R063350****

## Account Information

| | |
|---|---|
| **Address** | 5501 HEADQUARTERS PLANO, TX 750 |
| **Phone** | (800) 275-26 |
| **Monthly Payment** | |
| **Date Opened** | 05/06/2 |
| **Responsibility** | Individual Acco |
| **Account Type** | Installment Acc |
| **Loan Type** | RENTAL AGREEM |
| **Balance** | |
| **Date Updated** | 07/27 |

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

$1,7

**Payment Received**

07/27/20

**Last Payment Made**

$5,4

**High Balance**

Paid, Closed; was Paid as agre

**Pay Status**

$0 per month, paid Monthly for 32 mont

**Terms**

07/27/20

**Date Closed**

CLOS

**Remarks**

## Payment History

| May 2017 | June 2017 |
| --- | --- |
| Rating | Rating |
| OK | OK |

ACCEPTANCENOWR095740000721R095740****

## Account Information

5501 HEADQUARTERS PLANO, TX 75

**Address**

(800) 275-2

**Phone**

**Monthly Payment**

05/05/

**Date Opened**

Individual Acc

**Responsibility**

Installment Acc

**Account Type**

Page 36 o

View Your Report | TransUnion Credit Report

RENTAL AGREEME

**Loan Type**

**Balance**                                                                 07/30/20

**Date Updated**                                                              $4

**Payment Received**                                                        07/30/20

**Last Payment Made**                                                        $1,6

**High Balance**                                           Paid, Closed; was Paid as agre

**Pay Status**                                      $0 per month, paid Monthly for 15 mont

**Terms**                                                                  07/30/20

**Date Closed**                                                            CLOS

**Remarks**

## Payment History

| May 2015 | June 2015 |
|----------|-----------|
| Rating   | Rating    |
| OK       | OK        |

CAPITAL ONE517805998667****

## Account Information

**Address**                                         P O Box 31293 Salt Lake City, UT 8

**Phone**                                                        (800) 955-

**Monthly Payment**

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

12/02/20

**Date Opened**

Individual Accou

**Responsibility**

Revolving Accou

**Account Type**

CREDIT CA

**Loan Type**

$6

**Balance**

11/17/20

**Date Updated**

11/17/20

**Last Payment Made**

Current; Paid or Paying as Agre

**Pay Status**

$25 per month; paid Mont

**Terms**

Credit limit of $300 from 01/2021 to 04/2021; $6
from 05/2021 to 09/2021; $1,100 from 10/2021
11/20

**Credit Limit (Hist.)**

## Payment History

| January 2021 | February 2021 | March 2021 | April 2021 | May 2021 | June 2021 |
|---|---|---|---|---|---|
| Balance $127 | Balance $118 | Balance $178 | Balance $125 | Balance $40 | Balance $293 |
| High Credit $252 | High Credit $252 | High Credit $252 | High Credit $252 | High Credit $252 | High Credit $440 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Paymer $25 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

Page 38 c

View Your Report | TransUnion Credit Report

| July 2021 | August 2021 | September 2021 | October 2021 | November 2021 | December 2021 |
|---|---|---|---|---|---|
| Balance $0 | Balance $430 | Balance $271 | Balance $813 | Balance $222 | Balance $237 |
| High Credit $484 | High Credit $484 | High Credit $484 | High Credit $813 | High Credit $813 | High Credit $813 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment - - - | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| January 2022 | February 2022 | March 2022 | April 2022 | May 2022 | June 2022 |
|---|---|---|---|---|---|
| Balance $468 | Balance $0 | Balance $969 | Balance $786 | Balance $116 | Balance $969 |
| High Credit $813 | High Credit $813 | High Credit $969 | High Credit $1,069 | High Credit $1,069 | High Credit $1,069 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $25 | Scheduled Payment - - - | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 | Scheduled Payment $25 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| July 2022 | August 2022 | September 2022 | October 2022 | November 2022 |
|---|---|---|---|---|
| Balance $802 | Balance $758 | Balance $763 | Balance $346 | Balance $647 |
| High Credit $1,073 | High Credit $1,073 | High Credit $1,073 | High Credit $1,073 | High Credit $1,073 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Scheduled Payment $25 | Scheduled Payment $29 | Scheduled Payment $28 | Scheduled Payment $25 | Scheduled Payment $25 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

CAPITAL ONE AUTO FINANCE6206210365816****

## Account Information

**Address**                            CB DISPUTES TEAM,P O BOX 259407 PLANO, TX 750

**Phone**                                                            (800) 946-03

**Monthly Payment**

**Date Opened**                                                        04/14/2

**Responsibility**                                            Individual Acc

**Account Type**                                             Installment Acc

**Loan Type**                                                     AUTOMO

**Balance**

**Date Updated**                                                       03/25

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

$17,4

**Payment Received**

03/25/20

**Last Payment Made**

$27,3

**High Balance**

Paid, Closed; was Paid as agre

**Pay Status**

$0 per month, paid Monthly for 72 mont

**Terms**

03/25/20

**Date Closed**

CLOS

**Remarks**

## Payment History

| April 2012 | May 2012 | June 2012 | July 2012 | August 2012 | September 2012 |
|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| October 2012 | November 2012 | December 2012 | January 2013 | February 2013 | March 2013 |
|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| April 2013 | May 2013 | June 2013 | July 2013 | August 2013 | September 201 |
|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

View Your Report | TransUnion Credit Report

| October 2013 | November 2013 | December 2013 | January 2014 | February 2014 | March 2014 |
|---|---|---|---|---|---|
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| April 2014 | May 2014 | June 2014 | July 2014 | August 2014 | September 2014 |
|---|---|---|---|---|---|
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| October 2014 | November 2014 | December 2014 | January 2015 | February 2015 |
|---|---|---|---|---|
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

MOHELA/DEPT OF ED9849928803KM0****

## Account Information

**Address** 633 SPIRIT DRIVE CHESTERFIELD, MO 630

**Phone** (800) 666-4

**Monthly Payment**

**Date Opened** 08/16/1

Individual Acc

**Responsibility** Installment Acc

**Account Type** STUDENT

**Loan Type**

**Balance** Page 42

08/29/20

**Date Updated**

**Payment Received** 08/29/20

**Last Payment Made** $1,7

**High Balance** Paid, Closed; was Paid as agre

**Pay Status** $0 per month, paid Monthly for 43 mon

**Terms** 08/29/20

**Date Closed** CLOS

**Remarks**

## Payment History

| June 2012 | July 2012 | August 2012 | September 2012 | October 2012 | November 2012 |
|---|---|---|---|---|---|
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| December 2012 | January 2013 | February 2013 | March 2013 | April 2013 | May 2013 |
|---|---|---|---|---|---|
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| June 2013 | July 2013 | August 2013 | September 2013 | October 2013 | November 201 |
|---|---|---|---|---|---|
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

| December 2013 | January 2014 | February 2014 | March 2014 | April 2014 | May 2014 |
|---|---|---|---|---|---|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| June 2014 | July 2014 |
|---|---|
| Rating **OK** | Rating **OK** |

## MOHELA/DEPT OF ED9849928803KM0****

### Account Information

| | |
|---|---|
| **Address** | 633 SPIRIT DRIVE CHESTERFIELD, MO 630 |
| **Phone** | (800) 666-43 |
| **Monthly Payment** | |
| **Date Opened** | 08/16/1 |
| **Responsibility** | Individual Acco |
| **Account Type** | Installment Acc |
| **Loan Type** | STUDENT L |
| **Balance** | |
| **Date Updated** | 08/29 |
| **Payment Received** | |

Page 44

View Your Report | TransUnion Credit Report                                    08/29/20

**Last Payment Made**
                                                                                $2,4

**High Balance**
                                                        Paid, Closed: was Paid as agre

**Pay Status**
                                            $0 per month, paid Monthly for 43 mont

**Terms**
                                                                                08/29/20

**Date Closed**
                                                                                CLOS

**Remarks**

## Payment History

| June 2012 | July 2012 | August 2012 | September 2012 | October 2012 | November 2012 |
|-----------|-----------|-------------|----------------|--------------|---------------|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2012 | January 2013 | February 2013 | March 2013 | April 2013 | May 2013 |
|---------------|--------------|---------------|------------|------------|----------|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| June 2013 | July 2013 | August 2013 | September 2013 | October 2013 | November 2013 |
|-----------|-----------|-------------|----------------|--------------|---------------|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

| December 2013 | January 2014 | February 2014 | March 2014 | April 2014 | May 2014 |
|---------------|--------------|---------------|------------|------------|----------|
| Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** | Rating **OK** |

View Your Report | TransUnion Credit Report

| June 2014 | July 2014 |
|-----------|-----------|
| Rating **OK** | Rating **OK** |

PHILA FEDERAL CU671756****

## Account Information

| | |
|---|---|
| **Address** | 12800 TOWNSEND RD PHILADELPHIA, PA 19154-10 |
| **Phone** | (215) 934-35 |
| **Monthly Payment** | $9 |
| **Date Opened** | 10/21/20 |
| **Responsibility** | Individual Accou |
| **Account Type** | Mortgage Acco |
| **Loan Type** | SECOND MORTGA |
| **Balance** | $117 |
| **Date Updated** | 11/01/ |
| **Payment Received** | |
| **Last Payment Made** | 10/27 |
| **Pay Status** | Current; Paid or Paying as A |
| **Terms** | $944 per month, paid Monthly for 240 m |

Page 46

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

High balance of $120,000 from 11/2021 to 04/20
$120,000 from 06/2022 to 11/20

## High Balance (Hist.)

## Payment History

| November 2021 | December 2021 | January 2022 | February 2022 | March 2022 | April 2022 |
|---|---|---|---|---|---|
| Balance $120,000 | Balance $119,711 | Balance $119,421 | Balance $119,305 | Balance $119,145 | Balance $118,852 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $944 | Amount Paid $944 | Amount Paid $944 | Amount Paid $944 | Amount Paid $944 |
| Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| May 2022 | June 2022 | July 2022 | August 2022 | September 2022 | October 2022 |
|---|---|---|---|---|---|
| Balance - - - | Balance $118,260 | Balance $118,137 | Balance $117,817 | Balance $117,670 | Balance $117,363 |
| Past Due - - - | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid - - - | Amount Paid $945 | Amount Paid $944 | Amount Paid $944 | Amount Paid $944 | Amount Paid $950 |
| Scheduled Payment - - - | Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 | Scheduled Payment $944 |
| Rating N/R | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

https://annualcreditreport.transunion.com/dss/disclosure.page

**November 2022**

Balance
$117,213

Past Due
$0

Amount Paid
$944

Scheduled Payment
$944

Rating
**OK**

PHILA FEDERAL CU671756****

## Account Information

**Address**                                        12800 TOWNSEND RD PHILADELPHIA, PA 19154-10

**Phone**                                                              (215) 934-3

**Date Opened**                                                          09/17/2

**Responsibility**                                              Individual Acc

**Account Type**                                            Line of Credit Acc

**Loan Type**                                                          SEC

View Your Report | TransUnion Credit Report

**Balance**                                                           10/01/20

**Date Updated**                                                         $

**Payment Received**                                                 09/11/20

**Last Payment Made**                             Paid, Closed; was Paid as agre

**Pay Status**                                                   Paid Mont

**Terms**                                                           09/11/20

**Date Closed**                                                     09/11/20

**Date Paid**                             High balance of $1,000 from 10/2020 to 10/20

**High Balance (Hist.)**                   Credit limit of $0 from 10/2020 to 10/20

**Credit Limit (Hist.)**                                               CLOS

**Remarks**

**Payment History**

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| October 2020 | November 2020 | December 2020 | January 2021 | February 2021 | March 2021 |
|---|---|---|---|---|---|
| Balance $1,000 | Balance $918 | Balance $835 | Balance $753 | Balance $671 | Balance $588 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $85 | Amount Paid $85 | Amount Paid $85 | Amount Paid $85 | Amount Paid $85 |
| Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| April 2021 | May 2021 | June 2021 | July 2021 | August 2021 | September 2021 |
|---|---|---|---|---|---|
| Balance $504 | Balance $421 | Balance $337 | Balance $253 | Balance $169 | Balance $84 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $85 | Amount Paid $85 | Amount Paid $85 | Amount Paid $85 | Amount Paid $85 | Amount Paid $85 |
| Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 | Scheduled Payment $85 |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

https://annualcreditreport.transunion.com/dss/disclosure.page



**October 2021**

Balance
$0

Past Due
$0

Amount Paid
$84

Scheduled Payment
- - -

Rating
**OK**

15 USC 1692d(1)

SANTANDER CONSUMER USA 3000025936168****

# Exhibit E-2

## Account Information

**Address**                                    P O BOX 961211 FORT WORTH, TX 75.

**Phone**                                                       (888) 222-4.

                                                                        $9

**Monthly Payment**

**Date Opened**                                               03/09/20

**Responsibility**                                      Individual Accou

**Account Type**   Violation 15 USC 1692d(2)         Installment Accou

**Loan Type**                                              AUTOMOB.

**Balance**                                                     $35,7

**Date Updated**                                             10/31/20

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

$9



**Payment Received**

**Last Payment Made**

10/08/20

**Pay Status**          Violation 15 USC 1692d(2)

Current: Paid or Paying as Agre

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

**Terms**                                          → $912 per month, paid Monthly for 72 mont

High balance of $37,223 from 04/2022 to 08/20
$37,223 from 10/2022 to 10/20

**High Balance (Hist.)**

**Payment History**

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

| | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 | September 2022 |
|---|---|---|---|---|---|---|
| Balance | $37,441 | $37,184 | $36,901 | $36,634 | $36,362 | - - - |
| Past Due | $0 | $0 | $0 | $0 | $0 | - - - |
| Amount Paid | $912 | $912 | $912 | $912 | $912 | - - - |
| Scheduled Payment | $912 | $912 | $912 | $912 | $912 | - - - |
| Rating | OK | OK | OK | OK | OK | OK |

Violation 15 USC 1692b(2)
and
Violation 15 USC 1692d(2)

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)



**October 2022**

Balance   Violation 15 USC 1692e(2)(A)
$35,782            and
                15 USC 1692f

Past Due
$0

Violation 15 USC 1692d(2)

Amount Paid
$912                Violation 15 USC 1692e(2)(A)
                        and
Scheduled Payment          15 USC 1692f(1)
$912

Rating
**OK**

SYNCB/PC RICHARD601917035719****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 965036 ORLANDO, FL 32896-5( |
| **Phone** | (866) 396-8 |
| **Monthly Payment** | 11/18/2 |
| **Date Opened** | Individual Acc |
| **Responsibility** | Revolving Acc |
| **Account Type** | CHARGE ACCO |
| **Loan Type** | $ |
| **Balance** | 11/22 |
| **Date Updated** | |



**October 2022**

Balance   Violation 15 USC 1692e(2)(A)
$35,782          and
              15 USC 1692f

Past Due
$0

olation 15 USC 1692d(2)

Amount Paid
$912

                    Violation 15 USC 1692e(2)(A)
Scheduled Payment          and
$912              15 USC 1692f(1)

Rating
OK

---

SYNCB/PC RICHARD601917035719****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 965036 ORLANDO, FL 32896-5C |
| **Phone** | (866) 396-82 |
| **Monthly Payment** | |
| **Date Opened** | 11/18/20 |
| **Responsibility** | Individual Accou |
| **Account Type** | Revolving Accou |
| **Loan Type** | CHARGE ACCOU |
| **Balance** | $1,6 |
| **Date Updated** | 11/22/20 |

12/3/22, 3:42 PM

**Payment Received**

**High Balance** $1,(

**Credit Limit** $1,5

**Pay Status** Current; Paid or Paying as Agre

**Terms** $0 per month; paid Mont

---

SYNCHRONY NETWORKS650172366809****

## Account Information

**Address** PO BOX 965036 ORLANDO, FL 32896-5C

**Phone** (866) 396-82

**Monthly Payment** $

**Date Opened** 03/09/2C

**Responsibility** Individual Accou

**Account Type** Revolving Accou

**Loan Type** CHARGE ACCOU

**Balance** $1

**Date Updated** 11/23/2C

**Payment Received** $

**Last Payment Made** 11/20/2C

**Pay Status** Current; Paid or Paying as Agre

View Your Report | TransUnion Credit Report

| | |
|---|---|
| **Terms** | $30 per month; paid Mont |
| **High Balance (Hist.)** | High balance of $1,000 from 03/2022 to 03/20 $1,028 from 04/2022 to 11/20 |
| **Credit Limit (Hist.)** | Credit limit of $1,000 from 03/2022 to 11/20 |

## Payment History

| March 2022 | April 2022 | May 2022 | June 2022 | July 2022 | August 2022 |
|---|---|---|---|---|---|
| Balance $1,000 | Balance $828 | Balance $667 | Balance $0 | Balance $0 | Balance $0 |
| Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 | Past Due $0 |
| Amount Paid $0 | Amount Paid $200 | Amount Paid $200 | Amount Paid $667 | Amount Paid $0 | Amount Paid $0 |
| Scheduled Payment $35 | Scheduled Payment $37 | Scheduled Payment $46 | Scheduled Payment - - - | Scheduled Payment - - - | Scheduled Payment - - - |
| Rating OK | Rating OK | Rating OK | Rating OK | Rating OK | Rating OK |

| September 2022 | October 2022 | November 2022 |
|---|---|---|
| Balance | Balance | Balance |
| $194 | $166 | $166 |
| Past Due | Past Due | Past Due |
| $0 | $0 | $0 |
| Amount Paid | Amount Paid | Amount Paid |
| $0 | $28 | $28 |
| Scheduled Payment | Scheduled Payment | Scheduled Payment |
| $28 | $28 | $30 |
| Rating | Rating | Rating |
| OK | OK | OK |

## 📇 Inquiries

## Regular Inquiries

Regular Inquiries are posted when someone accesses your credit information from TransUnion. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.

