Generated: Dec 19, 2022 2:51PM                                                                                         Page 1/1

# U.S. District Court

### Pennsylvania Eastern - Philadelphia

Receipt Date: Dec 19, 2022 2:51PM

CHARLES BRADY

| Rcpt. No: 20004970 | Trans. Date: Dec 19, 2022 2:51PM | | | Cashier ID: #SG |
|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 402.00 | 402.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $402.00 |
| | Total Due Prior to Payment: | $402.00 |
| | Total Tendered: | $402.00 |
| | Total Cash Received: | $0.00 |
| | Cash Change Amount: | $0.00 |

**Comments**: CHARLES BRADY V. SANTANDER CONSUMER USA, et al.,

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.