**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES BRADY | : | |
| Plaintiff, | : | |
| | : | Case No: 2:22-CV-05051-GAM |
| vs. | : | |
| | : | |
| SANTANDER CONSUMER USA | : | **NOTICE OF APPEARANCE** |
| | : | |
| and | : | |
| | : | |
| PLATINUM MOTORS GROUP LLC | : | |
| Defendants. | : | |

TO CLERK OF COURT:

Please enter my appearance as counsel for Defendant Santander Consumer USA Inc., in the above-captioned matter.

Date:   December 23, 2022

**DUANE MORRIS LLP**

/s/ *Breeana J. Somers*
Breeana J. Somers, Esquire (PA 325952)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1864 (phone)
(215) 754-4319 (fax)
BJSomers@duanemorris.com

*Attorney on behalf of Santander Consumer*
*USA Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Entry of Appearance on

behalf of Defendant Santander Consumer USA Inc. was filed via the Court's Electronic Case

Filing (ECF) system and that the document is available thereon for viewing and downloading.

By so filing the foregoing document, I caused it to be served, via the Court's ECF system, upon

all counsel of record.

Date:  December 23, 2022

/s/  *Breeana J. Somers*

Breeana J. Somers