UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRADY | : |
| Plaintiff, | : |
| | : Case No: 2:22-CV-05051-GAM |
| v. | : |
| | : |
| SANTANDER CONSUMER USA | : |
| and | : |
| PLATINUM MOTOR GROUP, LLC | : |
| Defendants. | : |

## NOTICE/ENTRY OF APPEARANCE

TO THE CLERK OF THE U.S. DISTRICT COURT:

Kindly enter my appearance on behalf Defendant, Platinum Motor Group, LLC, in the above-captioned matter.

**ABRAMSON & ABRAMSON, LLC**

BY:   */s/ Dennis L. Abramson*
      DENNIS L. ABRAMSON, ESQUIRE
      Pa. Attorney I.D. # 88129
      Two Bala Plaza – Suite 300
      Bala Cynwyd, PA  19004
      Tel. (610) 664-5700
      Fax (610) 664-5770
      Attorney for Defendant,
      Platinum Motor Group, LLC

DATE:   January 4, 2023