**CERTIFICATE OF SERVICE**

I, DENNIS L. ABRAMSON, ESQUIRE, hereby certify that on January 4, 2023, a true and correct copy of the foregoing Notice/Entry of Appearance was filed electronically with the Clerk of the United States District Court for the Eastern District of Pennsylvania using CM/ECF, and a copy served via the ECF notification system and/or by e-mail, addressed as follows:

Mr. Charles Brady
316 E. Elwood Street
Philadelphia, PA 19144
cb4brady@gmail.com
*Pro Se*

Breeana J. Somers, Esq.
***Duane Morris LLP***
30 S. 17th Street
Philadelphia, PA 19103
215-979-1864
bsomers@duanemorris.com
*Attorney for Défendant Santander Consumer USA*

DATE:  January 4, 2023                    */s/ Dennis L. Abrasmson*
                                           Dennis L. Abramson, Esquire