### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRADY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 2:22-cv-05051-GAM |
| SANTANDER CONSUMER USA and PLATINUM MOTORS GROUP LLC | : |
| Defendants. | : |

### **ORDER**

AND NOW, this_____ day of_____, 2023, upon consideration of Defendant Platinum Motors Group LLC's Motion to Extend Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint, any response thereto, and for good cause shown, it is **ORDERED** that:

1. Defendant Platinum Motor Group, LLC's Motion is **GRANTED**; and

2. Defendant Platinum Motor Group, LLC shall file a response to Plaintiff's Complaint on or before February 10, 2023.

BY THE COURT:

_____
The Honorable Gerald A. McHugh