### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRADY** | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **SANTANDER CONSUMER USA et al** | : | NO.: 22-cv-5051 |

### O R D E R

**AND NOW**, this **27th** day of **JANUARY 2023**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned is reassigned from the calendar of the Honorable Gerald A. McHugh to the Honorable Mia Roberts Perez for further proceedings.

FOR THE COURT:

JUAN R. SÁNCHEZ
**Chief Judge**

ATTEST:

__/s/George Wylesol_____
**GEORGE WYLESOL**
**Clerk of Court**