IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRADY | : |
| Plaintiff, | : |
| v. | : Case No.: 2:22-cv-05051-GAM |
| SANTANDER CONSUMER USA and PLATINUM MOTORS GROUP LLC | : |
| Defendants. | : |

**SANTANDER CONSUMER USA INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Defendant Santander Consumer USA Inc. is a wholly-owned subsidiary of Santander Consumer USA Holdings, Inc., which, in turn, is a wholly-owned subsidiary of Santander Holdings USA, Inc. Santander Holdings USA, Inc.. Santander Holdings USA, Inc. is wholly-owned (100%) by Banco Santander Centro Hispano SA (STD). Banco Santander Centro Hispano SA is a publicly traded corporation.

Dated:  March 1, 2023

**DUANE MORRIS LLP**

/s/ *Breeana J. Somers*
Breeana J. Somers, Esquire (PA 325952)
30 South 17th Street
Philadelphia, PA 19103
(215) 979-1864 (phone)
(215) 754-4319 (fax)
BJSomers@duanemorris.com
*Attorneys for Santander Consumer USA Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 1, 2023, the foregoing Santander Consumer USA Inc.'s Rule 7.1 Corporate Disclosure Statement was served via the Court's ECF system, which will send notification of such filing to all counsel of record. In accord with Local Rule 5.1.2(8)(b), I further certify that the foregoing document is available for viewing and downloading on ECF.


Dated: March 1, 2023                                    /s/ *Breeana J. Somers*
                                                              Breeana J. Somers