# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES BRADY,

Plaintiff,

v.

SANTANDER CONSUMER USA AND PLATINUM MOTORS GROUP LLC

DEFENDANTS.

Civil Action No.: 2:22-cv-05051-GAM

## CASE STATUS

Pursuant to the status conference on March 8, 2023. (Dkt #16). The Honorable Mia Roberts Perez, stated she needed 6-8 weeks to review the case to see if I, Charles Brady the Plaintiff in this matter, have grounds for the civil suite in this complaint. This is just a reminder to see what's going on with the case.

Respectfully submitted,

*/s/ Charles Brady*
SIGNATURE OF PLAINTIFF

Date: May 12, 2023

CHARLES BRADY
PRINTED NAMED OF PLAINTIFF

cb4brady@gmail.com