IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHARLES BRADY,

Plaintiff,

v.

SANTANDER CONSUMER USA AND PLATINUM MOTORS GROUP LLC

DEFENDANTS.

Civil Action No.: 2:22-cv-05051-MRP

## **PLAINTIFF'S REQUEST FOR RULE 16 PROCESS**

Due to the controversy in this matter between the Defendants, Santander Consumer USA and Platinum Motors Group LLC. I, Charles Brady, the Plaintiff in this matter is requesting a Fed. R. Civ. P. 16 so the court can establish early and continuing control so that the case will not be protracted.   Respectfully submitted,

*/s/ Charles Brady*
SIGNATURE OF PLAINTIFF

Date: May 31, 2023

CHARLES BRADY
PRINTED NAMED OF PLAINTIFF

cb4brady@gmail.com