**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHARLES BRADY** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| | : | |
| **SANTANDER CONSUMER USA and** | : | **NO. 22-5051** |
| **PLATINUM MOTORS GROUP LLC** | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW,** this 5th day of November, 2024, upon consideration of the motions to dismiss filed by Defendant Santander Consumer USA (ECF No. 9) and Defendant Platinum Motor Group, LLC (ECF No. 12), as well as the responses filed by Plaintiff (ECF Nos. 11 and 13), it is hereby **ORDERED** that the motions are **GRANTED**. This matter is hereby dismissed. The Clerk of Courts is directed to close the case.

BY THE COURT:

_____
Hon Mia R. Perez