**Name**

**SB BRANCH via SYNCHRONY BANK**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 628406 | 11/18/2022 | (855) 411-4729 |
| ORLANDO, FL 32862 | | |

| Inquiry Type | Permissible Purpose | |
|---|---|---|
| Individual | CREDIT TRANSACTION | |

**SYNCHRONY FINANCIAL**

View Your Report | TransUnion Credit Report

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 8726 | 03/09/2022, 01/11/2021 | (800) 924-2927 |
| DAYTON, OH 45401 | | |

Inquiry Type
Individual

**ALLY FINANCIAL**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 380901 | 03/08/2022, 11/26/2021 | (888) 925-2559 |
| BLOOMINGTON, MN 55438 | | |

Inquiry Type
Individual

**SANTANDER CONSUMER USA**

| Location | Requested On | Phone |
|---|---|---|
| 8585 NORTH STEMMONS FWY | 03/08/2022 | (855) 825-6667 |
| DALLAS, TX 75060 | | |

Inquiry Type
Individual

**MEMBERS 1ST FCU**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 8893 | 03/08/2022 | (800) 237-7288 |
| CAMP HILL, PA 17001 | | |

Inquiry Type
Individual

**SELDEN MOTORS via 700CRSELDEN MOTORS**

| Location | Requested On | Phone |
|---|---|---|
| 1604 BUTLER PIKE | 03/08/2022 | Phone number not available |
| CONSHOHOCKEN, PA 19428 | | |

Inquiry Type
Individual

Permissible Purpose
CREDIT TRANSACTION

**AMERICREDIT FINANCE**

View Your Report | TransUnion Credit Report

| Location | Requested On | Phone |
|---|---|---|
| 801 CHERRY STREET<br>SUITE 3900<br>FORT WORTH, TX 76102 | 11/26/2021 | (800) 284-2271 |

Inquiry Type
Individual

---

**AMERICREDIT**

| Location | Requested On | Phone |
|---|---|---|
| 801 CHERRY ST<br>SUITE 3900<br>FT WORTH, TX 76102 | 11/26/2021 | (800) 284-2271 |

Inquiry Type
Individual

---

**CERTIFIED LUXURY MOT via NCCCERTIFIED LUXURY MOTO**

| Location | Requested On | Phone |
|---|---|---|
| 105 NORTHERN BLVD<br>GREAT NECK, NY 11021 | 11/26/2021 | (516) 727-4300 |

Inquiry Type
Individual

Permissible Purpose
CREDIT TRANSACTION

---

**ELAN FINANCIAL**

| Location | Requested On | Phone |
|---|---|---|
| 200 SOUTH 6TH STREET<br>MINNEAPOLIS, MN 55402 | 08/28/2021 | (866) 234-4750 |

Inquiry Type
Individual

---

**SYNCBAMERICAN EAGLE**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 965005<br>ORLANDO, FL 32896 | 06/11/2021 | (800) 843-0875 |

Inquiry Type
Individual

---

**PAYPAL via SYNCBPAYPAL**

View Your Report | TransUnion Credit Report

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 5138 | 06/02/2021 | (866) 528-3733 |
| LUTHERVILLE TIMONIUM, MD 21094 | | |

| Inquiry Type | Permissible Purpose |
|---|---|
| Individual | CREDIT TRANSACTION |

### JPMCB CARD SERVICES

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 15077 | 05/26/2021 | (800) 453-9719 |
| WILMINGTON, DE 19850 | | |

**Inquiry Type**
Individual

### SYNCBAMAZON

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 530975 | 04/06/2021 | (855) 597-4891 |
| ATLANTA, GA 30353 | | |

**Inquiry Type**
Individual

## Promotional Inquiries

The companies listed below received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

**Name**

### TRANSUNION CONSUMER INTE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET | 11/22/2022, 11/20/2022, 10/26/2022, | (805) 782-8282 |
| SAN LUIS OBISP, CA 93401 | 06/25/2022, 06/12/2022, 05/26/2022, | |
| | 04/25/2022, 04/14/2022, 03/26/2022, | |
| | 03/12/2022, 03/11/2022, 02/11/2022, | |
| | 02/01/2022, 12/11/2021, 12/04/2021 | |

### OTTNO INC DBA NALN

12/3/22, 3:42 PM

| Location | Requested On | Phone |
|---|---|---|
| 1735 FLIGHT WAY<br>STE 100<br>TUSTIN, CA 92782 | 09/15/2022, 06/15/2022 | (949) 633-9710 |

**MERRICK BANK**

| Location | Requested On | Phone |
|---|---|---|
| 10705 S JORDAN GATEWAY<br>SUITE 200<br>SOUTH JORDAN, UT 84095 | 09/08/2022, 06/13/2022 | (800) 253-2322 |

**CAPITAL ONE**

| Location | Requested On | Phone |
|---|---|---|
| P O Box 31293<br>Salt Lake City, UT 84131 | 09/07/2022, 08/03/2022,<br>07/06/2022, 06/07/2022,<br>02/01/2022, 01/04/2022 | (800) 955-7070 |

**MONTGOMERY WARD**

| Location | Requested On | Phone |
|---|---|---|
| 1112 7TH AVENUE<br>MONROE, WI 53566 | 09/06/2022 | (608) 324-4088 |

**TAB/MISSION LANE**

| Location | Requested On | Phone |
|---|---|---|
| 4185 HARRISON BLVD<br>OGDEN, UT 84403 | 08/29/2022 | (415) 462-0280 |

**ERIE INSURANCE--POSTING**

| Location | Requested On | Phone |
|---|---|---|
| 100 ERIE INSURANCE<br>ERIE, PA 16530-0001 | 08/05/2022 | (800) 458-0811 |

**CAP ONE AUTO**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 260848<br>PLANO, TX 75026 | 07/30/2022, 07/01/2022, 06/03/2022 | (800) 689-1789 |

**TBOM - MILESTONE**

View Your Report | TransUnion Credit Report

| Location | Requested On | Phone |
|---|---|---|
| 15220 NW GREENBRIER PKWY, SUITE 200 BEAVERTON, OR 97006 | 06/30/2022, 06/09/2022 | (503) 222-9960 |

**UPSTARTNETWORKINC**

| Location | Requested On | Phone |
|---|---|---|
| 2 CIRCLE STAR WAY 2ND FLOOR SAN CARLOS, CA 94070 | 06/28/2022, 06/02/2022 | (833) 568-7899 |

**UPSTART NETWORK INC**

| Location | Requested On | Phone |
|---|---|---|
| 2 circle star way 2ND FLOOR SAN CARLOS, CA 94070 | 06/28/2022, 04/29/2022, 03/02/2022, 01/25/2022, 12/27/2021 | (833) 568-7899 |

**GRANITE BAY ACCEPTANCE C**

| Location | Requested On | Phone |
|---|---|---|
| 1781 VINEYARD DR. #222 ANTIOCH, CA 94509 | 04/29/2022 | (925) 208-0907 |

**CREDITSMARTS CORP**

| Location | Requested On | Phone |
|---|---|---|
| 231 E. ALESSANDRO BLVD. #488A RIVERSIDE, CA 92508 | 03/09/2022 | (888) 345-0918 |

**GEICO**

| Location | Requested On | Phone |
|---|---|---|
| 1 GEICO PLZ WASHINGTON, DC 20076-0003 | 03/09/2022 | (773) 582-2886 |

**FIRST PREMIER**

| Location | Requested On | Phone |
|---|---|---|
| 3820 N LOUISE AVE SIOUX FALLS, SD 57107-0145 | 01/09/2022 | (800) 987-5521 |

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

**MRV-VERVENT-REVVI**

Location
PO BOX 85800
SIOUX FALLS, SD 57118

Requested On
12/21/2021

Phone
(858) 451-2444

# Account Review Inquiries

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

### Name

**TRANSUNION CONSUMER INTE**

Location
760 MARKET STREET 10TH FLOOR
SAN FRANCISCO, CA 94102

Requested On
11/26/2022

Phone
(844) 580-6816

**CAPITAL ONE**

Location
P O Box 31293
Salt Lake City, UT 84131

Requested On
11/24/2022

Phone
(800) 955-7070

**SYNCHRONY NETWORKS**

Location
PO BOX 965036
ORLANDO, FL 32896-5036

Requested On
11/09/2022

Phone
(866) 396-8254

**SYNCB/YOUR CREDIT SCORE**

Location
PO BOX 965033
ORLANDO, FL 32896

Requested On
11/02/2022

Phone
(866) 396-8254

**SYNCB/SYNCB**

https://annualcreditreport.transunion.com/dss/disclosure.page

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

| Location | Requested On | Phone |
|---|---|---|
| C/O PO BOX 965036<br>ORLANDO, FL 32896-5036 | 10/26/2022 | (866) 396-8254 |

**CAPITAL ONE**

| Location | Requested On | Phone |
|---|---|---|
| P O Box 31293<br>Salt Lake City, UT 84131 | 09/25/2022 | (800) 955-7070 |

**CHARLES BRADY via TRANSUNION INTERACTIVE IN**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS ST<br>STE 202<br>SAN LUIS OBISPO, CA 93401 | 12/03/2022, 12/03/2022, 10/14/2022 | (855) 681-3196 |

**CHARLES BRADY via TRANSUNION INTERACTIVE**

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET 202<br>SAN LUIS OBISPO, CA 93401 | 11/30/2022 | (844) 580-6816 |

**CONSUMERINFO.COM**

| Location | Requested On | Phone |
|---|---|---|
| 475 ANTON BLVD<br>COSTA MESA, CA 92626 | 11/29/2022, 11/23/2022, 11/21/2022,<br>11/14/2022, 11/09/2022, 11/08/2022,<br>10/31/2022, 10/27/2022, 10/26/2022,<br>10/25/2022, 10/23/2022, 10/22/2022,<br>10/20/2022, 10/19/2022, 10/18/2022 | (888) 397-3742 |

**WEBBANKKLARNA**

| Location | Requested On | Phone |
|---|---|---|
| 629 N HIGH ST<br>STE 300<br>COLUMBUS, OH 43215 | 11/24/2022, 10/06/2022, 06/05/2022 | (844) 552-7621 |

**619981997 via CREDITWISE CAPONETUI**

| Location | Requested On | Phone |
|---|---|---|
| 1680 CAPITAL ONE DRIVE<br>MCLEAN, VA 22102 | 11/21/2022 | (877) 383-4802 |

View Your Report | TransUnion Credit Report

## CHARLES BRADY via CREDITWISE CAPONETUI

**Location**
1680 CAPITAL ONE DRIVE
MCLEAN, VA 22012

**Requested On**
11/21/2022, 10/25/2022, 09/25/2022,
08/25/2022, 08/09/2022, 07/11/2022,
06/09/2022, 05/13/2022,
04/30/2022, 04/16/2022,
04/06/2022, 03/10/2022, 02/11/2022,
01/26/2022, 01/10/2022, 12/11/2021,
11/23/2021, 11/12/2021, 10/11/2021,
09/14/2021, 08/24/2021, 08/11/2021,
07/02/2021, 06/02/2021, 05/26/2021,
04/21/2021, 04/06/2021, 03/30/2021

**Phone**
(877) 383-4802

## CHARLES BRADY via KARMATRANSUNION INTERACT

**Location**
100 CROSS STREET
SAN LUIS OBISPO, CA 93401

**Requested On**
11/18/2022

**Phone**
(844) 580-6816

## SYNCHRONY BANK

**Location**
PO BOX 628406
ORLANDO, FL 32862

**Requested On**
11/18/2022

**Phone**
(855) 411-4729

## CROSSROADS REALTY T via NTNLCIJINC

**Location**
188 FRIES MILL PAVILLIONS
L2
TURNERSVILLE, NJ 08012

**Requested On**
11/16/2022

**Phone**
Phone number not available

## FACTACT FREE DISCLOSURE

**Location**
P O BOX 1000
CHESTER, PA 19016

**Requested On**
10/14/2022

**Phone**
(800) 888-4213

## NATIONAL GENERAL INS

**Location**
500 W 5TH ST
WINSTON SALEM, NC 27101

**Requested On**
09/08/2022

**Phone**
(877) 468-3466

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

## NATIONAL GENERAL INS

| Location | Requested On | Phone |
|---|---|---|
| 500 W 5TH ST | 09/08/2022 | (877) 468-3466 |
| WINSTON SALEM, NC 27101 | | |

## ALLSTATE

| Location | Requested On | Phone |
|---|---|---|
| 1819 ELECTRIC RD | 09/08/2022, 07/22/2022 | (800) 255-7828 |
| ROANOKE, VA 24018 | | |

## KLARNA

| Location | Requested On | Phone |
|---|---|---|
| 629 NORTH HIGH STREET SUI | 08/23/2022, 04/20/2022, 10/26/2021, | (844) 552-7621 |
| TE 300 | 05/01/2021, 12/22/2020 | |
| COLUMBUS, OH 43215 | | |

## ANSWER FINANCIAL

| Location | Requested On | Phone |
|---|---|---|
| 15910 VENTURA BLVD | 08/10/2022 | (800) 761-6111 |
| 6TH FLOOR | | |
| ENCINO, CA 91436 | | |

## LIBERTY MUTUAL

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 52102 | 08/04/2022 | (617) 654-3741 |
| PHOENIX, AZ 85072 | | |

## AFFIRM INC

| Location | Requested On | Phone |
|---|---|---|
| 650 CALIFORNIA STREET | 07/30/2022, 07/03/2022 | (855) 423-3729 |
| FLOOR 12 | | |
| SAN FRANCISCO, CA 94108 | | |

## UPSTART NETWORK INC

View Your Report | TransUnion Credit Report

| Location | Requested On | Phone |
|---|---|---|
| 2 CIRCLE STAR WAY 2ND FLOOR SAN CARLOS, CA 94070 | 07/13/2022 | (650) 204-1000 |

**UPSTART NETWORK INC**

| Location | Requested On | Phone |
|---|---|---|
| 2 CIRCLE STAR WAY 2ND FLOOR SAN CARLOS, CA 94070 | 07/13/2022, 11/27/2021 | (650) 204-1000 |

**MANAGER PROPERTY VIA via TRANSUNION SCREENING SOLU**

| Location | Requested On | Phone |
|---|---|---|
| 6430 S FIDDLERS GREEN CIR SUITE 500 GREENWOOD VILLAGE, CO 80111 | 07/13/2022 | (866) 775-0961 |

**GROUP COSTAR VIA SM via TRANSUNION SCREENING SOLU**

| Location | Requested On | Phone |
|---|---|---|
| 6430 S FIDDLERS GREEN CIR SUITE 500 GREENWOOD VILLAGE, CO 80111 | 07/13/2022 | (866) 775-0961 |

**SMARTMOVE**

| Location | Requested On | Phone |
|---|---|---|
| 6430 S FIDDLERS GREEN CIR SUITE 500 GREENWOOD VILLAGE, CO 80129 | 07/13/2022 | (866) 775-0961 |

**ONEMAIN FINANCIAL**

| Location | Requested On | Phone |
|---|---|---|
| P.O. BOX 3327 EVANSVILLE, IN 47706 | 04/28/2022, 12/15/2021, 11/27/2021 | (844) 298-9773 |

**SYNCHRONY BANK**

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 965024 ORLANDO, FL 32896 | 03/27/2022 | (877) 294-7880 |

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

### ALLY FINANCIAL

| Location | Requested On | Phone |
|---|---|---|
| 200 RENAISSANCE CTR<br>DETROIT, MI 48265 | 03/08/2022, 11/26/2021 | (866) 710-4623 |

### PROSPERWEBBANK

| Location | Requested On | Phone |
|---|---|---|
| PROSPER WEBBANK<br>221 MAIN STREET SUITE 300<br>SAN FRANCISCO, CA 94105 | 11/27/2021 | (866) 615-6319 |

### UPGRADE

| Location | Requested On | Phone |
|---|---|---|
| 275 BATTERY ST SUITE 2300<br>SAN FRANCISCO, CA 94104 | 11/27/2021 | (855) 997-3100 |

### CHARLES BRADY via TUCI - LENDING TREE

| Location | Requested On | Phone |
|---|---|---|
| 100 CROSS STREET<br>SUITE 101<br>SAN LUIS OBISPO, CA 93401 | 11/27/2021 | (844) 580-6816 |

### GMFINANCIAL

| Location | Requested On | Phone |
|---|---|---|
| 801 CHERRY STREET<br>FORT WORTH, TX 76102 | 11/26/2021 | (800) 284-2271 |

### WELLSFARGO FNCL NAT BK

| Location | Requested On | Phone |
|---|---|---|
| PO BOX 14517<br>DES MOINES, IA 50306 | 11/25/2021 | (800) 642-4720 |

### DIVERSIFIED RECOVERY BURE

| Location | Requested On | Phone |
|---|---|---|
| 40 GARDENVILLE PARKWAY<br>SUITE 201<br>WEST SENECA, NY 14224 | 11/08/2021, 10/27/2021 | (716) 204-7146 |

View Your Report | TransUnion Credit Report

**TRAVELERS via TRAVELERS**

Location
CONSUMER DISCLOSURE
P O BOX 59059
KNOXVILLE, TN 37950

Requested On
04/29/2021

Phone
(800) 550-7717

# ⚠ Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC") Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, and/or Third Party Supplemental Information. Authorized parties may also receive the additional information below from TransUnion.

## Inquiry Analysis

The companies that request your credit report must first provide certain information about you. Within the past 90 days, companies that requested your report provided the following information.

| Name | Requested On |
|------|--------------|
| CHARLES BRADY | 11/18/2022 |

Address
316 E ELWOOD ST PHILADELPHIA, PA
19144-1806

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

## Checking Account and Demand Deposit Account (DDA) Activity

Data Source:

Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

Requested by:
**NATIONAL GENERAL INS**

Requested on:
09/08/2022

Checking Account Closures in the Last Month:
0

Checking Account Closures in the Last 2 Months:
0

Checking Account Closures in the Last 3 Months:
0

Checking Account Closures in the Last Year:
0

Checking Account Closures in the Last 2 Years:
0

Checking Account Closures in the Last 3 Years:
0

Average Number of Days Between Checking Account Closures:
0

DDA Closures in Last 180 Days:
0

DDA Closure in Last 5 Years:
1

Paid DDA Closures in Last 5 Years:
0

Unpaid DDA Closures in Last 2 Years:
0

Unpaid DDA Closures in Last 5 Years:
1

Unpaid DDA Closures in Last 4 Years:
$0000469.20

Days Since Most Recent DDA Closure:
1438

Days Since First DDA Closure:
1438

Credit Inquiries in the Last Year:
3

Credit Inquiries in the Last 3 Years:
5

Auto Inquiries in the Last 3 Years:
3

DDA & Credit/Non-DDA Inquiries in Last 3 Years:
5

# Supplemental Consumer Credit Information

**Data Source:**

**CoreLogic Inc. (1 CoreLogic Drive, Westlake, TX 76262, (866) 873-3651)**

Requested by:
**GMFINANCIAL**

Requested on:
11/26/2021

Auto Finance Inquiries in the Last 3 Months:
0

Auto Finance Inquiries in the Last 6 Months:
0

Auto Finance Inquiries in the Last 9 Months:
0

Auto Finance Inquiries in the Last 12 Months:
0

View Your Report | TransUnion Credit Report

Auto Finance Inquiries in the Last 24 Months:
0

Auto Finance Inquiries in the Last 7 Years:
3

Cash Advance Inquiries in the Last 3 Months:
0

Cash Advance Inquiries in the Last 6 Months:
0

Cash Advance Inquiries in the Last 9 Months:
0

Cash Advance Inquiries in the Last 12 Months:
0

Cash Advance Inquiries in the Last 24 Months:
0

Cash Advance Inquiries in the Last 7 Years:
0

Misc Financial Services in the Last 7 Years:
2

Rent-to-Own Inquiries in the Last 3 Months:
0

Rent-to-Own Inquiries in the Last 6 Months:
0

Rent-to-Own Inquiries in the Last 9 Months:
0

Rent-to-Own Inquiries in the Last 12 Months:
0

Rent-to-Own Inquiries in the Last 24 Months:
0

Rent-to-Own Inquiries in the Last 7 Years:
0

All Alternative Credit Inquiries in the Last 3 months:
0

All Alternative Credit Inquiries in the Last 6 Months:
1

All Alternative Credit Inquiries in the Last 24 Months:
2

All Alternative Credit Inquiries in the Last 7 Years:
5

Paid Auto Finance Charge-offs in the Last 24 Months:
0

Paid Payday Loan Charge-offs in the Last 24 Months:
0

Paid Rent-to-Own Charge-offs in the Last 24 Months:
0

All Paid Charge-offs in the Last 3 Months:
0

All Paid Charge-offs in the Last 24 Months:
0

All Paid Charge-offs in the Last 7 Years:
0

Open Auto Finance Charge-offs in the Last 24 Months:
0

Open Payday Loan Charge-offs in the Last 24 months:
0

Open Rent-to-Own Charge-offs in the Last 24 Months:
0

All Open Charge-offs in the Last 3 Months:
0

All Open Charge-offs in the Last 6 Months:
0

All Open Charge-offs in the Last 9 Months:
0

All Open Charge-offs in the Last 12 Months:
0

All Open Charge-offs in the Last 24 Months:
0

All Open Charge-offs in the Last 7 Years:
0

# Supplemental Public Records and Residential Information

12/3/22, 3:42 PM

**View Your Report | TransUnion Credit Report**

**Requested On:**

**PHILADELPHIAPA**

Requested by:
**GMFINANCIAL**

Total Tax Amount:
+1016.25

Building Size in Square Feet:
1451

Assessed Land Value:
$10,890

Total Assessed Value of the Land and Improvements:
$72,600

Total Market Value of the Land and Improvements:
$72,600

Real Estate Sale Price:
$60,000

Home Equity Loan Amount:
$0

Conventional Mortgages recorded in the Last 24 Months:
0

Interest Rate on Most Recent Mortgage:

Foreclosure:
No

Requested on:
11/26/2021

Land Mass in Acres:
+0.0360

Total Land Mass in Square Feet:
1569

Assessed Improvement Value:
$61,710

Market Improvement Value:
$61,710

Improvement Value:
$61,710

Home Equity Loans:
0

Refinance or Equity Fixed Mortgages in Last 24 Months:
0

FHA Mortgage Loans Recorded:
0

Loan Term of Most Recent Mortgage (in Months):

## Club & Subscription Activity

**Data Source:**

**Alliant Cooperative Data Solutions (301 Fields Lane, Brewster, NY 10509-2621, (866) 310-7278)**

Requested by:
SYNCBPAYPAL

Write-Offs in the Last 5 Magazine Transactions:
0

Requested on:
06/02/2021

Write-Offs in the Last 5 Club/Subscription Transactions:
0

View Your Report | TransUnion Credit Report

Merchandise Write-Off Transactions in the Last 5 Years:
0

Single Payment Write-Off Transactions in the Last 5 Years:
0

Club and Subscription Amount sent to Collections in the Last 5 years:
$0

Days Since Last Payment Was Made:
28

Club/Subscription Write-Offs in the Last 5 Years:
0

Write-Off Percent (Ratio of # of Write-Offs to # of Orders) in the Last 5 Years:
0

Club Write-offs in the Last 5 Years:
0

Orders in the Last Year:
$3605

# Should you wish to contact TransUnion, you may do so,

- **Online:**

  To report an inaccuracy, please visit: service.transunion.com [↗]
  For answers to general questions, please visit: www.transunion.com [↗]

- **By Mail:**

  TransUnion Consumer Relations
  P.O. Box 2000
  Chester, PA 19016-2000

- **By Phone:**

  (800) 916-8800

  You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

# SUMMARY OF RIGHTS

## GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore [↗] o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

**A Summary of Your Rights Under the Fair Credit Reporting Act**

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore ⧉, or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your 'file disclosure'). You will be required to provide proper identification, which may include your Social Security Number. In many cases, the disclosure will be free. You are entitled to a free disclosure if:

  - a person has taken adverse action against you because of information in your credit report;

  - you are the victim of identity theft and place a fraud alert on your file;

  - your file contains inaccurate information as a result of fraud;

  - you are on public assistance;

  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore ⧉ for more additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore ⧉ for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with

View Your Report | TransUnion Credit Report

a valid need usually to consider an application with a creditor, insurer, employer, landlord or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore [7].

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (888-5OPTOUT)

- **You have a right to place a security freeze on your credit report which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

  A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore [7].

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS | CONTACT |
|---|---|
| | a. Consumer Financial |

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates

b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB:

2. To the extent not included in item 1 above:
a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks

b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.

c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations

d. Federal Credit Unions

Protection Bureau 1700 G Street, N.W. Washington, DC 20552
b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357
a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050
b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480
c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106
d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke Street

View Your Report | TransUnion Credit Report

3. Air carriers

Alexandria, VA 22314
Asst. General Counsel for Aviation Enforcement & Proceedings
Aviation Consumer Protection Division
Department of Transportation
1200 New Jersey Avenue, S.E.
Washington, DC 20590

4. Creditors Subject to the Surface Transportation Board

Office of Proceedings, Surface Transportation Board
Department of Transportation
395 E Street, S.W.
Washington, DC 20423

5. Creditors Subject to the Packers and Stockyards Act, 1921

Nearest Packers and Stockyards Administration area supervisor

6. Small Business Investment Companies

Associate Deputy Administrator for Capital Access
United States Small Business Administration
409 Third Street, S.W., Suite 8200
Washington, DC 20416

7. Brokers and Dealers

Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

12/3/22, 3:42 PM

View Your Report | TransUnion Credit Report

|  |  |
|---|---|
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, N.W. Washington, DC 20580 (877) 382-4357 |

# FRAUD VICTIM RIGHTS

### SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

Para informacion en espanol, visite www.consumerfinance.gov/learnmore [↗] o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552

### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security Number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore [↗] or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe you that you are, a victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.**

   The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

   A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf

https://annualcreditreport.transunion.com/dss/disclosure.page

View Your Report | TransUnion Credit Report

of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

2. **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore ⧉.

You may place a fraud alert in your file by calling just one of the three nationwide credit reporting agencies. As soon as that agency processes your alert, it will notify the other two, which then must also place fraud alerts in your file.

- Equifax: 1-800-525-6285; www.equifax.com ⧉

- Experian: 1-888-397-3742; www.experian.com ⧉

- TransUnion: 1-800-680-7289;www.transunion.com ⧉

3. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore ⧉

4. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore ⧉.

5. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

6. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer or place the debt for collection.

7. **You may also prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore ⧉, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore ⧉.

Experian

*Exhibit E-3*

12/8/22, 9:20 PM



Prepared For

**CHARLES BRADY**

Personal & confidential

Date generated: Dec 6, 2022

## At a glance



FICO® Score 8

**611** FICO®SCORE 8
Experian data Dec 6, 2022

300 ——————————————————————————— 850

**Account summary**

| | |
|---|---|
| Open accounts | 6 |
| Self-reported accounts | 0 |
| Accounts ever late | 7 |
| Closed accounts | 14 |
| Collections | 1 |
| Average account age | 5 yrs 11 mos |
| Oldest account | 26 yrs 4 mos |

**Overall credit usage**

**68 %**

Credit used: $2,459
Credit limit: $3,600

**Debt summary**

| | |
|---|---|
| Credit card and credit line debt | $2,459 |
| Self-reported account balance | $0 |
| Loan debt | $160,520 |
| Collections debt | $100 |
| Total debt | $163,079 |

Experian                                                                                          12/8/22, 9:20 PM



Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

## Personal information

Name
**CHARLES BRADY**

Also known as
**CHARLES BRADY**

**CHUCK BRADY**

Generational identifier
-

Year of birth
**1972**

Addresses
**316 E ELWOOD ST**
**PHILADELPHIA, PA 19144-1806**

**531 W WESTMORELAND ST**
**PHILADELPHIA, PA 19140-5631**

**1830 PLYMOUTH ST**
**PHILADELPHIA, PA 19126-1531**

Employers
**SEPTA**

**ENVIRONMENTAL RESTORATION LLC**

Personal statements
**No Statement(s) present at this time**

Experian                                                                                            12/8/22, 9:20 PM



Prepared For **CHARLES BRADY**    **Date generated:** Dec 6, 2022

## Open accounts

<table>
<tr><td>⚙ <strong>CAPITAL ONE</strong></td><td align="right">$647</td></tr>
<tr><td>Exceptional <strong>payment history</strong></td><td align="right">Balance updated <strong>Nov 17, 2022</strong></td></tr>
</table>

### ✍ Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | $647 |
| Account number | **517805XXXXXX** | Balance updated | Nov 17, 2022 |
| Original creditor | - | Credit limit | $1,100 |
| Company sold | - | Credit usage | 58% |
| Account type | **Credit Card** | Monthly payment | $25 |
| Date opened | **Dec 02, 2020** | Past due amount | - |
| Open/closed | **Open** | Highest balance | $1,073 |
| Status | **Current** | Terms | Revolving |
| Status updated | **Nov 2022** | Responsibility | Individual |
| | | Your statement | - |

### 🖩 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓ On Time          — Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **PO BOX 31293 SALT LAKE CITY, UT 84131** |
| Phone number | **(800) 955-7070** |

### 📝 Comments

-

Experian                                                                                                    12/8/22, 9:20 PM



Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

**PHILADELPHIA FED CR UN**                                                                               $117,521

Exceptional **payment history**                                                    Balance updated **Dec 01, 2022**

## Account Info

| | | | |
|---|---|---|---|
| Account name | **PHILADELPHIA FED CR UN** | Balance | $117,521 |
| Account number | **175600XX** | Balance updated | **Dec 01, 2022** |
| Original creditor | - | Original balance | $120,000 |
| Company sold | - | Paid off | 2% |
| Account type | **Mortgage** | Monthly payment | $944 |
| Date opened | **Oct 21, 2021** | Past due amount | - |
| Open/closed | **Open** | Terms | 240 Months |
| Status | **Current** | Responsibility | Individual |
| Status updated | **Dec 2022** | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | — | — | — | — | — | — | — | — | — | — | ✓ | ✓ |

✓ On Time          — Data Unavailable

## Contact info

Address          **12800 TOWNSEND RD PHILADELPHIA,
PA 19154**

Phone number     **(215) 934-3500**

## Comments

-

perian    *Exhibit E-3*    12/8/22, 9:20 PM



**experian.**

Prepared For **CHARLES BRADY**    Date generated: Dec 6, 2022

*Violation*
*15 USC 1692e(2)(A)*

**SANTANDER CONSUMER USA**

Exceptional payment history

**$35,782**

Balance updated Oct 31, 2022

*Violation*
*15 USC 1692F*

### Account info

| | |
|---|---|
| Account name | SANTANDER CONSUMER USA |
| Account number | 300002XXXXXXXXXXXX |
| Original creditor | - |
| Company sold | - |
| Account type | Auto Loan |
| Date opened | Mar 09, 2022 |
| Open/closed | Open |
| Status | Current |
| Status updated | Oct 2022 |

*violation*

*15 USC 1692d(2)*

| | |
|---|---|
| Balance | |
| Balance updated | |
| Original balance | |
| Paid off | |
| Monthly payment | |
| Past due amount | |
| Highest balance | |
| Terms | 72 Months |
| Responsibility | Individual |
| Your statement | - |

**$35,782**
Oct 31, 2022
**$37,223**
4%
**$912**

*Violation*
*15 USC 1692F(1)*

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — |

✓  On Time    —  Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 961245 FT WORTH, TX 76161 |
| Phone number | (866) 923-9282 |

### Comments

-

Experian



Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

$166

**SYNCB/NTWK**

Balance updated *Nov 23, 2022*

Exceptional **payment history**

## Account Info

| | | | |
|---|---|---|---|
| Account name | **SYNCB/NTWK** | Balance | $166 |
| Account number | **650172XXXXXX** | Balance updated | Nov 23, 2022 |
| Original creditor | - | Credit limit | $1,000 |
| Company sold | - | Credit usage | 16% |
| Account type | **Charge Card** | Monthly payment | $30 |
| Date opened | **Mar 09, 2022** | Past due amount | - |
| Open/closed | **Open** | Highest balance | $1,028 |
| Status | **Current** | Terms | Revolving |
| Status updated | **Nov 2022** | Responsibility | Individual |
| | | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — |

✓ On Time      — Data Unavailable

## Contact info

| | |
|---|---|
| Address | PO BOX 965036 ORLANDO, FL 32896 |
| Phone number | (866) 396-8254 |

## Comments

12/8/22, 9:20 PM

Experian

 experian.

Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

$1,646

SYNCB/PC RICHARD

Balance updated Dec 02, 2022

Exceptional **payment history**

## 🖥 Account Info

| | | | |
|---|---|---|---|
| Account name | SYNCB/PC RICHARD | Balance | $1,646 |
| Account number | 601917XXXXXX | Balance updated | Dec 02, 2022 |
| Original creditor | - | Credit limit | $1,500 |
| Company sold | - | Credit usage | 109% |
| Account type | Charge Card | Monthly payment | $58 |
| Date opened | Nov 18, 2022 | Past due amount | - |
| Open/closed | Open | Highest balance | $1,646 |
| Status | Current | Terms | Revolving |
| Status updated | Dec 2022 | Responsibility | Individual |
| | | Your statement | - |

## ⊞ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

✓  On Time          —  Data Unavailable

## ✉ Contact info

| | |
|---|---|
| Address | PO BOX 965036 ORLANDO, FL 32896 |
| Phone number | (866) 396-8254 |

## ⚲ Comments

-

https://usa.experian.com/member/printable-report/experian/now

Experian



Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

**WESTGATE RESORTS LTD**                                                                $7,217

Exceptional payment history                                    Balance updated Oct 31, 2022

## ⊞ Account Info

| | | | |
|---|---|---|---|
| | | Balance | $7,217 |
| Account name | WESTGATE RESORTS LTD | Balance updated | Oct 31, 2022 |
| Account number | 383893XXXXX | Original balance | $7,699 |
| Original creditor | - | Paid off | 6% |
| Company sold | - | Monthly payment | $142 |
| Account type | Real Estate | Past due amount | - |
| Date opened | Jun 29, 2021 | Terms | 120 Months |
| Open/closed | Open | Responsibility | Individual |
| Status | Current | Your statement | - |
| Status updated | Oct 2022 | | |

## ⊞ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | — | — |
| 2021 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time          — Data Unavailable

## ✉ Contact info

| | |
|---|---|
| Address | 5601 WINDHOVER DR ORLANDO, FL 32819 |
| Phone number | (407) 355-2905 |

## ✍ Comments

-

12/8/22, 9:20 PM

Experian

 experian.

Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

## Closed accounts

⚙ **ACCEPTANCE NOW**                                                                    Closed

T 1 late payments

🏦 **Account info**

| | | | | |
|---|---|---|---|---|
| Account name | ACCEPTANCE NOW | Balance | | - |
| Account number | R09574XXXXXXXXXXXXXXXXXXX | Balance updated | | Oct 31, 2019 |
| Original creditor | - | Original balance | | $2,580 |
| Company sold | - | Monthly payment | | - |
| Account type | Rental | Past due amount | | - |
| Date opened | Nov 12, 2017 | Terms | | 24 Months |
| Open/closed | Closed | Responsibility | | Individual |
| Status | Paid, was past due 90 days | Your statement | | |
| Status updated | Oct 2019 | | | |

⊞ **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019 | ✓ | 30 | 60 | 60 | 90 | 90 | 90 | 90 | 60 | 90 | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 30 | ✓ | ✓ | ✓ |
| 2017 | — | — | — | | | | | | — | — | | |

| | | | |
|---|---|---|---|
| ✓ On Time | | 30 | 30 Days Late |
| 60 60 Days Late | | 90 | 90 Days Late |
| — Data Unavailable | | | |

✉ **Contact info**

Address              5501 HEADQUARTERS DR PLANO,
                     TX 75024

Phone number         (888) 672-2411

💬 **Comments**

-

https://usa.experian.com/member/printable-report/experian/now

Experian



Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

- Closed

🞖 **ACCEPTANCE NOW**

Exceptional **payment history**

🞖 **Account Info**

| | | | |
|---|---|---|---|
| Account name | **ACCEPTANCE NOW** | Balance | - |
| Account number | R06335XXXXXXXXXXXXXXXXXX | Balance updated | Jul 31, 2017 |
| Original creditor | - | Original balance | $5,453 |
| Company sold | - | Monthly payment | - |
| Account type | **Rental** | Past due amount | - |
| Date opened | **May 06, 2017** | Terms | 32 Months |
| Open/closed | **Closed** | Responsibility | Individual |
| Status | **Paid satisfactorily** | Your statement | - |
| Status updated | **Jul 2017** | | |

🞖 **Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2017 | — | — | — | — | ✓ | ✓ | NA | — | — | — | — | — |

✓  On Time          NA   No Applicable Payment History

—  Data Unavailable

🞖 **Contact info**

Address          5501 HEADQUARTERS DR PLANO,
                 TX 75024

Phone number     (888) 672-2411

🞖 **Comments**

-

12/8/22, 9:20 PM

Experian



Prepared For **CHARLES BRADY**    Date generated: Dec 6, 2022

⚙ **ACCEPTANCE NOW**                                                                                        Closed

*Exceptional* **payment history**

### ⊠ Account info

| | | | |
|---|---|---|---|
| Account name | **ACCEPTANCE NOW** | Balance | - |
| Account number | R09574XXXXXXXXXXXXXXXXXX | Balance updated | **Feb 28, 2022** |
| Original creditor | - | Original balance | $2,514 |
| Company sold | | Monthly payment | |
| Account type | **Rental** | Past due amount | - |
| Date opened | **Dec 03, 2021** | Terms | **15 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid satisfactorily** | Your statement | - |
| Status updated | **Feb 2022** | | |

### ⊞ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | NA | — | — | — | — | — | — | — | — | — | ✓ |
| 2021 | — | — | — | — | — | — | — | — | — | — | — | |

✓  On Time

—  Data Unavailable

NA   No Applicable Payment History

### ☑ Contact info

| | |
|---|---|
| Address | **5501 HEADQUARTERS DR PLANO, TX 75024** |
| Phone number | **(888) 672-2411** |

### ⊵ Comments

-

https://usa.experian.com/member/printable-report/experian/now

12/8/22, 9:20 PM

Experian



Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

⚙ **ACCEPTANCE NOW**                                                                                          Closed

*Exceptional* **payment history**

### 🗎 Account info

| | | | |
|---|---|---|---|
| | | | - |
| Account name | **ACCEPTANCE NOW** | Balance | |
| Account number | R09574XXXXXXXXXXXXXXXXXX | Balance updated | Jul 31, 2015 |
| Original creditor | - | Original balance | $1,697 |
| Company sold | | Monthly payment | |
| Account type | **Rental** | Past due amount | |
| Date opened | **May 05, 2015** | Terms | **15 Months** |
| Open/closed | **Closed** | Responsibility | Individual |
| Status | **Paid satisfactorily** | Your statement | |
| Status updated | **Jul 2015** | | |

### 🗓 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | — | — | — | — | ✓ | ✓ | NA | — | — | — | — | — |

✓ On Time          NA   No Applicable Payment History

— Data Unavailable

### ✉ Contact info

Address          **5501 HEADQUARTERS DR PLANO,
TX 75024**

Phone number          **(888) 672-2411**

### 💬 Comments

·

12/8/22, 9:20 PM

Experian

 experian.

Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

**AFFIRM INC**                                                                                                    Closed

Exceptional **payment history**

## Account Info

| | | | |
|---|---|---|---|
| Account name | **AFFIRM INC** | Balance | - |
| Account number | **FNR18YXX** | Balance updated | Jun 29, 2021 |
| Original creditor | - | Original balance | $1,500 |
| Company sold | - | Monthly payment | - |
| Account type | **Unsecured Loan** | Past due amount | - |
| Date opened | **Mar 31, 2021** | Highest balance | - |
| Open/closed | **Closed** | Terms | **6 Months** |
| Status | **Paid satisfactorily** | Responsibility | **Individual** |
| Status updated | **Jun 2021** | Your statement | |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | — | — | — | ✓ | ✓ | NA | — | — | — | — | — | — |

✓  On Time          NA   No Applicable Payment History

—  Data Unavailable

## Contact info

Address          **650 CALIFORNIA ST FL 12 SAN FRANCISCO, CA 94108**

Phone number     **(855) 423-3729**

## Comments

12/8/22, 9:20 PM

Experian



Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

**AMERICAN HERITAGE FCU**

49 potentially negative months

$469

Closed

## 🗎 Account Info

| | | | |
|---|---|---|---|
| Account name | AMERICAN HERITAGE FCU | Balance | $469 |
| Account number | 100000XXXXXXXXXXX | Balance updated | Dec 01, 2022 |
| Original creditor | - | Original balance | $469 |
| Company sold | - | Monthly payment | - |
| Account type | Deposit | Past due amount | $469 |
| Date opened | Mar 03, 2018 | Terms | 1 Month |
| Open/closed | Closed | Responsibility | Individual |
| Status | Charge-off | Your statement | - |
| Status updated | Dec 2018 | | |

## 🗎 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | — | CO |
| 2018 | — | — | — | — | — | — | — | — | — | — | — | |

CO   Charge off                    —   Data Unavailable

## ✉ Contact info

| | |
|---|---|
| Address | 2060 RED LION RD PHILADELPHIA, PA 19115 |
| Phone number | (215) 969-0777 |

## 🗐 Comments

-

https://usa.experian.com/member/printable-report/experian/now

12/8/22, 9:20 PM

Experian



Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

**CAPITAL ONE AUTO FINAN**                                                      Closed

Exceptional **payment history**

### Account Info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | - |
| Account number | **620621XXXXXXXXXXX** | Balance updated | **Mar 31, 2015** |
| Original creditor | - | Original balance | **$27,374** |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Past due amount | - |
| Date opened | **Apr 14, 2012** | Highest balance | - |
| Open/closed | **Closed** | Terms | **72 Months** |
| Status | **Paid satisfactorily** | Responsibility | **Individual** |
| Status updated | **Mar 2015** | Your statement | |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | ✓ | ✓ | NA | – | – | – | – | – | – | – | – | – |
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2013 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2012 | – | – | – | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  On Time                          NA   No Applicable Payment History

–   Data Unavailable

### Contact info

Address            PO BOX 259407 PLANO,
                   TX 75025

Phone number       (800) 946-0332

### Comments

-

https://usa.experian.com/member/printable-report/experian/now

Experian

 experian.

Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

$5,360

Closed

**CAPITAL ONE AUTO FINAN**

35 potentially negative months

## Account Info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE AUTO FINAN** | Balance | **$5,360** |
| Account number | **620635XXXXXXXXXXX** | Balance updated | **Oct 31, 2022** |
| Original creditor | - | Original balance | **$16,162** |
| Company sold | - | Monthly payment | |
| Account type | **Auto Loan** | Past due amount | **$5,360** |
| Date opened | **Nov 16, 2017** | Highest balance | |
| Open/closed | **Closed** | Terms | **78 Months** |
| Status | **Charge-off** | Responsibility | **Joint Account** |
| Status updated | **Apr 2022** | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | CO | R | R | CO | CO | CO | CO | — | CO | CO | — | — |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 |
| 2020 | 60 | 60 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | 90 | 90 | 60 | 60 | 90 | — | ✓ | ✓ | 30 | 60 | 60 | 60 |
| 2018 | 30 | 30 | ✓ | 30 | 30 | 30 | 60 | 90 | 60 | 90 | 90 | 60 |
| 2017 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ On Time | | CO Charge off | |
| R Repossession | | 30 30 Days Late | |
| 60 60 Days Late | | 90 90 Days Late | |
| — Data Unavailable | | | |

## Contact Info

| | |
|---|---|
| Address | **PO BOX 259407 PLANO, TX 75025** |
| Phone number | **(800) 946-0332** |

## Comments

Account previously in dispute – now resolved – reported by subscriber

12/8/22, 9:20 PM

Experian

 experian.

Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

**CONSUMER PORTFOLIO SVC**                                                                                                                    Closed

11 late payments

### ⊟ Account info

| | | | |
|---|---|---|---|
| Account name | **CONSUMER PORTFOLIO SVC** | Balance | - |
| Account number | **400151XXXXX** | Balance updated | **Oct 27, 2021** |
| Original creditor | - | Original balance | **$21,416** |
| Company sold | - | Monthly payment | - |
| Account type | **Auto Loan** | Past due amount | - |
| Date opened | **Dec 23, 2014** | Highest balance | - |
| Open/closed | **Closed** | Terms | **72 Months** |
| Status | **Paid, was past due 60 days** | Responsibility | **Individual** |
| Status updated | **Oct 2021** | Your statement | - |

### ⊟ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 30 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | NA | — | — |
| 2020 | ✓ | ✓ | 30 | 60 | 60 | 60 | 60 | 60 | 30 | 30 | 60 | 30 |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2016 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2015 | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ On Time          30 30 Days Late

60 60 Days Late          NA No Applicable Payment History

— Data Unavailable

### ⊟ Contact info

| | |
|---|---|
| Address | **PO BOX 57071 IRVINE, CA 92619** |
| Phone number | **By mail only** |

### ⊟ Comments

-

https://usa.experian.com/member/printable-report/experian/now

12/8/22, 9:20 PM

Experian

 **experian.**

Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

-

**MOHELA/DEPT OF ED**                                                                 Closed

Exceptional **payment history**

## Account info

| | | | |
|---|---|---|---|
| Account name | **MOHELA/DEPT OF ED** | Balance | - |
| Account number | **984992XXXXXXXXXX** | Balance updated | Sep 30, 2014 |
| Original creditor | - | Original balance | $1,750 |
| Company sold | | Monthly payment | - |
| Account type | **Education Loan** | Past due amount | - |
| Date opened | **Aug 16, 1996** | Highest balance | - |
| Open/closed | **Closed** | Terms | 43 Months |
| Status | **Paid satisfactorily** | Responsibility | Individual |
| Status updated | **Sep 2014** | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | NA | — | — | — |
| 2013 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2012 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓   On Time                    NA   No Applicable Payment History

—   Data Unavailable

## Contact info

| | |
|---|---|
| Address | **633 SPIRIT DR CHESTERFIELD, MO 63005** |
| Phone number | **(888) 866-4352** |

## Comments

-

Experian

 experian™

Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

-

**MOHELA/DEPT OF ED**                                                                 Closed

Exceptional **payment history**

## Account Info

| | | | |
|---|---|---|---|
| Account name | **MOHELA/DEPT OF ED** | Balance | - |
| Account number | **984992XXXXXXXXXXX** | Balance updated | Sep 30, 2014 |
| Original creditor | - | Original balance | $2,460 |
| Company sold | - | Monthly payment | - |
| Account type | **Education Loan** | Past due amount | - |
| Date opened | **Aug 16, 1996** | Highest balance | - |
| Open/closed | **Closed** | Terms | 43 Months |
| Status | **Paid satisfactorily** | Responsibility | Individual |
| Status updated | **Sep 2014** | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | NA | — | — | |
| 2013 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2012 | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓  On Time                          NA   No Applicable Payment History

—  Data Unavailable

## Contact info

Address                   **633 SPIRIT DR CHESTERFIELD,**
                          **MO 63005**

Phone number              **(888) 866-4352**

## Comments

-

Experian



Prepared For **CHARLES BRADY**    **Date generated:** Dec 6, 2022

ONEMAIN                                                                                                    Closed

5 late payments

### Account Info

| | | | |
|---|---|---|---|
| Account name | ONEMAIN | Balance | - |
| Account number | 101750XXXXXXXXXXX | Balance updated | Oct 31, 2021 |
| Original creditor | - | Original balance | $12,066 |
| Company sold | - | Monthly payment | - |
| Account type | Secured Loan | Past due amount | - |
| Date opened | Oct 24, 2017 | Highest balance | - |
| Open/closed | Closed | Terms | 60 Months |
| Status | Paid, was past due 30 days five times | Responsibility | Individual |
| Status updated | Oct 2021 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | NA | — | — |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | ✓ | ✓ | ✓ |
| 2017 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | ✓ |

✓  On Time                    30  30 Days Late

NA   No Applicable Payment History          —  Data Unavailable

### Contact info

| | |
|---|---|
| Address | PO BOX 1010 EVANSVILLE, IN 47706 |
| Phone number | (844) 298-9773 |

### Comments

Loan modified but not under a federal government plan

12/8/22, 9:20 PM

Experian

 experian.

Prepared For **CHARLES BRADY**    **Date generated:** Dec 6, 2022

● PHILADELPHIA FED CR UN                                                          Closed

Exceptional **payment history**

### 🖹 Account Info

| | | | |
|---|---|---|---|
| Account name | PHILADELPHIA FED CR UN | Balance | - |
| Account number | 175600XX | Balance updated | Oct 01, 2021 |
| Original creditor | - | Original balance | $1,000 |
| Company sold | - | Monthly payment | - |
| Account type | Secured Loan | Past due amount | - |
| Date opened | Sep 17, 2020 | Highest balance | - |
| Open/closed | Closed | Terms | Unknown |
| Status | Paid satisfactorily | Responsibility | Individual |
| Status updated | Oct 2021 | Your statement | - |

### 🖽 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | NA | — | — |
| 2020 | — | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ |

✓ On Time          NA  No Applicable Payment History

— Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | 12800 TOWNSEND RD PHILADELPHIA, PA 19154 |
| Phone number | (215) 934-3500 |

### 🗎 Comments

-

https://usa.experian.com/member/printable-report/experian/now

Experian                                                                                  12/8/22, 9:20 PM

 **experian.**                          Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

**WESTGATE RESORTS LTD**                                                                   $7,318

4 potentially negative months                                                             Closed

### ⬛ Account Info

| | | | |
|---|---|---|---|
| Account name | **WESTGATE RESORTS LTD** | Balance | **$7,318** |
| Account number | **426774XXXXX** | Balance updated | **Oct 06, 2021** |
| Original creditor | - | Original balance | **$7,100** |
| Company sold | - | Monthly payment | - |
| Account type | **Real Estate** | Past due amount | **$1,062** |
| Date opened | **Oct 07, 2019** | Terms | **120 Months** |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Charge-off** | Your statement | - |
| Status updated | **May 2021** | | |

### ⬛ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | — | — | 120 | 120 | CO | — | — | — | — | CO | — | — |

CO  Charge off          120  120+ Days Late

—  Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **5601 WINDHOVER DR ORLANDO, FL 32819** |
| Phone number | **(407) 355-2905** |

### 🗨 Comments

·

12/8/22, 9:20 PM

Experian

 **experian.**

Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

## Collection accounts

**LAW OFFICES MBA**

Original creditor: **CHESTNUT HILL HOSPITAL LLC**

$100

Balance updated Dec 02, 2022

### 🖹 Account info

| | | | |
|---|---|---|---|
| Account name | **LAW OFFICES MBA** | Balance | **$100** |
| Account number | **273134XX** | Balance updated | **Dec 02, 2022** |
| Original creditor | **CHESTNUT HILL HOSPITAL LLC** | Original balance | **$100** |
| Company sold | **-** | Paid off | **0%** |
| Account type | **Collection** | Monthly payment | **-** |
| Date opened | **Sep 20, 2022** | Past due amount | **$100** |
| Status | **Seriously past due date / assigned to attorney, collection agency, or credit grantor's internal collection department** | Terms | **1 Month** |
| | | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Sep 2022** | | |

### 🖩 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | — | — | — | — | — | — | — | — | — | — | — | C |

C  Collection            — Data Unavailable

### ✉ Contact info

| | |
|---|---|
| Address | **3400 TEXOMA PKWY STE 100 SHERMAN, TX 75090** |
| Phone number | **(866) 412-3222** |

### 🖹 Comments

-

Experian



Prepared For **CHARLES BRADY**    **Date generated:** Dec 6, 2022

**Public records**

No public records reported.

12/8/22, 9:20 PM

Experian



Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

## Inquiries

**ALLY FINANCIAL**

Inquired on Nov 26, 2021

Business Type: Auto Financing Companies

200 RENAISSANCE CTR

DETROIT, MI 48243

(248) 263-3004

This inquiry is scheduled to continue on record until Dec 2023

**ALLY FINANCIAL**

Inquired on Mar 8, 2022

Business Type: Auto Financing Companies

200 RENAISSANCE CTR

DETROIT, MI 48243

(248) 263-3004

This inquiry is scheduled to continue on record until Apr 2024

**CAP ONE NA**

Inquired on Dec 2, 2020

Business Type: Bank Credit Cards

PO BOX 30281

SALT LAKE CITY, UT 84130

(800) 227-4825

This inquiry is scheduled to continue on record until Jan 2023

**JPMCB CARD**

Inquired on May 26, 2021

Business Type: Bank Credit Cards

PO BOX 15077

WILMINGTON, DE 19850

(800) 453-9719

This inquiry is scheduled to continue on record until Jun 2023

**MBIRA/ZZOUNDS MUSIC LL**

Inquired on Mar 31, 2021

Business Type: Wholesale - non specific

8 THORNTON RD

OAKLAND, NJ 07436

(888) 486-6338

This inquiry is scheduled to continue on record until Apr 2023

**MBIRA/ZZOUNDS MUSIC LL**

Inquired on Jul 6, 2021

Business Type: Wholesale - non specific

8 THORNTON RD

OAKLAND, NJ 07436

(888) 486-6338

This inquiry is scheduled to continue on record until Aug 2023

**NCCINC/CERTIFIED LUXUR**

Inquired on Nov 26, 2021

Business Type: Automobile Dealers, Used

105 NORTHERN BLVD

GREAT NECK, NY 11021

(516) 727-4300

This inquiry is scheduled to continue on record until Dec 2023

**ONEMAIN**

Inquired on Dec 5, 2022

Business Type: Personal Loan Companies

PO BOX 1010

EVANSVILLE, IN 47706

(844) 298-9773

This inquiry is scheduled to continue on record until Jan 2025

**PHILADELPHIA FED CR UN**

Inquired on Sep 17, 2021

Business Type: Credit Unions

12800 TOWNSEND RD

PHILADELPHIA, PA 19154

(215) 934-3500

This inquiry is scheduled to continue on record until Oct 2023

**PHILADELPHIA FED CR UN**

Inquired on Feb 25, 2022

Business Type: Credit Unions

12800 TOWNSEND RD

PHILADELPHIA, PA 19154

(215) 934-3500

This inquiry is scheduled to continue on record until Mar 2024

Experian

**SUN FEDERAL CREDIT UNI**

Inquired on Jan 13, 2021

Business Type: Credit Unions

1627 HOLLAND RD

MAUMEE, OH 43537

(419) 893-2170

This inquiry is scheduled to continue on record until Feb 2023

**SYNCB/AMAZON PLCC**

Inquired on Apr 6, 2021

Business Type: Bank Credit Cards

PO BOX 965015

ORLANDO, FL 32896

(866) 634-8379

This inquiry is scheduled to continue on record until May 2023

**SYNCB/AMERICAN EAGLE**

Inquired on Jun 11, 2021

Business Type: Sales Financing Company

PO BOX 965005

ORLANDO, FL 32896

(800) 430-0875

This inquiry is scheduled to continue on record until Jul 2023

12/8/22, 9:20 PM

Experian



Prepared For **CHARLES BRADY**   **Date generated:** Dec 6, 2022

## Credit scores

**FICO® Score 8**



611

380                                        850

FICO® SCORE 8
Experian data 12/6/2022

Your score is below the average score of U.S. consumers, though many lenders will approve loans with this score.

### What's helping

✓ **Long credit history**

- You have an established credit history.
- Your oldest account was opened: 26 Years, 4 Months ago
- FICO High Achievers opened their oldest account 25 years ago, on average.
- Average age of your accounts: 6 Years, 3 Months
- Most FICO High Achievers have an average age of accounts of 9 years or more.
- FICO® Scores measure the age of the oldest account and the average age of all accounts being reported. Generally speaking, having a relatively long credit history and not opening many new accounts is reflective of lower risk.

### What's hurting

— **Negative items**

- You have a serious delinquency or derogatory indicator, public record and/or collection on your credit report.
- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 4 accounts
- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.
- Number of collections on your credit report: 1 collection
- Virtually no FICO High Achievers have a public record or collection listed on their credit report.
- The presence of a serious delinquency or derogatory indicator and a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Most collections, public records and delinquencies stay on the report for no more than seven years - though there are certain items that could remain longer. As these items age, they may have less impact on the FICO® Score. Satisfying the public record or paying off the collection will not remove the item from a credit report. And it will still be considered by a FICO® Score as long as it is reported.

— **High credit usage**

- You've made heavy use of your available revolving credit.
- Ratio of your revolving balances to your credit limits: 68%
- For FICO High Achievers, the average ratio of the revolving account balances to credit limits is less than 7%.
- The FICO® Score evaluates balances in relation to available credit on revolving accounts. The extent of a person's credit usage is one of the most important factors considered by a FICO® Score. People who keep their ratio of balances to credit limits lower are generally considered less risky to lenders than those with higher ratios. Note, consolidating or moving debt from one account to another will usually not change the total amount owed.

— **Recent collection and/or PR**

- You have a recent public record and/or collection on your credit report.
- Your most recent collection occurred: 3 Months ago

Experian

- Virtually no FICO High Achievers have a public record or collection listed on their credit report.
- The recency of a derogatory public record (such as a bankruptcy) or collection is a powerful predictor of future payment risk. However, newer versions of the score including FICO® Score 9, FICO® Score 10, and FICO® Score 10 T only consider unpaid collections. Note, satisfying the public record or paying off the collection will not remove the item and it will still be considered by a FICO® Score as long as *it is reported. As these items age, they may have less impact on a FICO® Score. Most public records and collections stay on your report for no more than seven years - though there are certain items that could remain longer.*

- **Recent missed payment**
  - You recently missed a payment or had a derogatory indicator reported on your credit report.
  - Your most recent missed payment happened: 8 Months ago
  - About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.
  - The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

Experian                                                                 12/8/22, 9:20 PM

 experian.

Prepared For **CHARLES BRADY**   Date generated: Dec 6, 2022

**Disclaimer**

**About your FICO® Score 8 or other FICO Scores**

Your FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score 8. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The other FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models.

Base FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

**What this means to you:**

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. Your lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to determine how you score.

P.O. Box 740241
Atlanta, GA 30374

$Exhibit\ E-4$

October 21, 2022



 To Start An Investigation, Please Visit Us At:
www.equifax.com/personal/disputes

000000025 FECE0000102122056585 01 000000 000540 015



CHARLES BRADY
316 E ELWOOD ST
PHILADELPHIA, PA 19144-1806





CREDIT FILE : October 21, 2022

Confirmation # 2294562151

Dear CHARLES BRADY:

Thank you for requesting your credit file, commonly called a Consumer Credit Report. Your credit file contains information received primarily from companies which have granted you credit and from public record sources. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

Thank you for also requesting your credit score. Credit scores are generated by applying a risk scoring model to information in an individual's credit file.

| **Your Equifax® credit score of 584** |
|---|
| **was created on October 21, 2022 and was based on the contents of your Equifax credit file on that date.** |

**NOTE:** This credit score is an Equifax Risk Score$^{SM}$, which ranges between 280 and 850. Higher scores generally reflect better credit standing.

The Equifax Credit Score is based on an Equifax Credit Score model. Third parties use many different types of credit scores and will not use the Equifax Credit Score to assess your creditworthiness.

| *The key factors that affected your credit score are:* | |
|---|---|
| **Reason Code** | **Explanation** |
| 202 | There are one or more accounts with a major derogatory event in your credit file |
| 80 | The age of accounts in your credit file |
| 68 | The length of time since credit cards have been opened in your credit file |
| 79 | The length of time since there has been account activity in your credit file |

**Effect of Inquiries on Your Score:** Inquiries were an adverse factor in the calculation of your score, but did not significantly impact your score.

The Equifax Credit Score is based on an Equifax Credit Score model. Third parties use many different types of credit scores and will not use the Equifax Credit Score to assess your creditworthiness.

You may complete the enclosed Research Request Form and return it to:

**Equifax Information Services LLC**
**P.O. Box 740241**
**Atlanta, GA 30374**

***NOTE: Sending the Research Request Form to any other address will delay the processing of your request.***
Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

| For an added convenience, use one of the below options to start an investigation or check the status of your dispute. |
|---|
| Visit us at **equifax.com/personal/disputes** or Call us at (888) EQUIFAX, (888) 378-4329. |

## State of Pennsylvania - Notice to Consumers

### CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without our express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name with your consent. However, you should be aware that using a security freeze to take control over who get access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent requires or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies on behalf of the person or entity, with which you have an existing account that requests information in your report for the purposes of reviewing or collecting the account.  Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

- Log in or create an account at www.myEquifax.com
- Call us at 1-888-298-0045
- Or send a written request that includes your name, address and social security number to:

**Equifax Information Services LLC**
**P.O. Box 105788**
**Atlanta, GA 30348**

If you are sending your request by mail, please be sure to include copies of the following:

| One Government Issued ID | One Item to Validate Your Address |
|---|---|
| Example: <br> Driver's License <br> State Issued ID Card <br> Passport <br> Birth Certificate | Example: <br> Driver's License <br> Utility Bill <br> Pay Stub <br> W2 or 1099 Form |

For requests to temporarily lift your security freeze, please be sure to specify the desired date range.
Example: March 15, 20XX to March 21, 20XX



# EQUIFAX

## CREDIT FILE : October 21, 2022

**Confirmation # 2294562151**

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: CHARLES BRADY
Social Security #: XXX-XX-5722   Date of Birth: February 26, 1972
Current Address: 316 E ELWOOD ST, Philadelphia, PA 19144 (215)438-4570 Reported: 10/2022
Previous Address(es): 1830 PLYMOUTH ST, PHILADELPHIA, PA 19126 (215)224-9911 Reported: 11/2019
531 W WESTMORELAND ST, PHILADELPHIA, PA 19140  Reported: 01/2018
5043 PORTICO ST, PHILADELPHIA, PA 19144 Reported: 03/2015
6628 N 8TH ST, PHILADELPHIA, PA 19126  Reported: 02/2015

Last Reported Employment:   JD EDWARDS;

*Please address all future correspondence to:*
www.equifax.com/personal/disputes

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Phone: (800) 377-6568
M - F 9:00am to 5:00pm in your time zone.

**Credit Account Information**
*(For your security, the last 4 digits of account numbers) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

| | | | |
|---|---|---|---|
| Account Number | - | The Account number reported by credit grantor | |
| Date Acct. Opened | - | The Date that the credit grantor opened the account | |
| High Credit | - | The Highest Amount Charged | |
| Credit Limit | - | The Highest Amount Permitted | |
| Terms Duration | - | The Number of Installments or Payments | |
| Terms Frequency | - | The Scheduled Time Between Payments | |
| Months Reviewed | - | The Number of Months Reviewed | |
| Activity Designator | - | The Most Recent Account Activity | |
| Creditor Class | - | The Type of Company Reporting The Account | |
| Date Reported | - | Date of Last Reported Update | |
| Balance Amount | - | The Total Amount Owed as of the Date Reported | |
| Status | - | Condition of Account When Last Updated by Creditor or Otherwise | |

| | | |
|---|---|---|
| Amount Past Due | - | The Amount Past Due as of the Date Reported |
| Date of Last Paymnt | - | The Date of Last Payment |
| Actual Pay Amt | - | The Actual Amount of Last Payment |
| Sched Pay Amt | - | The Requested Amount of Last Payment |
| Date of 1st Delinquency | - | The Date of First Delinquency |
| Date of Last Actvty | - | The Date of the Last Account Activity |
| Date Maj Delq Rptd | - | The Date the 1st Major Delinquency Was Reported |
| Charge Off Amt | - | The Amount Charged Off by Creditor |
| Deferred Pay Date | - | The 1st Payment Due Date for Deferred Loans |
| Balloon Pay Amt | - | The Amount of Final(Balloon) Payment |
| Balloon Pay Date | - | The Date of Final(Balloon) Payment |
| Date Closed | - | The Date the Account was Closed |

**Account History**
1 : 30-59 Days Past Due
2 : 60-89 Days Past Due
3 : 90-119 Days Past Due
4 : 120-149 Days Past Due
5 : 150-179 Days Past Due
6 : 180 or More Days Past Due

**Status Code Descriptions**
G: Collection Account
H: Foreclosure
J: Voluntary Surrender
K: Repossession
L: Charge Off

(Continued On Next Page)
00000540-DISC

2294562151-C9V-0b220103000000a22-10212022

**CAPITAL ONE BANK USA NA**   PO BOX 31293 SALT LAKE CITY UT 841311293 : 8009557070

| Account Number | Date of Last Reported Update | Balance Amount | Amount Past Due | Date Opened | High Credit | Date of Last Payment | Credit Limit | Actual Payment Amount | Scheduled Payment Amount | Terms Duration | Terms Frequency | Date Maj Del 1st Reported | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Activity Designator | Creditor Classification | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *7376 | 10/18/2022 | $ 346 | | 12/02/2020 | $ 1,073 | 10/2022 | $ 1,100 | | $ 25 | $ 1,100 | Monthly | 10/2022 | 22 | | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $ 763 | $ 28 | | 09/01/2022 | $ 1,073 | $ 1,100 | | Credit Card | |
| 08/22 | $ 758 | $ 29 | | 08/01/2022 | $ 1,073 | $ 1,100 | | Credit Card | |
| 07/22 | $ 802 | $ 25 | | 07/01/2022 | $ 1,073 | $ 1,100 | | Credit Card | |
| 06/22 | $ 969 | $ 25 | | 06/01/2022 | $ 1,069 | $ 1,100 | | Credit Card | |
| 05/22 | $ 116 | $ 25 | | 05/01/2022 | $ 1,069 | $ 1,100 | | Credit Card | |
| 04/22 | $ 786 | $ 25 | | 03/01/2022 | $ 1,069 | $ 1,100 | | Credit Card | |
| 03/22 | $ 969 | $ 25 | | 02/01/2022 | $ 969 | $ 1,100 | | Credit Card | |
| 02/22 | $ 0 | | | 02/01/2022 | $ 813 | $ 1,100 | | Credit Card | |
| 01/22 | $ 468 | $ 25 | | 01/01/2022 | $ 813 | $ 1,100 | | Credit Card | |
| 12/21 | $ 237 | $ 25 | | 12/01/2021 | $ 813 | $ 1,100 | | Credit Card | |
| 11/21 | $ 222 | $ 25 | | 11/01/2021 | $ 813 | $ 1,100 | | Credit Card | |
| 10/21 | $ 813 | $ 25 | | 09/30/2021 | $ 813 | $ 1,100 | | Credit Card | |
| 09/21 | $ 271 | $ 25 | | 08/01/2021 | $ 484 | $ 600 | | Credit Card | |
| 08/21 | $ 430 | $ 25 | | 08/01/2021 | $ 484 | $ 600 | | Credit Card | |
| 07/21 | $ 0 | | | 07/01/2021 | $ 484 | $ 600 | | Credit Card | |

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b2201030000000a22-10212022

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/21 | $293 | $25 | | 06/01/2021 | $440 | $500 | | Credit Card | |
| 05/21 | $40 | $25 | | 05/01/2021 | $252 | $600 | | Credit Card | |
| 04/21 | $125 | $25 | | 03/01/2021 | $252 | $300 | | Credit Card | |
| 03/21 | $178 | $25 | | 02/01/2021 | $252 | $300 | | Credit Card | |
| 02/21 | $118 | $25 | | 01/01/2021 | $252 | $300 | | Credit Card | |
| 01/21 | $127 | $25 | | 01/01/2021 | $252 | $300 | | Credit Card | |

**PHILADELPHIA FEDERAL CREDIT UN   12800 Townsend Rd Philadelphia PA 19154'1003 : 2156258700**

| Account Number *0002 | | | | | | |
|---|---|---|---|---|---|---|
| Date of Last Reported Update 10/01/2022 | Balance Amount: $117,363 | High Credit $120,000 | Credit Limit | Terms Duration 20 Years | Terms Frequency Monthly | Months Revd 11 | Creditor Classification |
| | Date Opened 10/21/2021 | Date of Last Payment 09/2022 | Actual Payment Amount $950 | Scheduled Payment Amount $944 | Date of 1st Delinquency | Date of Last Activity 10/2022 | Date Maj Del. 1st Reported | Charge Off Amount | Activity Designator | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Second Mortgage; Whose Account - Individual Account; ADDITIONAL INFORMATION - Second Mortgage;

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $117,670 | $944 | $944 | 08/01/2022 | $120,000 | | | Second Mortgage | |
| 08/22 | $117,817 | $944 | $944 | 07/01/2022 | $120,000 | | | Second Mortgage | |
| 07/22 | $118,137 | $944 | $944 | 06/01/2022 | $120,000 | | | Second Mortgage | |
| 06/22 | $118,260 | $944 | $945 | 05/01/2022 | $120,000 | | | Second Mortgage | |
| 05/22 | $118,623 | $944 | $945 | 04/01/2022 | $120,000 | | | Second Mortgage | |
| 04/22 | $118,852 | $944 | $944 | 03/01/2022 | $120,000 | | | Second Mortgage | |

2294562151-C9V-0b2201030000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/22 | $119,145 | $944 | $944 | 02/01/2022 | $120,000 | | | Second Mortgage | |
| 02/22 | $119,305 | $944 | $944 | 01/01/2022 | $120,000 | | | Second Mortgage | |
| 01/22 | $119,421 | $944 | $944 | 12/01/2021 | $120,000 | | | Second Mortgage | |
| 12/21 | $119,711 | $944 | $944 | 11/01/2021 | $120,000 | | | Second Mortgage | |
| 11/21 | $120,000 | $944 | | | $120,000 | | | Second Mortgage | |

## CAPITAL ONE AUTO FINANCE    Credit Bureau Dispute PO Box 259407 Plano TX 750259407 : 8009460332

Account Number *1001
Date Opened 11/16/2017    Terms Duration 78 Months    Terms Frequency Monthly    Months Rev 59    Creditor Classification

| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | High Credit | Credit Limit | Scheduled Payment Amount | Actual Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2022 | $5,360 | 05/2022 | $5,360 | | | $0 | | 11/2021 | | 10/2022 | $11,832 | | | | |

Status - Charge Off; Type of Account - Installment; Type of Loan - Auto; Whose Account - Joint Account; ADDITIONAL INFORMATION - Charged Off Account; Auto; Account Previously in Dispute - Now Resolved by Data Furnisher; Fixed Rate;

**Account History with Status Codes**

| 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | K | K | K | L | 3 | 2 | 1 | 3 | 2 | 1 | 2 | 2 | 2 | 2 | 1 | 3 | 2 | 1 | 2 | 2 | 2 | 1 | 3 | 2 | 1 | 3 |

| 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L |
| 2 | 1 | 3 | 2 | 1 | 3 | 2 | 1 | 2 | 1 | 1 | 1 |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | $5,360 | | | 05/01/2022 | | | $5,360 | Auto | |
| 07/22 | $5,360 | | | 05/01/2022 | | | $5,360 | Auto | |
| 06/22 | $5,360 | | | 05/01/2022 | | | $5,360 | Auto | |
| 05/22 | $5,360 | | $6,472 | 05/01/2022 | | | $5,360 | Auto | |

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b220103000000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/22 | $ 13,940 | | | 08/01/2021 | $ 16,162 | | $ 2,379 | Auto | |
| 03/22 | $ 13,940 | | | 08/01/2021 | $ 16,162 | | $ 1,982 | Auto | |
| 02/22 | $ 13,413 | | | 08/01/2021 | | | $ 13,413 | Auto | |
| 01/22 | $ 13,222 | $ 396 | | 08/01/2021 | $ 16,162 | | $ 1,189 | Auto | |
| 12/21 | $ 13,011 | $ 396 | | 08/01/2021 | $ 16,162 | | $ 793 | Auto | |
| 11/21 | $ 12,800 | $ 396 | | 08/01/2021 | $ 16,162 | | $ 396 | Auto | |
| 10/21 | $ 12,596 | $ 396 | | 08/01/2021 | $ 16,162 | | | Auto | |
| 09/21 | $ 12,385 | $ 396 | | 08/01/2021 | $ 16,162 | | | Auto | |
| 08/21 | $ 12,181 | $ 396 | $ 196 | 08/01/2021 | $ 16,162 | | | Auto | |
| 07/21 | $ 12,166 | $ 396 | $ 346 | 07/01/2021 | $ 16,162 | | | Auto | |
| 06/21 | $ 12,299 | $ 396 | $ 646 | 06/01/2021 | $ 16,162 | | | Auto | |
| 05/21 | $ 12,736 | $ 396 | $ 384 | 05/01/2021 | $ 16,162 | | | Auto | |
| 04/21 | $ 12,901 | $ 396 | | 03/01/2021 | $ 16,162 | | | Auto | |
| 03/21 | $ 12,687 | $ 396 | $ 800 | 03/01/2021 | $ 16,162 | | | Auto | |
| 02/21 | $ 13,263 | $ 396 | | 01/01/2021 | $ 16,162 | | | Auto | |
| 01/21 | $ 13,057 | $ 396 | $ 397 | 01/01/2021 | $ 16,162 | | | Auto | |
| 12/20 | $ 13,224 | $ 396 | $ 398 | 12/01/2020 | $ 16,162 | | | Auto | |
| 11/20 | $ 13,389 | $ 396 | $ 400 | 11/01/2020 | $ 16,162 | | | Auto | |

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b22010300000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/20 | $ 13,561 | $ 396 | $ 400 | 09/30/2020 | $ 16,162 | | | Auto | |

**UPLIFT, INC.**   440 N WOLFE ROAD SUNNYVALE CA 940850000 : 8442575400

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Type of Loan |
|---|---|---|---|---|---|---|
| *1925 | 06/29/2021 | $ 839 | | 18 Months | Monthly | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2022 | $ 174 | | 09/2022 | $ 122 | $ 61 | | 09/2022 | | 14 | | | | | | | |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Unsecured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Unsecured; Fixed Rate;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $ 174 | $ 61 | $ 122 | 09/01/2022 | $ 839 | | | Unsecured | |
| 08/22 | $ 290 | $ 61 | $ 61 | 08/01/2022 | $ 839 | | | Unsecured | |
| 07/22 | $ 343 | $ 61 | $ 61 | 07/01/2022 | $ 839 | | | Unsecured | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | $ 384 | $ 61 | $ 61 | 05/01/2022 | $ 839 | | | Unsecured | |
| 04/22 | $ 433 | $ 61 | $ 61 | 04/01/2022 | $ 839 | | | Unsecured | |
| 03/22 | $ 481 | $ 61 | $ 61 | 03/01/2022 | $ 839 | | | Unsecured | |
| 02/22 | $ 527 | $ 61 | $ 61 | 02/01/2022 | $ 839 | | | Unsecured | |
| 01/22 | $ 573 | $ 61 | $ 61 | 01/01/2022 | $ 839 | | | Unsecured | |
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | $ 660 | $ 61 | $ 61 | 11/01/2021 | $ 839 | | | Unsecured | |

2294562151-C9V-0c220103000000a22-10212022

Exhibit E-4

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/21 | $702 | $61 | $122 | 09/30/2021 | $839 | | | Unsecured | |
| 09/21 | $803 | $61 | | 08/01/2021 | $839 | | | Unsecured | |
| 08/21 | $782 | $61 | $61 | 08/01/2021 | $839 | | | Unsecured | |
| 07/21 | $821 | $61 | $61 | 07/01/2021 | $839 | | | Unsecured | |

*Violation 15 USC 1692 d (1)*

**SANTANDER CONSUMER USA    REPORTING DISPUTES PO BOX 961211 FORT WORTH TX 76161 : 8882224227**

Account Number *1000  *Violation 15 USC 1692 d (2)*

| Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Creditor Classification |
|---|---|---|---|---|---|
| 03/08/2022 | $37,223 | | 72 Months | Monthly | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | High Credit | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Months Revd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/04/2022 | $36,187 | $0 | 09/2022 | $912 | $912 | $912 | 09/2022 | | | 07 | | | | | |

*Violation* (Date of Last Payment), *Violation 15 USC 1692 d (2)* (Actual Payment Amount)

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Auto;

*Violation 15 USC 1692 e (2)(A)*
*and*
*Violation 15 USC 1692 e (2)(A)*
*Violation 15 USC 1692 f (1)*

## Historical Account Information

*Violation 15 USC 1692 d (2)*

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | $38,362 | $912 | $912 | 08/01/2022 | $37,223 | | | Auto | |
| 07/22 | $36,634 | $912 | $912 | 07/01/2022 | $37,223 | | | Auto | |
| 06/22 | $36,901 | $912 | $912 | 06/01/2022 | $37,223 | | | Auto | |
| 05/22 | $37,184 | $912 | $912 | 05/01/2022 | $37,223 | | | Auto | |
| 04/22 | $37,441 | $912 | $912 | 04/01/2022 | $37,223 | | | Auto | |
| 03/22 | $37,715 | $912 | | | $37,223 | | | Auto | |

*Violation 15 USC 1692 e (2)(A) , Violation 15 USC 1692 f*

**ONEMAIN    PO Box 1010 Evansville IN 47706 1010 : 8442989773**

(Continued On Next Page)
00000540-DISC

2294562151-C9V-0b220103000000a22-10212022

| Account Number | | | Date Opened | High Credit | Credit Limit | Scheduled Payment Amount | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *7256 | | | 10/24/2017 | $ 12,066 | | | | Monthly | 60 | Paid and Closed | | |
| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
| 10/05/2022 | $ 0 | | 11/2021 | | | | 11/2021 | | | | | 11/2021 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

**Account History with Status Codes**

| 01/2020 | 12/2019 | 08/2019 | 03/2019 | 10/2018 |
|---|---|---|---|---|
| 1 | 1 | 1 | 1 | 1 |
| 07/2020 | 12/2019 | 08/2019 | 03/2019 | 10/2018 |
| 1 | 1 | 1 | 1 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | $ 7,364 | $ 305 | $ 373 | 09/30/2021 | $ 12,066 | | | Secured | |
| 09/21 | $ 7,605 | $ 305 | $ 373 | 09/01/2021 | $ 12,066 | | | Secured | |
| 08/21 | $ 7,843 | $ 305 | $ 373 | 08/01/2021 | $ 12,066 | | | Secured | |

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b2201030000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/21 | $ 8,043 | $ 305 | $ 373 | 07/01/2021 | $ 12,066 | | | Secured | |
| 06/21 | $ 8,240 | $ 305 | $ 373 | 06/01/2021 | $ 12,066 | | | Secured | |
| 05/21 | $ 7,838 | $ 305 | $ 373 | 05/01/2021 | $ 11,434 | | | Secured | |
| 04/21 | $ 8,064 | $ 305 | $ 373 | 04/01/2021 | $ 11,434 | | | Secured | |
| 03/21 | $ 8,286 | $ 305 | $ 373 | 03/01/2021 | $ 11,434 | | | Secured | |
| 02/21 | $ 8,505 | $ 305 | $ 373 | 02/01/2021 | $ 11,434 | | | Secured | |
| 01/21 | $ 8,722 | $ 305 | $ 373 | 01/01/2021 | $ 11,434 | | | Secured | |
| 12/20 | $ 8,930 | $ 305 | $ 373 | 12/01/2020 | $ 11,434 | | | Secured | |
| 11/20 | $ 9,107 | $ 305 | $ 373 | 11/01/2020 | $ 11,434 | | | Secured | |
| 10/20 | $ 9,317 | $ 305 | $ 373 | 09/30/2020 | $ 11,434 | | | Secured | |

**WESTGATE RESORTS    PO BOX 668 OCOEE FL 34761/0000 · 8884910132**

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|
| *5248 | 06/29/2021 | $ 7,699 | 10 Years | Monthly | 14 | |

| Date of Last Reported Update | Balance | Amount Past Due | Date of Last Payment | Actual Payment Amount | High Credit | Scheduled Payment Amount | Credit Limit | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2022 | $ 7,250 | | 09/2022 | $ 142 | $ 7,699 | $ 142 | | | 09/2022 | | | | | | |

Status - Pays As Agreed; Type of Account - Mortgage; Type of Loan - Real Estate; Whose Account - Individual Account; ADDITIONAL INFORMATION - Real Estate Mortgage; Fixed Rate;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $ 7,250 | $ 142 | $ 142 | 09/01/2022 | $ 7,699 | | | Real Estate | |
| 08/22 | $ 7,283 | $ 142 | $ 142 | 08/01/2022 | $ 7,699 | | | Real Estate | |

(Continued On Next Page)
00000540-DISC

2294562151-C9V-0b2201030000022-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/22 | $ 7,316 | $ 142 | $ 142 | 07/01/2022 | $ 7,699 | | | Real Estate | |
| 06/22 | $ 7,348 | $ 142 | $ 142 | 06/01/2022 | $ 7,699 | | | Real Estate | |
| 05/22 | $ 7,380 | $ 142 | $ 142 | 05/01/2022 | $ 7,699 | | | Real Estate | |
| 04/22 | $ 7,411 | $ 142 | $ 142 | 04/01/2022 | $ 7,699 | | | Real Estate | |
| 03/22 | $ 7,442 | $ 142 | $ 142 | 03/01/2022 | $ 7,699 | | | Real Estate | |
| 02/22 | $ 7,472 | $ 142 | $ 142 | 02/01/2022 | $ 7,699 | | | Real Estate | |
| 01/22 | $ 7,502 | $ 142 | $ 142 | 01/01/2022 | $ 7,699 | | | Real Estate | |
| 12/21 | $ 7,531 | $ 142 | $ 142 | 12/01/2021 | $ 7,699 | | | Real Estate | |
| 11/21 | $ 7,560 | $ 142 | $ 142 | 11/01/2021 | $ 7,699 | | | Real Estate | |
| 10/21 | $ 7,589 | $ 142 | $ 142 | 09/30/2021 | $ 7,699 | | | Real Estate | |
| 09/21 | $ 7,617 | $ 142 | $ 142 | 09/01/2021 | $ 7,699 | | | Real Estate | |
| 08/21 | $ 7,645 | $ 142 | $ 142 | 08/01/2021 | $ 7,699 | | | Real Estate | |
| 07/21 | $ 7,672 | $ 142 | $ 142 | 07/01/2021 | $ 7,699 | | | Real Estate | |

**AMERICAN HERITAGE FEDERAL CRED   2060 Red Lion Rd Philadelphia PA 19115 1603 : 2759690777**

| Account Number *0001 | Date Opened 03/03/2018 | High Credit | Credit Limit | Scheduled Payment Amount | Terms Duration | Terms Frequency | Months Revd 47 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| Date of Last Reported Update 10/01/2022 | Balance Amount $ 469 | Amount Past Due $ 469 | Date of Last Payment 10/2018 | Date of Last Activity | Date of 1st Delinquency 08/2018 | Date Maj Del 1st Reported 11/2018 | Charge Off Amount $ 469 | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |

Status - Charge Off; Type of Account - Open; Type of Loan - Deposit Related; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account;

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b220103000000a22-10212022

**Account History with Status Codes**

09/2022 08/2022 07/2022 06/2022 05/2022 03/2022 02/2022 01/2022 12/2021 11/2021 10/2021 09/2021 08/2021 07/2021 06/2021 05/2021 04/2021 03/2021 02/2021 01/2021 12/2020
11/2020 10/2020 09/2020 08/2020 07/2020 06/2020 04/2020 03/2020 02/2020 01/2020 12/2019 11/2019 10/2019 09/2019 08/2019 07/2019 06/2019 05/2019 04/2019 03/2019 02/2019
01/2019 12/2018 11/2018

## Historical Account Information

| | Balance | Actual Payment Amount | Scheduled Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 08/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 07/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 06/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 05/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 02/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 01/22 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 12/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 11/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 10/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 09/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 08/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 07/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |
| 06/21 | $ 469 | | | 09/30/2018 | | | $ 469 | Deposit Related | |

(Continued On Next Page)
00000540-DISC

Page 14 of 30

2294562151-C9V-0b2201030000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/21 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 04/21 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 03/21 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 02/21 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 01/21 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 12/20 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 11/20 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |
| 10/20 | $469 | | | 09/30/2018 | | | $469 | Deposit Related | |

## SYNCHRONY NETWORKS   PO Box 965036 Orlando FL 328965036 · 8663968254

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| *5183 | 03/09/2022 | $1,028 | $1,000 | | Monthly | 06 | |

| Date of Last Reported Update | Balance Amount | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Amount Past Due | Date of 1st Delinquency | Date of 1st Reported | Date of Last Activity | Activity Designator | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/23/2022 | $194 | | 06/2022 | $28 | | | | 09/2022 | | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | $194 | $28 | | 06/01/2022 | $1,028 | $1,000 | | Charge Account | |
| 08/22 | $0 | | | 06/01/2022 | $1,028 | $1,000 | | Charge Account | |
| 07/22 | $0 | | | 06/01/2022 | $1,028 | $1,000 | | Charge Account | |
| 06/22 | $0 | | $667 | 06/01/2022 | $1,028 | $1,000 | | Charge Account | |

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b2201030000a822-10212022

0H500000 1 00 1B5950221 20100003D3G 9100*9000 99500 S2000000

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 05/22 | $ 667 | $ 46 | $ 200 | 05/01/2022 | $ 1,028 | $ 1,000 | Charge Account | |
| 04/22 | $ 828 | $ 37 | $ 200 | 04/01/2022 | $ 1,028 | $ 1,000 | Charge Account | |
| 03/22 | $ 1,000 | $ 35 | | | $ 1,000 | $ 1,000 | Charge Account | |

### ACCEPTANCE NOW    5501 Headquarters Dr Plano TX 750245845 · 8002752696.

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *9542 | 12/03/2021 | $ 2,514 | | 15 Months | Monthly | 02 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/28/2022 | $ 0 | | 02/2022 | $ 1,142 | | | 02/2022 | | | | | | 02/2022 |

Status - Pays As Agreed; Type of Loan - Installment; Type of Loan - Rental Agreement; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Rental Agreement;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | $ 2,050 | $ 154 | $ 154 | 01/01/2022 | $ 2,514 | | | Rental Agreement | |

(Continued On Next Page)
00000540-DISC

2294562151-C9V-0b2201030000822-1021022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21 | $ 2,351 | $ 154 | $ 154 | 12/01/2021 | $ 2,514 | | | Rental Agreement | | |

**CONSUMER PORTFOLIO SERVICES**   PO Box 57071 Irvine CA 92619707‍1 : 8003657286

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | | |
|---|---|---|---|---|---|---|---|---|---|
| *0133 | | 12/23/2014 | $ 21,416 | | 72 Months | Monthly | | | |

| Date of Last Reported Update | Balance Amount | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of 1st Activity | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| 10/29/2021 | $ 0 | 10/2021 | $ 4,783 | | | 10/2021 | 79 | Paid and Closed | |

| Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|
| | | | | | 10/2021 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Auto;

**Account History with Status Codes**

| 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 2 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | | |

(Continued On Next Page)
00000540-DISC

2294562151-C9V-0b22010300000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | No Data Available | | | | | | | | |
| 09/21 | $ 4,497 | $ 488 | $ 500 | 09/01/2021 | $ 21,416 | | | Auto | |
| 08/21 | $ 4,906 | $ 488 | $ 244 | 08/01/2021 | $ 21,416 | | | Auto | |
| 07/21 | $ 5,063 | $ 488 | $ 250 | 07/01/2021 | $ 21,416 | | | Auto | |
| 06/21 | $ 5,257 | $ 488 | $ 488 | 06/01/2021 | $ 21,416 | | | Auto | |
| 05/21 | $ 5,670 | $ 488 | $ 976 | 05/01/2021 | $ 21,416 | | | Auto | |
| 04/21 | $ 6,922 | $ 488 | $ 702 | 03/01/2021 | $ 21,416 | | $ 0 | Auto | |
| 03/21 | $ 6,922 | $ 488 | $ 702 | 03/01/2021 | $ 21,416 | | | Auto | |
| 02/21 | $ 7,473 | $ 488 | $ 488 | 02/01/2021 | $ 21,416 | | | Auto | |
| 01/21 | $ 7,880 | $ 488 | $ 500 | 01/01/2021 | $ 21,416 | | $ 946 | Auto | |
| 12/20 | $ 8,264 | $ 488 | $ 750 | 12/01/2020 | $ 21,416 | | $ 958 | Auto | |
| 11/20 | $ 8,843 | $ 488 | $ 250 | 11/01/2020 | $ 21,416 | | $ 1,220 | Auto | |
| 10/20 | $ 9,027 | $ 488 | $ 500 | 09/30/2020 | $ 21,416 | | $ 982 | Auto | |

**WESTGATE RESORTS**   PO BOX 668 OCOEE FL 34761000 : 8884910132

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| *6759 | 10/07/2019 | | | 10 Years | Monthly | 02 | |

| Date of Last Reported Update | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Activity Designator | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2021 | 10/2020 | | | 12/2020 | | 10/2021 | | | | | |

| Balance Amount | Amount Past Due | Charge Off Amount |
|---|---|---|
| $ 7,318 | $ 1,062 | $ 7,318 |

Status - Charge Off; Type of Account - Mortgage; Type of Loan - Real Estate, Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Real Estate Mortgage; Fixed Rate;

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b220103000000a22-10212022

**Account History with Status Codes**

05/2021 04/2021 03/2021
L  5  4

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | |
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | $ 7,318 | | | 09/30/2020 | | | $ 1,062 | Real Estate | |
| 09/21 | No Data Available | | | | | | | | |
| 08/21 | No Data Available | | | | | | | | |
| 07/21 | No Data Available | | | | | | | | |
| 06/21 | No Data Available | | | | | | | | |
| 05/21 | $ 6,919 | | | 09/30/2020 | | | $ 907 | Real Estate | |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/21 | $ 6,919 | $ 130 | | 09/30/2020 | $ 7,100 | | $ 751 | Real Estate | |
| 03/21 | $ 6,919 | $ 130 | | 09/30/2020 | $ 7,100 | | $ 596 | Real Estate | |

### PHILADELPHIA FEDERAL CREDIT UN   12800 Townsend Rd Philadelphia PA 191541003 : 2156258700

| Account Number | Date Opened | High Credit | Terms Duration | Terms Frequency | Months Revd | Type of Loan | Creditor Classification | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| *0001 | 09/17/2020 | $ 1,000 | | Monthly | 12 | Real Estate | | Paid and Closed |

| Date of Last Reported Update | Balance Amount | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Amount Past Due | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2021 | $ 0 | 09/2021 | $ 84 | | | | 09/2021 | | | | | | 09/2021 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Secured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Secured;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/22 | No Data Available | | | | | | | | |
| 08/22 | No Data Available | | | | | | | | |
| 07/22 | No Data Available | | | | | | | | |
| 06/22 | No Data Available | | | | | | | | |
| 05/22 | No Data Available | | | | | | | | |
| 04/22 | No Data Available | | | | | | | | |
| 03/22 | No Data Available | | | | | | | | |
| 02/22 | No Data Available | | | | | | | | |
| 01/22 | No Data Available | | | | | | | | |
| 12/21 | No Data Available | | | | | | | | |

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b2201030000a22-10212022

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/21 | No Data Available | | | | | | | | |
| 10/21 | No Data Available | | | | | | | | |
| 09/21 | $84 | $85 | $85 | 08/01/2021 | $1,000 | | | Secured | |
| 08/21 | $169 | $85 | $85 | 07/01/2021 | $1,000 | | | Secured | |
| 07/21 | $253 | $85 | $85 | 06/01/2021 | $1,000 | | | Secured | |
| 06/21 | $337 | $85 | $85 | 05/01/2021 | $1,000 | | | Secured | |
| 05/21 | $421 | $85 | $85 | 04/01/2021 | $1,000 | | | Secured | |
| 04/21 | $504 | $85 | $85 | 03/01/2021 | $1,000 | | | Secured | |
| 03/21 | $588 | $85 | $85 | 02/01/2021 | $1,000 | | | Secured | |
| 02/21 | $671 | $85 | $85 | 01/01/2021 | $1,000 | | | Secured | |
| 01/21 | $753 | $85 | $85 | 12/01/2020 | $1,000 | | | Secured | |
| 12/20 | $835 | $85 | $85 | 11/01/2020 | $1,000 | | | Secured | |
| 11/20 | $918 | $85 | $85 | 09/30/2020 | $1,000 | | | Secured | |
| 10/20 | $1,000 | $85 | | | $1,000 | | | Secured | |

*ACCEPTANCE NOW   5501 Headquarters Dr Plano TX 750245645 ; 8002752696*

| Account Number | Date Opened | High Credit | Credit Limit | | | Terms Duration | Terms Frequency | Activity Designator | | | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *3617 | 11/12/2017 | $2,580 | | Scheduled Payment | Actual Payment Amount | 24 Months | Monthly | Paid and Closed | | | | | Date Closed 10/2019 |
| Date of Last Reported Update | Balance Amount | Date of Last Payment | Amount Past Due | | | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Months Rev | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date |
| 10/31/2019 | $0 | 10/2019 | | | | 01/2019 | | | 23 | | | | |

Status - Account closed; was 90 - 119 Days Past Due; Type of Account - Installment; Type of Loan - Rental Agreement; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Rental Agreement;

Page 21 of 30

(Continued On Next Page)
000000540-DISC

2294562151-C9V-0b2201030000000a22-10212022

| Account History with Status Codes | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 2 | 3 | 3 | 3 | 2 | 1 | 1 | 1 | 1 |

## ACCEPTANCE NOW   5501 Headquarters Dr Plano TX 750245845 : 8002752896

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of Last Activity | Months Rev | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *3882 | 05/06/2017 | $5,453 | | 32 Months | Monthly | 07/2017 | 02 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2017 | $0 | | $1,778 | 07/2017 | $0 | | | | | | | 07/2017 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Rental Agreement; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance; Rental Agreement;

## ACCEPTANCE NOW   5501 Headquarters Dr Plano TX 750245845 : 8002752896

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of Last Activity | Months Rev | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *0544 | 05/05/2015 | $1,697 | | 15 Months | Monthly | 07/2015 | 02 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/31/2015 | $0 | | $459 | 07/2015 | $0 | | | | | | | 07/2015 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Rental Agreement; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

## CAPITAL ONE AUTO FINANCE   Credit Bureau Dispute PO Box 259407 Plano TX 750259407 : 8009460332

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of Last Activity | Months Rev | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *1001 | 04/14/2012 | $27,374 | | 72 Months | Monthly | 03/2015 | 35 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/31/2015 | $0 | | $17,401 | 03/2015 | $0 | | | | | | | 03/2015 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

## CAPITAL ONE AUTO FINANCE   Credit Bureau Dispute PO Box 259407 Plano TX 750259407 : 8009460332

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of Last Activity | Months Rev | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *1001 | 06/01/2007 | $30,406 | | 72 Months | Monthly | 06/2014 | 01 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/17/2015 | $0 | | $0 | 06/2014 | $0 | | | | | | | 06/2014 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

## MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Date of Last Activity | Months Rev | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| *0002 | 08/16/1996 | $2,460 | | | Monthly | 08/2014 | 27 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Actual Payment Amount | Date of Last Payment | Scheduled Payment Amount | Date of 1st Delinquency | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2014 | $0 | | $0 | 08/2014 | | | | | | | | 08/2014 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

(Continued On Next Page)
000000540-DISC

2294562151-C5V-0220103000000a22-10212022

### MOHELA/DEPT OF ED   633 Spirit Dr Chesterfield MO 630051243 : 8888664352

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0001 | 08/16/1996 | $ 1,750 | | | Monthly | 27 | Paid and Closed | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2014 | $ 0 | | 08/2014 | | | | 08/2014 | | | | | | 08/2014 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Education Loan; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

### PHILADELPHIA FEDERAL CREDIT UN   12800 Townsend Rd Philadelphia PA 191541003 : 2156258700

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0001 | 09/07/2004 | $ 14,766 | | 48 Months | Weekly | 99 | Paid and Closed | |

| Date of Last Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/01/2014 | $ 0 | | 06/2007 | | $ 0 | | 06/2007 | | | | | | 06/2007 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Auto; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

### PHILADELPHIA FEDERAL CREDIT UN   12800 Townsend Rd Philadelphia PA 191541003 : 2156258700

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Rev'd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| *0006 | 04/02/2004 | $ 3,500 | | 48 Months | Monthly | 99 | Paid and Closed | |

| Date of Last Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/01/2013 | $ 0 | | 11/2006 | | $ 0 | | 11/2006 | | | | | | 11/2006 |

Status - Pays As Agreed; Type of Account - Installment; Type of Loan - Unsecured; Whose Account - Individual Account; ADDITIONAL INFORMATION - Closed or Paid Account/Zero Balance;

*A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.*

*Inquiries that may impact your credit rating/score.*
These are inquiries made by companies to whom you have applied for a loan or credit. They may remain on your file up to 2 years.

| Inquiry Date(s) | |
|---|---|
| WORLDWIDE LUXURY ENTERPRISES | 11/26/2021 |
| INC/CERTIFIED LUXURY MOTORS 105 NORTHERN BLVD GREAT NECK NY | |
| 11021-430 | |
| CAPITAL ONE BANK USA NA | 12/02/2020 |
| 15000 CAPITAL ONE DR RICHMOND VA 23238-111 | |

*Inquiries that do not impact your credit rating/score.*
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file up to 2 years.

**Company Information**

**Company Information - Prefix Descriptions:**
These are inquiries that indicate a periodic review of your credit history by one of your creditors.
AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.
CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.
COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.

(Continued On Next Page)
00000540-DISC

2294562151-C9V-0b2201030000a22-10212022



CONS RPT - Inquiries with this prefix are from your requests or requests you have authorized as part of a service or product.

DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.

EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.

EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.

FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.

INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.

MEDICAL - Inquiries with this prefix are from medical service providers.

ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.

ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.

NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.

PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.

PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.

PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.

PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.

PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.

PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.

PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.

PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.

PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.

PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.

PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.

REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.

SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.

UTILSERV - Inquiries with this prefix are used when requesting utility services.

| Company Information | Inquiry Date(s) |
|---|---|
| BRISTOL WEST INSURANCE COM | 08/10/2022 |
| 5701 Stirling Rd Davie FL 333147429  Phone: 8888880080 | |
| CREDIT KARMA INC | 10/20/2022 |
| Unknown 760 Market St Fl 10 San Francisco CA 941022300 | |
| CREDITSMARTS CORPORATION | 11/29/2021 |
| CREDITSMARTS 5029 LA MART DR STE E RIVERS/DE CA 92507-597 | |
| CREDIT KARMA, INC | 10/09/2022 08/26/2022 |
| 760 MARKET ST SAN FRANCISCO CA 94102-240 | |
| COMENTYCAPITAL/BIGLOTS CREDIT | 07/12/2022 |
| 3075 LOYALTY CIR COLUMBUS OH 43219-367 | |
| CAPITAL ONE AUTO FINANCE | 07/26/2022 06/21/2022 05/31/2022 |
| 3901 Dallas Pkwy Plano TX 750937864  Phone: 8004776000 | |
| TRUSTED ID/EQUIFAX | 10/21/2022 10/14/2022 |
| EQUIFAX/ /TRUSTED ID 1201 W/PEACHTREE ST NW # 1201 ATLANTA GA 30309-344 | |

(Continued On Next Page)
00000540-DISC

Page 24 of 30

0450000 1 00 6659022120100023EG S10076 01200 52000000

2294562151-C9V-0b22010300000a22-10212022

| Company / Information | Inquiry Date(s) |
|---|---|
| ALLEVIATE FINANCIAL LLC<br>4 PARK PLZ STE 1400 IRVINE CA 92614-856 | 05/18/2022 |
| MONTGOMERY WARDS C/O DMS<br>11127 13TH AVE MONROE WI 53566  Phone: 8777842836 | 06/23/2022 |
| VERIZON<br>401 S High St 2nd Floor West Chester PA 19383 0001 | 06/07/2022 |
| LEXIS NEXIS - METLIFE<br>1000 Aldeman Dr Alpharetta GA 30005 4101  Phone: 8884970011 | 09/08/2022 |
| FORTIVA<br>5 CONCOURSE PKWY ATLANTA GA 30328-535 | 06/07/2022 |
| EQUIFAX<br>PO BOX 740250 ATLANTA GA 303740250  Phone: 8006851111 | 08/16/2022 |
| CAPITALONE<br>PO BOX 31293 SALT LAKE CITY UT 841311293  Phone: 8009557070 | 07/26/2022 06/28/2022 05/31/2022 02/22/2022 12/28/2021 10/26/2021 |
| EQUIFAX<br>PO Box 74024I Atlanta GA 303740241  Phone: 8006851111 | 09/17/2022 09/16/2022 09/02/2022 |
| FORTIVA<br>PO BOX 105555 ATLANTA GA 303485555  Phone: 8777857908 | 12/03/2021 11/25/2021 |
| EQUIFAX<br>PO Box 105069 Atlanta GA 303485069  Phone: 8006851111 | 09/16/2022 08/17/2022 11/23/2021 |
| EQUIFAX<br>PO Box 74024I Atlanta GA 303740241  Phone: 8006851111 | 09/17/2022 09/16/2022 08/17/2022 |
| EQUIFAX - TALX CORPORATION<br>11432 LACKLAND RD SAINT LOUIS MO 63146-351 | 03/10/2022 03/09/2022 |
| CAPITAL ONE<br>PO Box 26030 Richmond VA 232606030  Phone: 8004776000 | 09/28/2022 |
| OPENROAD L<br>1555 N Beach St Ste 4100 Fort Worth TX 761116615  Phone: 8885363024 | 08/20/2022 |
| CAPITALONE<br>11013 W Broad St Glen Allen VA 230606017 | 09/27/2022 |

**** End of Credit File ****
000000540-DISC

2294562151-C9V-0b2201030000000a22-10212022

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

○ **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

○ **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  ○ a person has taken adverse action against you because of information in your credit report;
  ○ you are the victim of identity theft and place a fraud alert in your file;
  ○ your file contains inaccurate information as a result of fraud;
  ○ you are on public assistance;
  ○ you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies.  See www.consumerfinance.gov/learnmore for additional information.

○ **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

○ **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

○ **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

○ **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

○ **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need - usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

○ **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

○ **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

○ The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

○ **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

○ **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.



**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates.<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552<br><br>b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency<br>Customer  Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050<br><br>b. Federal Reserve Consumer Help Center<br>P. O. Box 1200<br>Minneapolis, MN 55480<br><br>c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

## *Commonly Asked Questions About Credit Files*

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## *Facts You Should Know*

O   The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts:  Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts:   Accounts paid as agreed remain for up to 10 years from the Date  Reported.  Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records:   Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 10 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only:   Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship.  This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period.  This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information.  If you have always paid an account as agreed, the account should not have payment history status information.  Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

O   Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

---

**Additional Notice to Consumer:**
You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.



# EQUIFAX — RESEARCH REQUEST FORM

**You may initiate an investigation request via the internet at www.equifax.com/personal/disputes . To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374
(800) 377-6568

**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?   **Circle:**   Yes   No

---

### Confirmation Number:  **2294562151**

---

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** CHARLES BRADY

**SSN #:** XXX-XX-5722
**DOB:** February 26, 1972

**Current Address:** 316 E ELWOOD ST, Philadelphia, PA 19144

**Previous Address(es):** 1830 PLYMOUTH ST, PHILADELPHIA, PA 19126
531 W WESTMORELAND ST, PHILADELPHIA, PA 19140

**Daytime Phone Number** _____   **Evening Phone Number** _____

**List other names which you have used for credit in the past** _____

## Credit Account Information

**Company Name** _____   **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)

**Company Name** _____   **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)

## Credit Account Information

**Company Name** _____   **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)

**Company Name** _____   **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)

## Credit Account Information

**Company Name** _____   **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)

**Company Name** _____   **Account Number** _____

Reason for investigation:   ❑ Not Mine   ❑ Paid in Full   ❑ Current/Previous Payment Status Incorrect   ❑ Account Closed
❑ Other (Please explain)

Home > Account Overview > My Credit Report

# Credit Report  Exhibit E-5

## Overview

Information as of: December 3, 2022

Overview

Your Accounts

Other Consumer
Information

Inquiries

Fraud & Active
Duty Alerts

Security Freezes

Personal
Statements

## Your Accounts

**Hide All**

**Consumer Portfolio Services** ...account information as of 10/27/2021

| Account Number: | ...0133 | **Negative** |
|---|---|---|
| Account Type Description: | Individual Auto | |
| Account Status: | Paid/Closed | |
| Balance: | $0 | |
| Date Opened: | 12/23/2014 | |
| Date Closed: | 10/27/2021 | |
| Date Last Reported: | 08/18/2022 | |
| Terms Duration: | 72 | |
| Last Payment: | $4,783 on 10/05/2021 | |
| High Balance: | $21,416 | |

We estimate this account will become positive in 12/2026

**Payment History**

OK Current Account (0- 30 30-59 days past due 60 60-89 days past due
29 days past due)



No data is available for months left blank in the payment history.

**Dispute History:** None

**Consumer Portfolio Services**                    19500 Jamboree Rd. Suite 500
                                                   Irvine, CA 92612
                                                   (800) 552-9839

**Personal Information**                           Name: Charles Brady
                                                   Address: 316 E Elwood St,
                                                   Philadelphia, PA 19144-1806
                                                   Birth Date: 02/1972
                                                   SSN: xxx-xx-5722

**Mohela/ Dept Of Ed** ...account information as of 08/29/2014

**Account Number:** ...0001

| **Account Type Description:** | Individual Education Loan |
|---|---|
| **Account Status:** | Paid/Closed |
| **Balance:** | $0 |
| **Date Opened:** | 08/16/1996 |
| **Date Closed:** | 08/29/2014 |
| **Date Last Reported:** | 09/30/2014 |
| **Last Payment:** | 08/29/2014 |
| **High Balance:** | $1,750 |

### Payment History

`OK` Current Account (0-29 days past due)

| 2012 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | OK | OK | OK | OK | OK | OK | OK |

| 2013 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2014 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | | | | | |

*No data is available for months left blank in the payment history.*

**Dispute History: None**

Mohela/ Dept Of Ed

633 Spirit Drive
Chesterfield, MO 63005
(636) 733-3700 ext. 4446

**Personal Information**

Name: Charles Brady
Address: 1830 Plymouth St,
Philadelphia, PA 19126-1531
Birth Date: 02/1972
Phone: (215) 224-9911
SSN: xxx-xx-5722

**Mohela/ Dept Of Ed** ...*account information as of 08/29/2014*

| | |
|---|---|
| **Account Number:** | ...0002 |
| **Account Type Description:** | Individual Education Loan |
| **Account Status:** | Paid/Closed |
| **Balance:** | $0 |
| **Date Opened:** | 08/16/1996 |
| **Date Closed:** | 08/29/2014 |
| **Date Last Reported:** | 09/30/2014 |
| **Last Payment:** | 08/29/2014 |
| **High Balance:** | $2,460 |

**Payment History**

OK Current Account (0-29 days past due)

| 2012 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | | | | | | OK | OK | OK | OK | OK | OK | OK |

| 2013 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| 2014 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | OK | OK | OK | OK | OK | OK | OK | | | | | |

*No data is available for months left blank in the payment history.*

**Dispute History:** None

Mohela/ Dept Of Ed

633 Spirit Drive
Chesterfield, MO 63005
(636) 733-3700 ext. 4446

**Personal Information**

Name: Charles Brady
Address: 1830 Plymouth St,
Philadelphia, PA 19126-1531
Birth Date: 02/1972
Phone: (215) 224-9911
SSN: xxx-xx-5722

**Onemain**  ...account information as of 11/01/2021

| | |
|---|---|
| **Account Number:** | ...7256 |
| **Account Type Description:** | Individual Secured |
| **Account Status:** | Paid/Closed |
| **Balance:** | $0 |
| **Date Opened:** | 10/24/2017 |
| **Date Closed:** | 11/01/2021 |
| **Date Last Reported:** | 10/06/2022 |
| **Terms Duration:** | 60 |
| **Last Payment:** | 11/01/2021 |
| **High Balance:** | $12,066 |

**Negative**

**Narratives:**
Loan Modified

We estimate this account will become positive in 09/2026

**Payment History**

OK Current Account (0-29 days past due)    30 30-59 days past due

| 2017 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     |     |     |     |     |     | OK  | OK  | OK  |

| 2018 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  | 30  | OK  | OK  |

| 2019 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      | OK  | OK  | 30  | OK  | OK  | OK  | OK  | 30  | OK  | OK  | OK  | 30  |



| 2020 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |

| 2021 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |

*No data is available for months left blank in the payment history.*

**Dispute History: None**

Onemain

Po Box 1010
Evansville, IN 47706
(844) 298-9773

**Personal Information**

Name: Charles Brady
Address: 316 E Elwood St,
Philadelphia, PA 19144-1806
Birth Date: 02/1972
Phone: (445) 223-0110
SSN: xxx-xx-5722

15 USC 1692d(1)
↓

**Santander Consumer Usa** *...account information as of 10/31/2022*

| | |
|---|---|
| **Account Number:** | ...1000 |
| **Account Type Description:** | Individual Auto |
| **Account Status:** | Current |
| **Balance:** | $35,782 |
| **Date Opened:** | 03/09/2022 |
| **Date Last Reported:** | 10/31/2022 |
| **Scheduled Payment:** | $9 |
| **Terms Duration:** | 72 |
| **Last Payment:** | $912 on 10/08/2022 |
| **High Balance:** | $37,223 |

Exhibit E-5

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f(1)

iolation 15 USC 1692d(2)

**Payment History**

Violation 15 USC 1692e(2)(A)
and
15 USC 1692f



**OK** Current Account (0-29 days past due)

| 2022 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      |     |     | OK  | OK  | OK  | OK  | OK  | OK  |     |     |     |     |

*No data is available for months left blank in the payment history.*

**Dispute History: None**

Santander Consumer Usa

P.O. Box 961211
Fort Worth, TX 76161
(888) 222-4227

**Personal Information**

Name: Charles Brady
Address: 316 E Elwood St,
Philadelphia, PA 19144-1806
Birth Date: 02/1972
Phone: (445) 223-0110
SSN: xxx-xx-5722

**Syncb/pc Richards** ...*account information as of 12/02/2022*

| | |
|---|---|
| **Account Number:** | ...9113 |
| **Account Type Description:** | Individual Charge Account |
| **Account Status:** | Current |
| **Balance:** | $1,646 |
| **Date Opened:** | 11/18/2022 |
| **Date Last Reported:** | 12/02/2022 |
| **Scheduled Payment:** | $58 |
| **Credit Limit:** | $1,500 |
| **High Balance:** | $1,646 |

**Payment History**

 Current Account (0-
29 days past due)

| 2022 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     |     |     |     |     |     |     | OK  |     |

*No data is available for months left blank in the payment history.*

**Dispute History: None**

Syncb/pc Richards

C/o P.O. Box 965036
Orlando, FL 32896
(866) 396-8254

**Personal Information**

Name: Charles Brady
Address: 316 E Elwood St,
Philadelphia, PA 19144-1806
Birth Date: 02/1972
SSN: xxx-xx-5722

## Syncb/synchrony Networks   *...account information as of 11/23/2022*

| **Account Number:** | ...5183 |
|---|---|
| **Account Type Description:** | Individual Charge Account |
| **Account Status:** | Current |
| **Balance:** | $166 |
| **Date Opened:** | 03/09/2022 |
| **Date Last Reported:** | 11/23/2022 |
| **Scheduled Payment:** | $30 |
| **Credit Limit:** | $1,000 |
| **Last Payment:** | $28 on 11/20/2022 |
| **High Balance:** | $1,028 |

**Payment History**

OK  Current Account (0-
29 days past due)

| 2022 | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|      |     |     | OK  | OK  | OK  | OK  | OK  | OK  | OK  | OK  |     |     |

*No data is available for months left blank in the payment history.*

**Dispute History: None**

**Syncb/synchrony Networks**          C/o P.O. Box 965036
                                      Orlando, FL 32896
                                      (866) 396-8254

**Personal Information**              Name: Charles Brady
                                      Address: 316 E Elwood St,
                                      Philadelphia, PA 19144-1806
                                      Birth Date: 02/1972
                                      SSN: xxx-xx-5722

## Other Consumer Information
*Inaccurate or incomplete? Request an **investigation**.*

## Inquiries

### Requests Others Can See:

**Business & Dates Requested:**

**Sagestream, Llc/synchrony - Cr**

04/06/2021, 06/11/2021

**Sagestream, Llc/synchrony**

04/06/2021, 06/02/2021, 06/11/2021

### Requests Only You Can See:

**Business & Dates Requested:**

**Sagestream, Llc/gm Financial**

11/26/2021

**Sagestream, Llc/ally Financial**

11/26/2021, 03/08/2022

**Sagestream, Llc/synchrony - Cr**

03/09/2022, 11/18/2022

**Sagestream, Llc/synchrony**

03/09/2022, 11/18/2022

**Sagestream, Llc/synchrony Fin**

11/18/2022

**Innovis Consumer Assistance**

12/03/2022

## Fraud & Active Duty Alerts

There are no Alerts on your account

## Security Freezes

There are no Security Freezes on your account

## Personal Statements

There are no personal statements on your Innovis Credit Report.

## Notice to Consumers - Reinvestigation Procedures

Innovis investigates information that you dispute directly with Innovis or that it receives from a consumer reporting agency that resells its information. When Innovis receives your dispute, it will first review the dispute in order to determine the best way to resolve it. Innovis reviews any information you provide in support of your dispute. In some cases, Innovis resolves the dispute by verifying or correcting its own records. In other cases, Innovis sends notice of the dispute to the company that provided Innovis with information about your relationship with that company. These companies are called data furnishers. At the same time it notifies a data furnisher of the dispute, Innovis will provide the data furnisher with any relevant information that you have provided to Innovis about the dispute. If the data furnisher fails to respond timely, Innovis deletes or modifies the disputed information in accordance with your dispute. If Innovis

receives a response from the data furnisher, Innovis will review the response and either delete or modify the information based upon the data furnisher's response and any other information that it has discovered during the investigation. When responding to disputes, data furnishers review and consider all relevant information and verify the accuracy of the information reported to Innovis. The entire reinvestigation process may last up to 30 days (21 days for Maine residents) from the date Innovis receives your dispute.

When Innovis completes its investigation, it will mail you the results of its investigation. If the reinvestigation does not resolve the dispute, you may file a brief statement with Innovis setting forth your dispute. Innovis includes this statement in any subsequent consumer report containing the information in question. The statement may contain up to 200 words. If you would like to add a consumer statement, please mail your statement to Innovis Consumer Assistance, P.O. Box 530088, Atlanta, GA 30353-0088. Please note: **Any medical information provided in the statement will be disclosed in subsequent consumer reports**.

If you are not satisfied with the results of your dispute, please contact us so that we may further assist you. Alternatively, you may send Innovis additional documents in support of the dispute, contact the source of the information directly, or submit a complaint through the Consumer Financial Protection Bureau portal or your state attorney general.

If Innovis deleted information on your Innovis Credit Report as a result of its investigation or added a statement at your request, you may ask us to send a notification of the deletion or of the statement to any person you designate who has received your Innovis Credit Report within the last 6 months.

If you sent us documents that prove your identity, we may add personal identity information from those documents to your Innovis Credit Report. You will see this information in the Other Consumer Information section of your Innovis Credit Report.

**Summary of Your Rights Under the Fair Credit Reporting Act**

**Remedying the Effects of Identity Theft**

FROM:
CHARLES BRADY
316 E ELWOOD ST PHILADELPHIA, PA 19144


TO:
SANTANDER CONSUMER USA
1601 ELM STREET DALLAS, TX 75201


FOR:  291 FEDERALLY PROTECTED CONSUMER RIGHTS VIOLATIONS
AND CRIMES UNDER 15 USC 1605, 15 USC 1635, 15 USC 1681, 15 USC
1692, 18 USC 1341 AND PUNITIVE DAMAGES.

AMOUNT: $345,993.92 DUE UPON RECEIPT.

PAYMENT METHOD: PAY BY CHECK.

FROM:
CHARLES BRADY
316 E ELWOOD ST PHILADELPHIA, PA 19144


TO:
PLATINUM MOTORS GROUP LLC
2380 MARYLAND RD WILLOW GROVE, PA 19090


FOR:  5 FEDERALLY PROTECTED CONSUMER RIGHTS VIOLATIONS
AND CRIMES UNDER 15 USC 1605, 15 USC 1635, 15 USC 1662, UNDER 15
USC 1692, 18 USC 1349 AND PUNITIVE DAMAGES

AMOUNT: $67,993.92 DUE UPON RECEIPT.

PAYMENT METHOD: PAY BY CHECK.